AO 133     (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
| v. | ) | Case No.: |
|  | ) |  |
|  | ) |  |

## BILL OF COSTS

Judgment having been entered in the above entitled action on _____ against _____ ,

the Clerk is requested to tax the following as costs:

Fees of the Clerk  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     $_____

Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     _____

Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . .     _____

Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     _____

Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     _____

Fees for exemplification and the costs of making copies of any materials where the copies are
necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     _____

Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     _____

Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     _____

Compensation of court-appointed experts  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     _____

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828  . . . . .     _____

Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .     _____

TOTAL   $_____

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

❑   Electronic service           ❑   First class mail, postage prepaid

❑   Other: _____

s/ Attorney: _____

Name of Attorney: _____

For: _____     Date: _____
*Name of Claiming Party*

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____     By: _____     _____
*Clerk of Court*               *Deputy Clerk*                  *Date*

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | **TOTAL** | |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

### RULE 6

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

### RULE 58(e)

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

**Kenite Webb,**

     Plaintiff(s),

v.                        Case No.: **19-cv-03045-TPB-TGW**

**City of Venice,**

     Defendant(s).

_____/

## ATTORNEYS FEE AFFIDAVIT OF JACQULYN MACK-MAJKA

STATE OF FLORIDA
COUNTY OF CHARLOTTE

     BEFORE ME on this date personally appeared JACQULYN MACK-MAJKA, who, after being duly sworn, deposes and says that the following facts are true based on her own personal knowledge:

1. I am over the age of twenty- one a resident of Sarasota County Florida and competent to state the matters contained herein, and such matters contained herein, and such matters are known to me and of my personal knowledge.

2. I am a shareholder and employed by the law firm of Mack Law Firm Chartered, located at 2022 Placida Road Englewood Florida 34224-5204. Mack Law Firm Chartered, is located within the Charlotte County portion of

Englewood which is split between Sarasota County (Twelfth Judicial circuit) and Charlotte County (Twentieth Judicial Circuit). Mack Law Firm Chartered practices primarily in those two circuits.

3.  I have been a licensed attorney in good standing with the State of Florida (1998) and admitted to practice in the United States Court of Appeals for the Eleventh Circuit (2003); the United States District Court for the Middle District of Florida (2001); the United States District Court for the Southern District of Florida (2012); and the United States Bankruptcy Courts in the Middle and Southern Districts. Additional background is attached hereto as Exhibit A.

4.  Kerry E. Mack, obtained her Juris Doctorate from the University of Miami (FL) School of Law (1981) and has been a licensed attorney in good standing with the State of Florida since 1982. Ms. Mack has been admitted to practice in this Court and the United States District Court for the Southern District of Florida since 1982. She has also been admitted to the State of Illinois (1982) and the State of Wisconsin (1981), the United States District Court for the Western District of Wisconsin (1981) and the Eleventh Circuit Court of Appeal.  Ms. Mack has extensive experience as lead, or sole, counsel in civil and criminal litigation with the Plaintiff's law firm and is the Firm's original shareholder. A substantial portion of Ms. Mack's time is spent representing consumers in various rights litigation and representing defendants charged with criminal traffic offenses.

Exhibits to Plaintiff's First Amended Bill of Costs  000002

5. Jacqueline M. Skubik, Esq. (retired) went to Rutgers University (1982) and J.D. Rutgers School of Law (1985). Ms. Skubik was admitted to the New Jersey Bar (1985) the New York Bar (1986), US District Courts of N.J. (1985) Eastern District of NY (1986); and the United States District Court for the Southern District of NY (1987). Ms. Skubik's legal career began with Village Justice 1987-2003 along with private practice 1995- 2011. Ms. Skubik worked with the U.S. Attorney's Office E.D.N.Y. Central Islip, Civil Division 2011-2015 prior to retirement as a practicing attorney. Jacky has been a paralegal with the Mack Law Firm since 2020.   Jacky is the paralegal assigned to the Webb case.

6. Heather Hooper went to Florida International University and obtained her Bachelor of Fine Arts, with a minor in Art History. Heather has been a paralegal with the Mack Law Firm since 2001.

7. Timothy McGuire went to the University of Florida and worked with the Mack Law Firm from 2004 until his untimely demise in February 2020.

8. In May, 2018, my firm was retained by Kenite Webb to represent him in administrative proceeding which led to the present action. Mr. Webb agreed to pay Mack Law Firm Chartered attorney's fees and costs. A copy of the contract is attached at BATES  10. In prosecuting this action, we, agreed to a standard Florida Bar approved contingency fee agreement to help Mr. Webb afford the litigation. Mr. Webb agreed to pay the litigation costs as they arose.  In the event Mr. Webb prevailed in court and the court awarded fees

in an hourly amount above those numbers, the Firm was entitled to that extra amount. This structure was designed to allow Mr. Webb to afford to make his case. In effect, the Firm bore a substantial risk as did Officer Webb whose unrebutted testimony evidenced the tenuous relationship between Plaintiff and City of Venice due to his opposition to the City's racially discriminatory employment practices.

9. The firm initially represented Plaintiff in anticipation of an administrative hearing. In addition to familiarizing ourselves with the case by reviewing the investigative reports, sworn statements and all related documents, we interviewed witnesses. While the initial complaints were being filed in 2018, counsel was involved in writing letters, counseling plaintiff and reviewing and preparing various materials concerning proposed or actual discipline or investigations that occurred during the relevant time period for which the jury returned its verdict.   Some of these documents were placed into evidence. In addition document and other discovery was conducted, and some of it was used in these proceedings.  The fruitlessness of attempting to proceed with further administrative proceedings became apparent in approximately May 2018 when Plaintiff's demand for a grievance against two of his harassers was ignored and it was determined at that time to begin administrative proceedings.  The total time we spent in the administrative proceedings is attached at BATES      from inception through December 4, 2019.

10. In December 2019 we filed the claims in this case in the District Court. Five depositions were taken. Over 14,000 pages of documents were exchanged over 11,000 of which were produced by the Defendant.  Plaintiff marked 182 exhibits and introduced 16 into evidence.   Defendant marked and introduced 4 into evidence.

11. The City of Venice filed an extensive motion for summary judgment challenging every claim filed. Detailed factual allegations and legal memoranda with significant attachments were filed by both sides twice due to numbering errors in the Defendant's original motion. The Court granted the City's motion for summary judgment on a limited basis and allowed the Hostile Work Environment federal and state claims to proceed.

12. The City also filed a lengthy pre-trial Motion in Limine to which Plaintiff filed a comprehensive response. The Court partially granted the Motion in Limine.

13. The Court also ordered a Bench Memo as to the City's direct and indirect liability for the hostile work environment.

14. The case proceeded to trial over five days and the jury returned a verdict in favor of Plaintiff and awarded damages in the amount of $50,000.00 caused by the hostile work environment Plaintiff was subjected to because he is African American.

15. Included as an exhibit at BATES        are  Mack  Law  Firm's  Timekeeper Reports (firm-wide and individual employee); it includes pre - suit and post

Exhibits to Plaintiff's First Amended Bill of Costs   000005

filing attorney and paralegal time. This case began on December 16, 2019 with the Complaint filing in District Court matter breaking down all the hours devoted by attorneys Kerry E. Mack ("KEM"), Jacqulyn Mack-Majka ("JMM"), law clerk/paralegal Jacqueline Skubik ("JS"), paralegal Heather Hooper ("HH"), former associate W. Carrington Lewis, Esquire ("CL") and deceased paralegal Tim McGuire ("Bailiff").

16. AS reflected in the Timekeeper Reports, the total hours devoted to work on the various issues in both the administrative and District Court proceedings were 1,264.24 firm –wide. Jacqulyn Mack-Majka worked 341.79 hours; Kerry E. Mack worked 98.20 hours; Jacky Skubik worked 831.79 hours. These hours were reasonable and necessary.

17. Our firm's hourly rate schedule is as follows: Kerry E. Mack charges $450.00 per hour for these services, for undersigned it is $400.00, and for our paralegals it is $150.00.  Each of these hourly rates are the usual and customary rates for trial lawyers with our firm's experience and their paralegals in this community for this type of case. It is also the hourly rate agreed as reasonable by Plaintiff Kenite Webb.

6. Total cost for the District court case is reflected on this Amended Bill of Costs. These costs are recoverable either as traditional costs or as reasonable attorney's fees. The dates align with the Timekeeper Report dates as relevant. They were reasonable and necessary. Our firm uses Trialworks

Case Management system for case and time management and QuickBooks for invoicing and vendor payment.

7.  This action was particularly significant in that it vindicated a municipal employee, here a police officer, right to engage in protected activity without retaliation. That concept is embodied in Title VII. In addition Title VII case are never easy and the plaintiffs often lose. This case was complicated due to the ongoing harassment Plaintiff suffered because he remains employed by the City of Venice police Department that was ignored by the responsible management officials. Plaintiff appropriately prevailed in this case.

8.  For the reasons discussed in Plaintiff's motion for fees, I believe that an hourly rate of $400 per hour is reasonable for myself and that $450.00 per hours is reasonable for my senior partner Kerry e. Mack. I also believe that an hourly rate of $150.00 per hour is more than reasonable for Jacqueline "Jacky" Skubik's services in this case.

Under penalties of perjury, I declare that I have read the foregoing Attorney's Fee Affidavit of Jacqulyn Mack-Majka and the statement above is accurate and correct.

**Jacqulyn Mack -Majka**

  **SWORN TO AND SUBSCRIBED** before me either <u>in person</u> [  ] or via remote viewing [  ] on this ___8Th___ day of March 2022 by Jacqulyn Mack-Majka who is personally known to me and who did/did not take an oath.

          03.08.2022
       Notary Public  ID# 783236
       State of Florida

My Commission expires:   04.07.2025

Cert # HH 114923

Exhibits to Plaintiff's First Amended Bill of Costs   000008

/s/  Jacqulyn Mack-Majka
Jacqulyn Mack-Majka, Esquire
Florida Bar No.: 0134902
**MACK LAW FIRM CHARTERED**
Primary:  eservice1@macklawfirm.org
Secondary: eservice2@macklawfirm.org
2022 Placida Road
Englewood, Florida  34224-5204
(941) 475-7966
(941) 475-0729 fax
Attorney for Plaintiff Webb

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by e-mail to all counsel of record via the PACER E-Filing Portal on Tuesday, March 8, 2022.

/s/ Jacqulyn Mack-Majka
Jacqulyn Mack-Majka, Esquire

# MACK LAW FIRM CHARTERED
## *TRIAL & APPELLATE  LAWYERS*
**2022 Placida Road**
**Englewood, Florida 34224-5204**
**(941) 475-7966 Telephone**
**(941) 475-0729 Facsimile**
**www.MackLawFirm.org**

## ATTORNEY
## RETAINER  AGREEMENT

This Agreement is in conformity with the Florida Code of Professional Responsibility, as amended through the date hereof.

**ENGAGEMENT:**  The undersigned, for itself, and for each of its constituents, predecessors in interest, and their respective affiliates, officers, directors, shareholders, trustees and beneficiaries, and their respective successors in interest and assigns (all of which, whether one or more, shall hereinafter be referred to as the "Client") hereby retains Jacqulyn Mack (together with any successor in interest and collectively, the "Law Firm") to represent the Client, Kenite A. Webb,  in connection with disciplinary proceedings currently pending at the City of Venice Police Department. Attorney is also retained to investigate and/or prosecute potential employment law/ race discrimination claims arising out of or related to the subject matter of the aforesaid disciplinary proceedings. Should attorney's investigation reveal that additional claims, are viable, attorney will prosecute those claims.

**RETAINER AND FEES:**

The undersigned client(s) has, before signing this contract, received and read the statement of client's rights and understands each of the rights set forth therein.  The undersigned client(s) has/have signed the statement and received a signed copy to refer to while being represented by the undersigned attorney.

**HOURLY FEE:**

**THE UNDERSIGNED ATTORNEY PROVIDES THE DEFENSE OF THE DISCIPLINARY PROCEEDINGS ON AN HOURLY FEE BASIS. ANY AFFIRMATIVE CLAIMS are prosecuted on a CONTINGENCY FEE AS SET FORTH BELOW.** *Regardless of the outcome of ANY OF THE DEFENSES OR claims the client (s) will be responsible for all cost incurred by the undersigned counsel and/or her law firm related to the matters referenced in this fee agreement.*

Client hereby retains and employs Attorneys.  Attorney is to take such action it deems

Exhibits to Plaintiff's First Amended Bill of Costs  000010

legally feasible and prudent regarding the Client's interests as to the above-described matter.

Attorney shall be paid a reasonable fee and be reimbursed as follows for the defense of the disciplinary proceedings should the Fraternal Order of Police fail to provide coverage for legal services:

    a) Client agrees to pay any and all costs, expenses, and disbursements incident to said representation upon presentation of a statement.

    b) Attorney's fees payable as follows:

| | |
|---|---|
| Kerry E. Mack | $450.00 per hr. |
| Jacqulyn Mack | $400.00 per hr. |
| Paralegal | $150.00 |

Client acknowledges that Attorney is not requiring a retainer for costs or attorney's fees at this time. The client affirms he/she/it will be responsible for paying the invoices.

I/We the undersigned do hereby retain and employ the law firm of THE MACK LAW FIRM as my / our attorney to represent my/our interest in regarding above described claims.

**COSTS**: Unless the Client and the Law Firm agree to a separate arrangement for payment of costs, the Client will pay for all costs and expenses incurred (together with interest thereon at the rate of 18% per annum if not paid within 30 days of invoice unless Client and the Law Firm have agreed to a different cost reimbursement schedule). "Costs" shall include, but not be limited to, expenditures for filing fees, subpoenas, depositions, witness and consultant's fees, investigation costs, expert witnesses, professional records and reports, photographs, photocopying, long-distance calls, postage, travel, parking, and all costs necessary for proper performance of legal services. See attached cost sheet for examples of costs.

**REPRESENTATION**: It is agreed and understood that the Law Firm has not made and cannot make any promise or assurance concerning the outcome of their representation in this case. If, after continued investigation or any pre-trial proceedings in this matter, the Law Firm determines that it is not feasible to defend or prosecute any particular claim, it will promptly notify the Client(s) of such fact, and may withdraw from their representation under this Agreement if the Client(s) refuses to consent to such decision.

**ADDITIONAL ATTORNEYS**: At any time, the Law Firm may engage, retain and employ in Client's/Clients' name the services of any additional or other attorneys

Exhibits to Plaintiffs' First Amended Bill of Costs  000011

(sometimes called "co-counsel") who, in the Law Firm's judgment, may assist it in the investigation, preparation or prosecution of the Client's/ Clients' claims.  In the event that other or additional attorneys are so employed on the Client's/Clients' behalf, such employment shall be on terms and conditions within the sole discretion of the Law Firm, so long as the Client's/Clients' financial obligations under this Agreement are not thereby increased.

**REPRESENTED ENTITIES**:  This Agreement is binding upon the Client(s) and all affiliated entities whose joinder and/or inclusion is required or implied to render this Agreement fully effective in accordance with its terms, and each undersigned representative of the Client(s) represents and warrants that it has full authority and power to execute this Agreement on behalf of the Client(s) and each such affiliated entity.

**EXECUTION:**   This Agreement may be executed in counterparts, and may be delivered by facsimile, and in either event, the counterparts and/or facsimile copies shall constitute one and the same agreement, as fully effective as a single, original document, which shall be binding upon and inure to the benefit of the parties hereto, and their heirs, successors and assigns.


IN WITNESS WHEREOF, THE PARTIES HAVE HEREUNTO SET

THEIR HANDS this ___MAY___ day of ____18____, 2018.


THE MACK LAW FIRM                         CLIENT(s):

BY:_____     _____
          Jacqulyn  Mack-Majka, Esquire          Kenite A. Webb

## ADDENDUM TO RETAINER

ATTORNEYS FEES AND COSTS ARE SEPARATE. THE FOLLOWING IS A LIST OF SOME COSTS THAT MAYBE INCURRED IN YOUR LITIGATION:

Attorney shall be reimbursed for the following costs and billed separately from Attorney Fee's:

1. filing fees
2. service of process fees
3. special mailing (certified, express)
4. long distance
5. faxes
6. copies
7. printing
8. postage
9. expert fees
10. court reporters and where necessary transcription of proceedings.
11. videographers
12. travel expenses
13. if on line research is required for your case, it will be billed at $2.00 per minute unless the research requires a special billing.  Our firm uses Westlaw.
14. If Federal Court case docket access is required for your case it is accomplished via PACER which charges fees to view and/or download docket entries.

**I/We HAVE READ AND UNDERSTOOD THAT COSTS ARE NOT INCLUDED IN ATTORNEYS FEES AND THAT I/We WILL BE RESPONSIBLE FOR ANY COSTS INCURRED BY THE MACK LAW FIRM CHARTERED IN MY LITIGATION MATTER.**

**MACK LAW FIRM CHARTERED**          **CLIENT(s)**

BY _____          _____
        Jacqulyn Mack-Majka                              Kenite A. Webb

## STATEMENT OF CLIENT'S RIGHTS

Before you, the prospective client, arrange a contingent fee agreement with a lawyer, you should understand this statement of your rights as a client.  This statement is not a part of the actual contract between you and your lawyer, but, as a prospective client, you should be aware of these rights:

1.  There is no legal requirement that a lawyer charge a client a set fee or a percentage of money recovered in a case.  You, the client, have the right to talk with your lawyer about the proposed fee and to bargain about the rate or percentage as in any other contract.  If you do not reach an agreement with one lawyer you may talk with other lawyers.

2.  Any contingent fee contract must be in writing and you have three (3) business days to reconsider the contract.  You may cancel the contract without any reason if you notify your lawyer in writing within three (3) business days of signing the contract.  If you withdraw from the contract within the first three (3) business days, you do not owe the lawyer a fee although you may be responsible for the lawyer's actual costs during that time.  If your lawyer begins to represent you, your lawyer may not withdraw from the case without giving you notice, delivering necessary papers to you, and allowing you time to employ another lawyer.  Often, your lawyer must obtain court approval before withdrawing from a case.  If you discharge your lawyer without good cause after the three-day period, you may have to pay a fee for work the lawyer has done.

3.  Before hiring a lawyer, you, the client have the right to know about the lawyer's education, training, and experience.  If you ask, the lawyer should tell you specifically about his or her actual experience dealing with cases similar to yours.  If you ask, the lawyer should provide information about special training or knowledge and give you this information in writing if you request it.

4.  Before signing a contingent fee contract with you, a lawyer must advise you whether he or she intends to handle your case alone or whether other lawyers will be helping with the case.  If your lawyer intends to refer the case to other lawyers he or she should tell you what in. of fee sharing arrangement will be made with the other lawyers.  If lawyers from different law firms will represent you, at least one lawyer from each law firm must sign the contingent fee contract.

5.  If your lawyer intends to refer your case to another lawyer or counsel with other lawyers, your lawyer should tell you about that at the beginning.  If your lawyer takes the case and later decides to refer it to another lawyer or to associate with other lawyers, you should sign a new contract which includes the new lawyers.  You, the

Exhibits to Plaintiffs' First Amended Bill of Costs   000014

client, also have the right to consult with each lawyer working on your case an each lawyer is legally responsible to represent your interests and is legally responsible for the acts of the other lawyers involved in the case.

6. You, the client, have the right to know in advance how you will need to pay the expenses and the legal fees at the end of the case. If you pay a deposit in advance for costs, you may ask reasonable questions about how the money will be or has been spent and how much of it remains unspent. Your lawyer should give a reasonable estimate about future necessary costs. If your lawyer agrees to lend or advance you money to prepare or research the case, you have the right to know periodically how much money your lawyer has spent on your behalf. You also have the right to decide after consulting with your lawyer, how much money is to be spent to prepare a case. If you pay the expenses, you have the right to decide how much to spend. Your lawyer should also inform you whether the fee will be based on the gross amount recovered or on the amount recovered minus the costs.

7. You, the client, have the right to be told by your lawyer about possible adverse consequences if you lose the case. Those adverse consequences might include money which you might have to pay to your lawyer for costs and liability you might have for attorney's fees to the other side.

8. You, the client, have the right to receive and approve a closing statement at the end of the case before you pay any money. The statement must list all of the financial details of the entire case, including the amount recovered, all expenses, and a precise statement of your lawyer's fee. Until you approve the closing statement you need not pay any money to anyone, including your lawyer. You also have the right to have every lawyer or law firm working on your case sign this closing statement.

9. You, the client, have the right to ask your lawyer at reasonable intervals how the case is progressing and to have these questions answered to the best of your lawyer's ability.

10. You, the client, have the right to make the final decision regarding settlement of a case. Your lawyer must notify you of all offers of settlement before and after the trial. Offers during the trial must be immediately communicated and you should consult with your lawyer regarding whether to accept a settlement. However, you must make the final decision to accept or reject a settlement.

11. If at any time, you, the client, believe that your lawyer has charged an excessive or illegal fee, you, the client, have the right to report the matter to The Florida Bar, the agency that oversees the practice and behavior of all lawyers in Florida. For information on how to reach The Florida Bar, call 904-222-5286, or contact the local

Exhibits to Plaintiff's First Amended Bill of Costs  000015

bar association.  Any disagreement between you and your lawyer about a fee can be taken to court and you may wish to hire another lawyer to help you resolve this disagreement.  Usually fee disputes must be handled in a separate lawsuit.

_____
Attorney Signature

_____
Date

_____
Kenite A. Webb

_____
Date

Exhibits to Plaintiffs' First Amended Bill of Costs  000016

# *TimeKeeper Manager Report*

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 5/10/2018 | 8:05 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 5 | $2,000.00 | Fee/J. Mack | | 5 | ☑ | ☐ | |
| | | prepare for and attend VPD IA interrogation with KW in Venice | | | | | | | | | | |
| 5/10/2018 | 8:05 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.5 | $1,000.00 | Fee/J. Mack | | 2.5 | ☑ | ☐ | |
| | | Client meeting regarding Hoy IA and background | | | | | | | | | | |
| 5/21/2018 | 4:03 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.65 | $1,060.00 | Fee/J. Mack | | 3 | ☑ | ☐ | |
| | | MEet with Kenite at MLF review Hoy interrogation, Call hoy twice, discuss conversation with Hoy and steps forward | | | | | | | | | | |
| 6/5/2018 | 9:36 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.5 | $200.00 | Fee/J. Mack | | 0.5 | ☑ | ☐ | |
| | | phone conference with KW re updates to Hoy IA | | | | | | | | | | |
| 6/19/2018 | 3:37 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.15 | $860.00 | Fee/J. Mack | | 2.5 | ☑ | ☐ | |
| | | meet with KW re continuing harrassment at work and prepare complaints to Chief and LaVallee | | | | | | | | | | |
| 6/19/2018 | 9:36 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.75 | $1,100.00 | Fee/J. Mack | | 4 | ☑ | ☐ | |
| | | In office meeting with KW re VPD and IA/SR cases. Discussed ongoing harrassment and prepare for grievance process. | | | | | | | | | | |
| 7/11/2018 | 9:39 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.75 | $1,100.00 | Fee/J. Mack | | 3 | ☑ | ☐ | |
| | | meet in office with client reVPD IA /SR ongoing harrassment. | | | | | | | | | | |
| 7/31/2018 | 4:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2 | $800.00 | Fee/J. Mack | | 2 | ☑ | ☐ | |
| | | prep with KW & CL  for 8/6/18 meeting at VPD | | | | | | | | | | |
| 8/16/2018 | 7:52 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.75 | $300.00 | Fee/J. Mack | | 0.75 | ☑ | ☐ | |
| | | Discussion with Carrington Lewis regarding the upcoming meeting with the Chief and  FOP reps and prepareation for same. | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000017

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 10/9/2018 | 8:06 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.5 | $1,000.00 | Fee/J. Mack | | 2.5 | ☑ | ☐ | |
| | | Client meeting to explain upcoming Inquiry process | | | | | | | | | | |
| 10/15/2018 | 7:58 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 4.5 | $1,800.00 | Fee/J. Mack | | 4.5 | ☑ | ☐ | |
| | | travel to/from Englewood/Tampa to attend EEOC Inquiry with client. | | | | | | | | | | |
| 10/15/2018 | 8:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1.5 | $600.00 | Fee/J. Mack | | 1.5 | ☑ | ☐ | |
| | | Review draft charge, discuss with KW and respond to EEO investigator Scott Kelley | | | | | | | | | | |
| 10/31/2018 | 8:01 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.5 | $200.00 | Fee/J. Mack | | 0.5 | ☑ | ☐ | |
| | | REvised draft Charge rec'd from client, reviewed and sent to Kelley | | | | | | | | | | |
| 2/7/2019 | 9:21 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.75 | $1,100.00 | Fee/J. Mack | | 2.75 | ☑ | ☐ | |
| | | REview COV position statement, research claims, discuss with client | | | | | | | | | | |
| 2/14/2019 | 8:08 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1.25 | $500.00 | Fee/J. Mack | | 1.25 | ☑ | ☐ | |
| | | client meeting re Ch 119 records re Creasy and comprison difference in treatment. | | | | | | | | | | |
| 2/21/2019 | 10:35 AM | Webb, Kenite vs. EEOC - VPD 19 | Tim McGuire | $150.00 | 0.2 | $30.00 | Paralegal | | 0.2 | ☑ | ☐ | |
| | | Ch 119 Req to VPD 2/21/19 Officer Creasy Recs | | | | | | | | | | |
| 3/7/2019 | 9:53 AM | Webb, Kenite vs. EEOC - VPD 19 | Tim McGuire | $150.00 | 0.15 | $22.50 | Paralegal | | 0.15 | ☑ | ☐ | |
| | | Ch 119 Pub Recs Req - Creasy Records (2) | | | | | | | | | | |
| 3/11/2019 | 9:22 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1.25 | $500.00 | Fee/J. Mack | | 1.25 | ☑ | ☐ | |
| | | Review Ch 119 response from COV re Officer Bill Long | | | | | | | | | | |
| 3/14/2019 | 8:10 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.25 | $100.00 | Fee/J. Mack | | 0.25 | ☑ | ☐ | |
| | | Obain short extension from EEOC | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs   000018

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/18/2019 | 8:12 PM | Webb, Kenite vs. EEOC - VPD 19 | Heather Hooper | $150.00 | 0.75 | $112.50 | Paralegal | | 0.75 | ☑ | ☐ | |
| | | Dowload and save Offficer long Ch 119 response and email to client | | | | | | | | | | |
| 3/18/2019 | 8:13 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.75 | $300.00 | Fee/J. Mack | | 0.75 | ☑ | ☐ | |
| | | Review Creasy personnel and disciplinary file from Ch 119 response. | | | | | | | | | | |
| 3/25/2019 | 8:15 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 4.5 | $1,800.00 | Fee/J. Mack | | 4.5 | ☑ | ☐ | |
| | | rsrarch and prearpe response to City of Venice Position Statement | | | | | | | | | | |
| 4/25/2019 | 12:09 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.15 | $60.00 | Fee/J. Mack | | 0.15 | ☑ | ☐ | |
| | | email client to check EEOc portal | | | | | | | | | | |
| 6/4/2019 | 8:02 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1.25 | $500.00 | Fee/J. Mack | | 1.25 | ☑ | ☐ | |
| | | REview add'l Ch 119 response from City re Creasy and defendant Waters and send to Kelley at EEOC | | | | | | | | | | |
| 9/13/2019 | 8:03 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.25 | $900.00 | Fee/J. Mack | | 2.25 | ☑ | ☐ | |
| | | REview Right to Sue letter from EEOC, research and review statutory administrative timelines for filing lawsuit and hold conference call with client. | | | | | | | | | | |
| 11/19/2019 | 8:16 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.75 | $300.00 | Fee/J. Mack | | 0.75 | ☑ | ☐ | |
| | | Telconfernce ith Dan Tucci ACFSME local rep COV | | | | | | | | | | |
| 12/4/2019 | 1:28 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.34 | $936.00 | Fee/J. Mack | | 2.34 | ☑ | ☐ | |
| | | research & prepare draft complaint | | | | | | | | | | |
| 12/11/2019 | 8:18 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 5.75 | $2,300.00 | Fee/J. Mack | | 5.75 | ☑ | ☐ | |
| | | Research/Prep/Finalize Complaint and exhibits; file on PACER | | | | | | | | | | |
| 12/12/2019 | 11:15 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $450.00 | 0.25 | $112.50 | Fee/J. Mack | | 0.25 | ☑ | ☐ | |
| | | Preparation of Summons | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs   000019

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 12/12/2019 | 11:20 AM | Webb, Kenite vs. EEOC - VPD 19<br><br>Preparation of Summons | Jacqulyn Mack-Majka | $400.00 | 0.25 | $100.00 | Fee/J. Mack | | 6.35 | ☑ | ☐ | |
| 12/13/2019 | 1:43 PM | Webb, Kenite vs. EEOC - VPD 19<br><br>Review of Summons - 9254.docx. | Kerry E. Mack | $450.00 | 0.05 | $22.50 | Fee/K.Mack | | 0.05 | ☑ | ☐ | |
| 12/30/2019 | 9:23 PM | Webb, Kenite vs. EEOC - VPD 19<br><br>Email to MArk LEvitt about his issues raised | Jacqulyn Mack-Majka | $400.00 | 0.3 | $120.00 | Fee/J. Mack | | 0.25 | ☑ | ☐ | |
| 2/4/2020 | 3:00 PM | Webb, Kenite vs. EEOC - VPD 19<br><br>attend in person case MGt meeting with Levitt at WaWA, Jacaranda Blvd., Venice. | Jacqulyn Mack-Majka | $400.00 | 1.75 | $700.00 | Fee/J. Mack | | 1.75 | ☑ | ☐ | |
| 2/10/2020 | 9:27 PM | Webb, Kenite vs. EEOC - VPD 19<br><br>email and follow up discussion with client about Interesteed Persons Certificate | Jacqulyn Mack-Majka | $400.00 | 0.75 | $300.00 | Fee/J. Mack | | 0.75 | ☑ | ☐ | |
| 2/11/2020 | 5:36 PM | Webb, Kenite vs. EEOC - VPD 19<br><br>research and prepare amended complaint including client meetings | Jacqulyn Mack-Majka | $400.00 | 3.3 | $1,320.00 | Fee/J. Mack | | 3.3 | ☑ | ☐ | |
| 2/11/2020 | 5:37 PM | Webb, Kenite vs. EEOC - VPD 19<br><br>Review of Webb-filed complaint-9403.pdf. | Jacqulyn Mack-Majka | $400.00 | 0.25 | $100.00 | Fee/J. Mack | | 0.25 | ☑ | ☐ | |
| 2/12/2020 | 11:55 AM | Webb, Kenite vs. EEOC - VPD 19<br><br>preapre email to OC re review of draft CMR and position on motion to amend. | Jacqulyn Mack-Majka | $400.00 | 0.5 | $200.00 | Fee/J. Mack | | 0.5 | ☑ | ☐ | |
| 2/28/2020 | 2:21 PM | Webb, Kenite vs. EEOC - VPD 19<br><br>review Rule 26 disclosure and certificate of intereested parties | Jacqulyn Mack-Majka | $400.00 | 1 | $400.00 | Fee/J. Mack | | 1 | ☑ | ☐ | |
| 3/6/2020 | 11:14 PM | Webb, Kenite vs. EEOC - VPD 19<br><br>research and prepae FAC Motion to Amend and Plaintiff's Initial Disclosures. | Jacqulyn Mack-Majka | $400.00 | 9 | $3,600.00 | Fee/J. Mack | | 9 | ☑ | ☐ | |

Exhibits to Plaintiff's First Amended Bill of Costs  000020

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 3/9/2020 | 6:46 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.15 | $60.00 | Fee/J. Mack | | 0.15 | ☑ | ☐ | |
| | | prepare email to client along with the FAC and Rule 26 | | | | | | | | | | |
| 3/16/2020 | 4:22 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.15 | $60.00 | Fee/J. Mack | | 0.15 | ☑ | ☐ | |
| | | review email from mediator confirming same sendto client with advice | | | | | | | | | | |
| 3/24/2020 | 4:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2 | $800.00 | Fee/J. Mack | | 2 | ☑ | ☐ | |
| | | phone conference with KW re: upcoming deadline for disclosures. | | | | | | | | | | |
| 4/1/2020 | 12:56 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1.5 | $600.00 | Fee/J. Mack | | 1.5 | ☑ | ☐ | |
| | | Review of VPD Records - Bill Long-8570.pdf. | | | | | | | | | | |
| 4/1/2020 | 12:56 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1.43 | $572.00 | Fee/J. Mack | | 2.43 | ☑ | ☐ | |
| | | research and prepare letter to chief Mattmuller re IA 2020-001 | | | | | | | | | | |
| 4/27/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7 | $1,050.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | Remote work on all-encompassing time line of events relative to case.  In office to continue same.  Review Creasy's responsive records from KW's public record request. | | | | | | | | | | |
| 4/27/2020 | 9:02 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 7 | $2,800.00 | Fee/J. Mack | | 7 | ☑ | ☐ | |
| | | April 28, 2020:  Remote work on all-encompassing time line of events relative to case.  In office to continue same.  Review Creasy's responsive records from KW's public record request | | | | | | | | | | |
| 4/28/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | Remote work on all-encompassing time line of events relative to case.  In office to continue same.  continue review of documents produced in response to  public record request from Venice. Commence draft discovery requests for defendant | | | | | | | | | | |
| 4/30/2020 | 9:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | Continue work on Webb v Venice in office.  Research Archives, Venice Library, Keywords: Caucasian, African American, segregation, blacks, race, racial. Continue compilation of list of questions to discuss with KW; continue timeline of events; continue draft P's Demand for Document Production. | | | | | | | | | | |
| 5/4/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | review docs re: IAI 2020-001 against KW, w/ recent developments re discipline imposed; review Notice of hearing; review SOP 170; SOP 109; SOP 107. attend conference with JMM. KW and Ruth Terry; review VPD docs re; IA 2020-001 Notice of Predetermination Hearing and Statement of Charges; attached investigation documents. | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs   000021

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/6/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.5 | $1,125.00 | Paralegal | | 8 | ☑ | ☐ | |

Westlaw search for City of Venice/discrimination cases; review Hodgetts v City of Venice 794 F. Supp 2d 1265 (2011), legal research on hostile work environment, retaliation, comparitors, pretext; criteria for acts to be included in litigation regarding ongoing discriminatory conduct, or separate distinct acts requiring new administrative filings and commencement of new action; termination from employment generally requires commencement of a new action. Review Creasy Motel 8 records. View Gregoire video cam; Karl Stebbins v City of Venice (wrongful death, wife suicidal and taken into custody by Crepeau. 2006 WL 10-47864 (M.D.Fla.); Serianni v Venice; review EEOC Enforcement Guidance on Retaliation.

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/11/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $100.00 | 8 | $800.00 | Paralegal | | 8 | ☑ | ☐ | |

Legal research: US v City of Jacksonville 3:12-cv-451 (not reported June 2015); EEOC website; search "Discrimination + municipality" for cases with precidential value; commence EEOC email subscription; review Ethics, Moments in Gvmt.; review cases against city of Venice (ADA) Hodgetts, Continue timeline with training denials; continue interrogatories to defendant with training prerequisites

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/11/2020 | 3:37 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.15 | $1,072.50 | Paralegal | | 7.15 | ☑ | ☐ | |

Legal research US v City of Jacksonville 3:12-cv-451 not reported June 2015; EEOC website; search discrim + municipality for cases; commence EEOC mail

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/18/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 2.5 | $1,125.00 | Fee/K.Mack | | 2.5 | ☑ | ☐ | |

conf w John Majka regarding witness testimony and observations

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/18/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19 | | $100.00 | 5.5 | $550.00 | Paralegal | | 8 | ☑ | ☐ | |

Review office emails; continue draft of response to Defendant's First Set of Interrogatories
attend Conf. John Majka Re players/witnesses/initial disclosure list in the case.

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/18/2020 | 3:48 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.95 | $1,042.50 | Paralegal | | 6.95 | ☑ | ☐ | |

Review office emails on KW case; continue draft of response to Defendant's First Set of Interrogatories; conf. John Majka re KW; witnesses; initial disclosure list

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/20/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |

Review Defendant's motion to dismiss count I of Amended Complaint. Review Answer to Amended Complaint and Affirmative Defenses. Conf with JMM; tele Kenite Webb; continue preparation of draft response to Defendant's Request for Interrogatories

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/21/2020 | 9:28 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.8 | $1,170.00 | Paralegal | | 7.75 | ☑ | ☐ | |

drafted response to Def RTP; drafted Pltf demand fro RTPm continue review of case file pre-dateing employment.

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/22/2020 | 10:30 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7 | $1,050.00 | Paralegal | | 7 | ☑ | ☐ | |

continued prepration of draft responses to D ROGS, RFAs, RTP; draft P's ROGS, RTP and RFA to D; review pattern Jury Intructions 11th circuit for Title Vii and Retaliation; review EEOC v Jacksonville Firefighters

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/27/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |

5-27-20: review VPD Incident reports: weapons violation against Maxim and Syrisko by Montanez; Citizen Complaint against Montanez by Porter and Aldama. Continue response to Defendant's Interrogatories

Exhibits to Plaintiff's First Amended Bill of Costs  000022

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 6/1/2020 | 3:51 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8.5 | ☑ | ☐ | |
| | | continue response to Defendant's Interrogatories, Demand to Produce, Request for Admissions, send emails to client for review and comment | | | | | | | | | | |
| 6/2/2020 | 9:45 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.5 | $1,000.00 | Fee/J. Mack | | 3 | ☑ | ☐ | |
| | | prep and attend ZOOM confernce with KW re finishing up ROGS and RTP and RFA, inform him of results of informal Pre-D hrg and demanding a Formal Hearing | | | | | | | | | | |
| 6/2/2020 | 10:36 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.75 | $300.00 | Fee/J. Mack | | 0.75 | ☑ | ☐ | |
| | | prepare Motion for EOT to respond to MTD | | | | | | | | | | |
| 6/3/2020 | 5:08 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 7.1 | ☑ | ☐ | |
| | | Draft Interrogatories to Defendant ; Draft P's Response to D's Interrogatories; review historic documents relating to race in COV from archives: a history of African Americans in Law Enforcement; African American as protected class; research cases on retaliation; hostile work env.; review Rodriguez v Citu of Clarmont, MDFl.8-cv-204; discovery demands add rquests for retirement under heart and lung bill; African American as protected class; add requests for retirement/ app. under heart/lung; retaliation; hostile work env., civil rights, Rodrigo Morales; MD Fla Rodriguez v City of Clarmont 5:08 CV 204 | | | | | | | | | | |
| 6/8/2020 | 3:55 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | continue revisions to outstanding discovery responses including demand to produce, admissions, rogs; email drafts to client | | | | | | | | | | |
| 6/8/2020 | 5:41 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.34 | $936.00 | Fee/J. Mack | | 2.34 | ☑ | ☐ | |
| | | prepare response to MTD FAC with reated research | | | | | | | | | | |
| 6/9/2020 | 3:42 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.15 | $60.00 | Fee/J. Mack | | 0.15 | ☑ | ☐ | |
| | | emal to OC request 2d EOT | | | | | | | | | | |
| 6/10/2020 | 3:58 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | conference with client re updates including R Terry incident on hospital car break-in; review outstanding discovery requests and responses to date; assess Montanez as comparitor for crash while reading computer May 21, 2020; case No 20-000797, report can't be located. no discipline; car fixed; revisions; review Fernandez v Trees Acquisition, Inc. 11th Cir; discussion of issues for Tucci (ASMI union rep for COV) to cover in tele conf re KW case and status in COV of emp. discrim cases he handles/involved in; discussion re 2 letters sent my DOJ to COV for other violations in 2009, 2010; inability to locate discipline for city employees involved in noose incident; Union rep Tucci ASME info on black public works emp. target of noose Alton King; discussion re Williamson violations; PIP violations; discrepency re punishment of 4 days recommented by chief but its more than 1 yr for prior so shouldn't count. disparate treatment possible; requirement that all complaints be investigated, but Quick failed to investigate KW complaint; reports rejected for 2 months as harassment; someone cleared out mailbox and lost reports; Quick said he's getting written up again re girl who said she was being followed; set up? B.Long baby momma is Jamie Hoy's supervisor? Bill fo rights not followed. Discovery on sources for pay for SRO: is it split between school Bd and City; discussion re Eleftherios ins. complaint; KW's family disturbed at home by banging on door when KW not there, car not there; re exposure to COVID his child was extremely upset thinking Daddy was in trouble, why are they looking for him? banging on door aggressively, upsetting family; Silva sent home because he was sneezed on. KW w heart problems not Covid 19; not awarded DOT acknowledgement for click it or ticket highest performer because they're dissing KW; black public works guy getting dissed; MM comment re banana: "throw it away" discussions on EEOC posters in workplace; videos of Hoy's signature never produced in IA, Bill fo Rights not followed, pay sources for SRO? . Tucci ASME rep; Noose incident; discipline; skinny blk guy in truck hit line: blk guy at water treatment, cops all over him; | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000023

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/12/2020 | 1:58 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.15 | $60.00 | Fee/J. Mack | | 0.15 | ☑ | ☐ | |
| | | E-Mail OC re discovery extension due to medical issues | | | | | | | | | | |
| 6/15/2020 | 4:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.6 | $1,140.00 | Paralegal | | 7.6 | ☑ | ☐ | |
| | | email draft MTD response re Ct 1; Prepare issues for Tucci teleconference on discriminaiton in COV; Webb; other employees with claims past and pending.  Continue response to Defendant's Interrogatories and Demand to produce; stebbins v COV: suicide case alleging deliberate indifference: Troy Crepeau 8:04-cv-1988 (2006); Springman v COV, false arrest 10-15102 not reported.  1983 action against Crepeau SJ granted; Hodgetts v COV involving disabled employee claims under ADA; KB v COV: victim of sex abuse i.d. not redacted 1983 claims against City Clerk Rushing; Leisenring  Kuchar: BLM signs come down, who only BLM? because I said so; other COV cases found in research inc Stebbins v COV suicide case, Troy Crepeau 2006; Springman v COV false arrest; Hodgetts v COV, disabled employee ADA violations; 1983 action against Cty Clerk Rushing, not redacted KB v COV 2019 WL 707065. Leisenrign Kuchar said take down black lives matter meeting signs; KW asked why only those?  polictical signs up too, Because I said so; email from JMM re Buxton v Plant City; Holloman v Harland - Policy Maker, city as discriminator no Monell issue. | | | | | | | | | | |
| 6/15/2020 | 6:40 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.54 | $1,016.00 | Fee/J. Mack | | 2.54 | ☑ | ☐ | |
| | | research and prep for response to MTD 1983 claim | | | | | | | | | | |
| 6/17/2020 | 9:02 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | Review P's draft Responset o Def. MTD 1983 claim; provide comments and legal research; suggestions sent to JMM; Teleconf w Dan Tucci, AFSCME; re discriminaiotn cases and EEOC w COV; update and comments to JMM; conduct legal research for emp. discrim; hostile work env., disparate treatment; comparitors; | | | | | | | | | | |
| 6/22/2020 | 4:07 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 9.5 | $1,425.00 | Paralegal | | 9.5 | ☑ | ☐ | |
| | | T/C w client re discussion with union rep Dan  Tucci re COV discrimination based complaints. Continue response to Defendant's Interrogatories, Demand to Produce, Request for Admissions, with client input (via T/C). discuss black employees, Whittaker, Cox looked black; ; issue of COV receipt of federal funding; Lavallee city workers at his house? Client counseling sessions; costs; records; tax returns, HIPPA release for records; lost organiers w personal notes of events; emails w union rep; msg from RT w Nolan pix; Remote work including draft email to DOJ attorney regarding expansion of discrimination claims beyond Police Dpt.; Ordinance  # 204 and City Attorney opinion as to status despite never having been repealed; Lisa Jennay therapist : request for records of treatment, and update contact info.; HIPPA release; email JMM status on Jennay; email client for documents responsive to defendant's discovery requests; email union rep regarding IA's and Hoy Affidavit; email KMM with comments for final response to Def. 1st. Request for Admission;email JMM draft P Response to RFA for her review; review JMM email to Marc and Mark;  issue of federal funding received by COV tied to compliance with fed anti-discrim mandates;<br>Task Code: Paralegal<br>Billable Hours: 9.50 | | | | | | | | | | |
| 6/22/2020 | 10:38 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1.2 | $480.00 | Fee/J. Mack | | 1.25 | ☑ | ☐ | |
| | | review RFA answers and serve on OC | | | | | | | | | | |
| 6/23/2020 | 4:08 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 9.5 | $1,425.00 | Paralegal | | 9.5 | ☑ | ☐ | |
| | | Work remotely to review final Plaintiff's response to Defendant's Request for Admissions.  Continue Response to Defendant's Document Production Demands; email w client ; issue of Dan Whitaker w VPD; news re Perishio investigation; emails re schedule w JMM/ Mark and Marc<br>Task Code: Paralegal<br>Billable Hours: 9.50 | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000024

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 6/24/2020 | 4:09 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.5 | $1,000.00 | Fee/J. Mack | | 2.5 | ☑ | ☐ | |

Tele conference with Mark Levitt, attorney for COV re: dates in Preliminary Conf. Order; initial disclosures; insurance agreement; Covid-19 extension, July 16 evidentiary hearing; continue preparation of document production; tele w Kenite re docs needed for responses; emails w/ outstanding tasks including outstanding interrogatories for review and supplementation; Whittaker contact next week; Matrix Consulting 124 pg. report; Travis Miller VP lead investigator commissioned by City Counsel after Marty Black took office because police complained when to spoke to them after taking office about problems morale, etc.; not following through w/ complaints and investigations of officers; not following consistent polices so KW problems have long history without being corrected; COV policy of deliberate indifference confirmed in Matrix study;  obtaining treatment records from Lisa Jennay; School resourse position and email from Babette 3-21-18; MM invite to schedule meeting to discuss position SRO and selection; draft email to Louis Whitsett, EEOC re KW status; email KW w P's Response to 1st Rogs for comment; JMM email; client's timeline.
Task Code: Paralegal
Billable Hours: 2.50

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 6/24/2020 | 3:24 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.75 | $300.00 | Fee/J. Mack | | 0.75 | ☑ | ☐ | |

phone conference with AUSA Whitsett of USDOJ re COV and follow up email to him with attachments.

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 6/24/2020 | 5:26 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.15 | $60.00 | Fee/J. Mack | | 0.15 | ☑ | ☐ | |

email client re discovery resposne

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 6/26/2020 | 10:22 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.05 | $7.50 | Paralegal | | 0.05 | ☑ | ☐ | |

email KW re mayor on police activity in COV; race concerns expressed on recent incident of BLM protest

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 6/26/2020 | 2:10 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.25 | $100.00 | Fee/J. Mack | | 0.25 | ☑ | ☐ | |

email Levitt re issuance of SUB DT for Formal hearing on 7-16-20

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 6/29/2020 | 4:11 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.8 | $1,020.00 | Paralegal | | 6.8 | ☑ | ☐ | |

Continue preparation of document production response; interrogatories; incl. Whittaker; taxes, Steve Young; IA's; damages; photos fo banana in trunk. Email client w outstanidng items to complete re discovery;
Task Code: Paralegal
Billable Hours: 6.80

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 6/30/2020 | 9:50 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1.75 | $700.00 | Fee/J. Mack | | 1.75 | ☑ | ☐ | |

phone conference with KW for prep for upcoming Formal evidentary hearing

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 7/1/2020 | 4:12 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.29 | $1,093.50 | Paralegal | | 7.29 | ☑ | ☐ | |

Conference with client to review outstanding discovery.  Review recordings and documents with client; Document Production and Interrogatories.  New material from client. Gregoire allegations of racial profiling and retaliation against Adams for starting inquiry; Ben Adams; Julie Williams; other claims of hostile work environment; COV historical context of ongoing racial hostility;
Task Code: Paralegal
Billable Hours: 7.29

Exhibits to Plaintiff's First Amended Bill of Costs  000025

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 7/2/2020 | 4:13 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 5.5 | $825.00 | Paralegal | | 5.5 | ☑ | ☐ | |

Continue preparation of response to Def. 1st Set of Interrogatories, review client's additional documents, review emails from client; inquire to EEOC re tele conf. email JMM with draft; email re conflict bcs Levitt gets msg from City Mgr. responding to your concerns of retaliation; time off for medical apts.; email draft Plaintiff's response to 1st Interrogatories from Def.
Task Code: Paralegal
Billable Hours: 5.50

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 7/3/2020 | 11:30 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |

Re Document Production, develop suggested category of documents to be produced; pdf's of case items incl. EEOC binder, COV docs; PD org charg, Webb personnel files, etc. Investigations and Discipline: IAI, SR, SI   Jamie Hoy docs   Sanford Docs ;Comparitors' info./ Disparate treatment Creasy     Montanez     Long  Other people's complaints/problems with VPD    Perisho memo
 Audio recordings  (Not sure how these are going to be marked)Damages    Tax returns, medicals,
email JMM

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 7/6/2020 | 1:18 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.22 | $1,083.00 | Paralegal | | 7.22 | ☑ | ☐ | |

Continue preparation of document production response and P responsonse to Def. 1st Set of interrogatories; email KW, JMM for review and comment; JMM email pay disparity for KW re TTD after heart attack and catheter; use of sick time to see comp Drs for KW but others use work time to attend appointments; email Geoff Vichlere re comp time, 1st responders; emails reL KW hearing, subpoenas; Email interrogatores to KW updated for comments and finalization; email re KW formal evidentiary hearing 7-16-2020; email P's response to Def. 1st Rogs;
Task Code: Paralegal
Billable Hours: 7.22

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 7/6/2020 | 7:33 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.25 | $100.00 | Fee/J. Mack | | 0.25 | ☑ | ☐ | |

email client need rx and psych records nad bills, cardiac procedures in 2017 and related Rx.

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 7/6/2020 | 10:44 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.5 | $1,000.00 | Fee/J. Mack | | 2.5 | ☑ | ☐ | |

REview all BATES stamped documents to be produced to COV re RTP response and draft of response.

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 7/8/2020 | 4:19 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |

Continue preparation of response to document production and interrogatories from client comments for additions, email additional findings to JMM for designations of activities engaged in by Perisho, Leisenring; Mattmuller, Gregoire; Hill saying KW would never be 1st Af. Am Chief in COV: Adams comment dating white woman; hostile work env. instances; with review of production folders, review of client's documents; responses to document demands. emails w Geoff Bichler, JMM re wkrs comp for heart; Webb email out time JMM:
Task Code: Paralegal
Billable Hours: 8.00

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 7/8/2020 | 5:27 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 4.76 | $1,904.00 | Fee/J. Mack | | 4.76 | ☑ | ☐ | |

finalize review of ROG and RFP responses and document.

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 7/9/2020 | 2:39 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.17 | $25.50 | Paralegal | | 0.17 | ☑ | ☐ | |

emails re final interrotory responses served JMM; perdiem w fees and travel; record retention requirements for LEO agency an medical examiner's office; emails re HH for Leisenrign summons; tax collector for hearing;

Exhibits to Plaintiff's First Amended Bill of Costs  000026

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/9/2020 | 4:54 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1.75 | $700.00 | Fee/J. Mack | | 4.67 | ☑ | ☐ | |
| | | continued review and edit of draft of response to RFP -upload responsive documents to dropbox, email to/from OC re same | | | | | | | | | | |
| 7/15/2020 | 4:20 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | Continue preparation of index to document production. Tele Dan Whittaker, prepare notes of conversation.  Work on Interrogatories and Document production requests to Defendant; docs provided in IA 2020: SOP protocols; MTC Ct.1: 42 USC 1983: discriminatory custom claim; deliberate indifference includes tacitly authorizing discrimination by sutom, policy or practice; Lavallee failed to investigate, prevent acknowledge, discipline Mattmuller: inadequate police training: Hardy v Hayneville: Short v Immokalee Water & Sewer Dst. . Task Code: Paralegal Billable Hours: 8.00 | | | | | | | | | | |
| 7/16/2020 | 9:24 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 8 | $3,200.00 | Fee/J. Mack | | 8 | ☑ | ☐ | |
| | | prepare for and attend Formal Evidentiary HEAring  at CIty Hall for Snford IA | | | | | | | | | | |
| 7/18/2020 | 4:02 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1.5 | $600.00 | Fee/J. Mack | | 1.5 | ☑ | ☐ | |
| | | review order on MTD and discuss with client | | | | | | | | | | |
| 7/20/2020 | 4:21 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.05 | $7.50 | Paralegal | | 0.05 | ☑ | ☐ | |
| | | Continue preparation of Plaintiff's Interrogatories and Document Production requests to Defendant. MTD Ct 1; 42 USC 1983: Discrim. Custom Claim; custom or usage w force & effect of law; deliberate indifference  tacitly authoirzing discrim; failure of Lavallee to investigate, prevent acknowledge discipline... short v immokalee Water & Sewer Dst. Task Code: Paralegal Billable Hours: 8.00 | | | | | | | | | | |
| 7/22/2020 | 3:22 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.82 | $1,173.00 | Paralegal | | 7.82 | ☑ | ☐ | |
| | | Complete draft of Plaintiff's Document Production requests to Defendant. Email to JMM, for review and editing comments; review Def MTD 1st Am. Complaint; case law for 1981; 1983 actions; complete draft of P Doc Prod requests to date Task Code: Paralegal Billable Hours: 7.82 | | | | | | | | | | |
| 7/24/2020 | 3:19 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1 | $400.00 | Fee/J. Mack | | 1 | ☑ | ☐ | |
| | | review and email final discovery resonses to Defendant | | | | | | | | | | |
| 7/27/2020 | 4:24 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | Continue preparation of Plaintiff's Request for Admissions to Defendant. Task Code: Paralegal Billable Hours: 8.00 | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000027

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 7/29/2020 | 4:25 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.5 | $1,125.00 | Paralegal | | 7.5 | ☑ | ☐ | |
| | | Prepare JMM to attend zoom conference with Middle District Judge Thomas Barber on Plaintiff's Motion to Dismiss Count 1 of First Amended Complaint; continue preparation of Plaintiff's First Request for Admissions and Document Production; tele conference with client; Verdict/settlement search for racial discrimination cases to update. Task Code: Paralegal Billable Hours: 7.50 | | | | | | | | | |
| 7/29/2020 | 10:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2 | $800.00 | Fee/J. Mack | | 2 | ☑ | ☐ | |
| | | prep and attend MTD hearing with Judge TB via ZOOM | | | | | | | | | | |
| 7/30/2020 | 4:43 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.05 | $907.50 | Paralegal | | 6.05 | ☑ | ☐ | |
| | | Draft and Email to JMM draft of Plaintiff's 1st Request For Production from Def. | | | | | | | | | | |
| 8/3/2020 | 4:25 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.86 | $1,179.00 | Paralegal | | 7.86 | ☑ | ☐ | |
| | | continue prep of draft Interrogatories to Defendant. Review files and summaries for any missed requests. Prepare email to JMM. Email KW re damages; and demand for settlement; discuss with JMM re possible position w COV outside VPD;JMM email re Ceus v Tampa Title VII firefighter; 11th Cir; Johnson v Mimi Dde: blk officer retaliation So. Dist. proof of racial discrim: model discovery handbook for Title VII; JS to JMM draft rogs to D. Task Code: Paralegal Billable Hours: 7.86 | | | | | | | | | | |
| 8/5/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 7.5 | $3,000.00 | Fee/J. Mack | | 8 | ☑ | ☐ | |
| | | Review COV's response to public record request and summarize pertinent documents; revise interrogatories; discussion with JS; review summary of damage awards/settlements in discrimination cases; emails re public record requests; drop box for COV response; | | | | | | | | | | |
| 8/7/2020 | 1:06 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 5.75 | $2,300.00 | Fee/J. Mack | | 5.75 | ☑ | ☐ | |
| | | meet with client to finalize RFA and later on a phonce conf with client re: trailing requests. | | | | | | | | | | |
| 8/10/2020 | 5:14 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Associate | | 8 | ☑ | ☐ | |
| | | research damages for categories for recovery and information for calculation of damages; review information received in response to Art 119 request for records from COV, review client emails, update additional discovery requests to cover information in public record request. Review Creasy's responsive records from KW's public record request; email JMM KW re Leisenring and Quick | | | | | | | | | | |
| 8/12/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $100.00 | 5.75 | $575.00 | Fee/J. Mack | | 8 | ☑ | ☐ | |
| | | Continue review of documents received pursuant to Public Doc Rqst, including Webb's training file, redacted personnel file , disciplinary file, review history of outside investigations conducted of COV departments including VPD by Avery and Associates; and Matrix Consulting; create index to records produced by COV | | | | | | | | | | |
| 8/17/2020 | 5:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | Final review COV response to public record request for Montanez. Commence preparation of draft findings of fact and conclusions of law for Formal Evidentiary Hearing re IA 2020-001(Sanford) . Review transcript of July 16, 2020 hearing. PUblic records request for Hissl Cty Sheriff and Fla Highway Patrol for Montanez. | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000028

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 8/17/2020 | 3:46 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.75 | $300.00 | Fee/J. Mack | | 0.75 | ☑ | ☐ | |
| | | review Montanez file from 119 request | | | | | | | | | | |
| 8/19/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | Continue preparation of draft findings of fact and conclusions of law regarding the July 16, 2020 Appeal Hearing in IA 2020-001.   Review Respondent's exhibits. review order denying defendant's Motion to dismiss. | | | | | | | | | | |
| 8/24/2020 | 4:27 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | Review respondent's evidence for suspension hearing; continue preparation of final draft of findings of fact and conclusions of law for evidentiary hearing officer with citations to record; request KW personnel records from Sarasota County Sheriff; emails JMM, MNL, MS re: dep schedules; service of P's discovery requests to D, rogs; doc prod, request for admissions. Task Code: Paralegal Billable Hours: 8.00 | | | | | | | | | | |
| 8/26/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | Contact mediator's office  Deborah Brown and request availability for late Nov.  Prepare draft Order; follow up on request for insurance info: Laurel Romero, JD Western World Ins. Group; investigate and summarize status of outstanding public records requests; review local rules re: mediation; review insurance agreement for COV; review City of Venice proposed Findings of Fact and Conclusions of Law to Hearing Officer; privilege log for withheld items in litigation; organize tasks to be completed: mediation summary; deps we need; mediation dates late Nov., circulate suggestions; discussion with client re: Covid 19 leave granted Halpin, Dinka and Sgt. White, but not KW. | | | | | | | | | | |
| 8/31/2020 | 11:42 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.25 | $1,087.50 | Paralegal | | 8 | ☑ | ☐ | |
| | | Review SRQ records for KW from FOIA request; review Middle District of Fl Mediation Rules; begin draft mediation summary: factual allegations; scheduling emails for deps | | | | | | | | | | |
| 9/2/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | Continue preparation of Mediation Summary for KW; prepare damages/paralegal time summary for damages; tele Deborah Brown re Court Ordered Mediation dates; tele Tracy Suarez re dates; t/c Kenite Webb re status, dates, etc. update trialworks | | | | | | | | | | |
| 9/9/2020 | 9:32 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.5 | $1,125.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | continue scheduling tasks for depositions  of Mattmuller, Lavallee and Bullock, Chappa; and mediation, email Defense counsel with dates for Webb dep.;  Continue preparation of Mediation report- Plaintiff's position, integrate interrogatores into mediation report; index to document production; review SOPs and Venice Procedures and Rules for applicable standards; email KW re dates; status of discrim claim by other Venice employee; to do: request Williamson and Al King records from COV; Need treatment records from Calderon; Lakewood Cardiovascular; Steven Class MD Heart specialist; add  documetns on post-filing incidents to discovery. | | | | | | | | | | |
| 9/9/2020 | 4:29 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.25 | $100.00 | Fee/J. Mack | | 0.1 | ☑ | ☐ | |
| | | Preparation of Client - court date time/ phone conf with KW re depos and disciplinary proceedings | | | | | | | | | | |
| 9/10/2020 | 4:48 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.15 | $60.00 | Fee/J. Mack | | 0.15 | ☑ | ☐ | |
| | | review emails re reschedule mediation and respond to OC with request to confirm date. | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000029

| Date | Time | Case Name / Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|------------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 9/14/2020 | 8:59 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8.15 | $1,222.50 | Paralegal | | 8 | ☑ | ☐ | |
| | | Review findings of fact in appeal hearing of IA 2020-001 by Albert Galloway, Hearing officer. Review emails regarding future recourse. Review emails regarding scheduling of Webb deposition and mediation.  Continue preparation of Mediation Summary. | | | | | | | | | | |
| 9/15/2020 | 1:33 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.15 | $60.00 | Fee/J. Mack | | 0.15 | ☑ | ☐ | |
| | | review email from mediator Brown and respond with COVID 19 Order | | | | | | | | | | |
| 9/16/2020 | 9:02 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.5 | $1,000.00 | Fee/J. Mack | | 2.5 | ☑ | ☐ | |
| | | continue preparation of Mediatoin summary; incorporate information from responses to Interrogatories; review deposition arrangements; pursue client's medical records and outstanding items including possible settlement position. | | | | | | | | | | |
| 9/16/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.75 | $1,162.50 | Paralegal | | 8 | ☑ | ☐ | |
| | | Review emails re: Webb v COV mediation: scheduling and format; Court's scheduling Order and Covid-19 extension;  review USA v COV, 8:20-cv-02161- (discrimination action filed on behalf of COV Public Works employee James Williamson) filed 9-15-2020; review Williamson Settlement agreement, research media reports of settlement by DOJ. draft and send email client regarding Williamson including copy of Settlement Agreement by Venice with DOJ; email strategy to JMM; continue preparation of Mediation summary for KW, discuss filing "notice of related case" | | | | | | | | | | |
| 9/21/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.75 | $1,162.50 | Paralegal | | 8 | ☑ | ☐ | |
| | | Review emails regarding depositions; review Notice of Related Case filed 9-18-20; continue preparation of Mediation summary draft including summarizing items giving rise to action and chronology.  Review The Scoop articles regarding settlement of James Williamson case against Venice and criticism for failing to add sum into Venice budget comments leaving Commissioners in the dark about pendency of suit and looming settlement and "other one in the wings". | | | | | | | | | | |
| 9/23/2020 | 9:03 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6 | $900.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | continue legal research re Rule 407: Subsequent Remedial Measures for preclusive effect on admitting at trial evidence of settlement terms of discrimination case brought by James Wiliamson - marked as related case.  Issue of admisibility of proof of settlement of another action and its settlement terms to establish lack of protocol and procedures for discrimination claims to establish element of ongoing policy and practice of deliberate indifference to racial discrimination and failure to prevent and properly train employees allowing practice of discrimination to continue; review reporting, investigation, prevention and education of discrimination claims; review emails w client re: demand; filing Notice of Related case for Williamson action; continue preparation of mediation summary. Review FOP/COV Agreement for terms relating to process and procedures of grievence, complaints and investigation process for racial discrimination, hostile work environment, disparate treatment based on race. | | | | | | | | | | |
| 9/24/2020 | 4:30 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 2.5 | $375.00 | Paralegal | | 2.5 | ☑ | ☐ | |
| | | Tele conference with Mark Levitt, attorney for COV re: dates in Preliminary Conf. Order; Covid-19 extension, July 16 evidentiary hearing; continue preparation of document production; tele w Kenite re docs needed for responses; emails w/ outstanding tasks including outstanding interrogatories for review and supplementation; Whittaker contact next week; obtaining treatment records from Lisa Jennay. Task Code: Paralegal Billable Hours: 2.50 | | | | | | | | | | |
| 9/24/2020 | 9:51 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.75 | $1,100.00 | Fee/J. Mack | | 3 | ☑ | ☐ | |
| | | KW at office to prep for upcoming deposition on 10/8/20 | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000030

| Date | Time | Case Name / Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|--------------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 9/28/2020 | 9:11 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.5 | $975.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | Tele call with client regarding possible settlement position; discuss categories of damages; possibility that settlement contain component creating new employment position at COV for KW - suggested EEOC compliance officer; oversight; compensatory damages; health issues; stress; continuing w/ IA against him; research damages, caps, discuss unavailability of punitive damages against governmental entity; prepare memo to file re client discussion; review Drop Box documents;  organize file; review recent emails; | | | | | | | | | | | |
| 9/30/2020 | 5:04 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6 | $900.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | Continue preparation of draft Mediation summary; pick up with emails re: scheduling Plaintiffs depositions; review case settlement research for comparative purposes.  discussion w/ JMM re client's settlement position; email client for follow up on position.  Continue attempt to organize files. | | | | | | | | | | | |
| 10/5/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.5 | $975.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | Prepare for client's deposition; prepare email to client w/ enc. to review prior to dep; discussion w JMM re damages, discuss recent event at Splash wherein KW accused by boyfriend of hitting on white store employee while arrest of motorist who parked at Splash; complaint made including violence against KW; investigation; compile draft outline for deps w proposed exhibits/ review case materials and organize for dep outlines. Update and revise draft email to Whitsett.  review/send emails to client re meeting. | | | | | | | | | | | |
| 10/7/2020 | 5:30 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8.5 | $1,275.00 | Paralegal | | 8.5 | ☑ | ☐ | |
| | | Conf. JMM re damage cap. under statute, review statute and case law regarding damage limitations.  Conference with client in preparation of deposition.  Review file documents (FAC, P's Response to Interrogatories, EEOC charge) with client. Review damage awards and developments for comparison purposes and further discuss client's settlement positions in anticipation of mediation conference. | | | | | | | | | | | |
| 10/8/2020 | 9:53 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 8 | $3,200.00 | Fee/J. Mack | | 8 | ☑ | ☐ | |
| | | prep for travel to/from  and attend Kenite deposition at City Hall on Island Venice | | | | | | | | | | | |
| 10/12/2020 | 5:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7 | $1,050.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | Prepare draft outline for Tom Mattmuller's deposition and incorporate references to Drop Box docs: check Sunbiz for entities TM is affiliated with, review Scty of State docs filed for entity named "Do The Right Thing of Sarasota, Inc." which TM was a Director of; review accreditation history for Venice and loss of accreditation; review TM's profile on Venice Website, conuct internet search of TM; review Commission for Florida Law Enforcement Accreditation, Inc.; review TM comments on COV PD accreditation and goals of attaining status. | | | | | | | | | | | |
| 10/14/2020 | 5:03 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 1 | $150.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | email defense counsel to confirm defendant's depositions; discussion with JMM re status; review Jax email ; review Bostock v Clayton County Georgia, USSCt. June 15, 2020; discuss contacting Dr. McAllister, send email regarding records and tele conf. | | | | | | | | | | | |
| 10/19/2020 | 5:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.2 | $1,080.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | Email client re HIPPA form; review emails requesting form re Dr. McAllister's office; continue preparation of deposition outline for Mattmuller; review Plaintiff's record production for cross reference in Dep. outline, confirm court reporter for upcoming dep. discussion w/ JMM | | | | | | | | | | | |
| 10/21/2020 | 5:12 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.25 | $37.50 | Paralegal | | 0.25 | ☑ | ☐ | |
| | | emails to/from client re IA, Chappa, reports re Splash. client zone changed, mental health declaration to Chappa; complaint Frangione received. | | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000031

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 10/25/2020 | 9:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 4 | $600.00 | Paralegal | | 4 | ☑ | ☐ | |
| | | Re: Kenite Webb:  Review Defendant's document production pgs 1-2022; compile summary with reference to doc. Prod.  Email to JMM | | | | | | | | | | |
| 10/26/2020 | 8:22 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 10 | $1,500.00 | Paralegal | | 10 | ☑ | ☐ | |
| | | Webb: Continue review of Defendant's document production and summary w/ references. Compile outline for Lavallee deposition on Thursday; continue Matmuller deposition outline, email Webb regarding outstanding HIPPA authorizations for defendant.  Discussion with JMM.  Email Webb outline for MM deposition.  @remote: Continue review of defendant's document production, summarize and analyze. | | | | | | | | | | |
| 10/27/2020 | 2:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 2 | $300.00 | Paralegal | | 2 | ☑ | ☐ | |
| | |  Remote: continue review, analysis and summary of defendant's document production.  Review client email. Prepare attachment of interests to public record request; Email JMM summary, review & reply to  client email regarding medical procedure  w Erick Calderon, for heart monitor inplant. | | | | | | | | | | |
| 10/28/2020 | 9:24 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.05 | $907.50 | Paralegal | | 8 | ☑ | ☐ | |
| | | Webb: REview email from JMM. Review nad send email to DOJ senior attorney Louis Whitsett re status of Webb litigation in light of Williamson's case disposition.  Import all case related emails to Trialworks.  Continue preparation of Plaintiff's mediation summary including update of incidents, comparitors, Williamson settlement and ongoing instances of disparate treatment and retaliation as well as health ramifications and economic damages. | | | | | | | | | | |
| 10/28/2020 | 9:54 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 9 | $3,600.00 | Fee/J. Mack | | 9 | ☑ | ☐ | |
| | | prepar for, travel to/from City Hal, Venice Island for deposition of City Manager Lavallee | | | | | | | | | | |
| 11/2/2020 | 10:06 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.5 | $975.00 | Paralegal | | 6.5 | ☑ | ☐ | |
| | | Preparation for Mattmuller dep:  prepare exhibits, tele w client re depositions and Splash incident follow up regarding directive to make complaint and inaction by VPD to ensure safety of officer in light of threat to his life and racial slur, conf. w JMM, prepare emails re: dep questions client suggested, review Lavalle dep. Highlights with JMM, to do:  obtain Mattmuller performance evaluations, IT director personnel file, Chris St. Luz (sp?);<br>Time: 6.5 | | | | | | | | | | |
| 11/3/2020 | 10:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 9 | $3,600.00 | Fee/J. Mack | | 9 | ☑ | ☐ | |
| | | prepare for, travel to/from City Hall Island of Venice for Chief Mattmuller Deposition | | | | | | | | | | |
| 11/4/2020 | 5:03 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8.25 | ☑ | ☐ | |
| | | Webb: confirm COV employee name, Christ St. Luz? As Christopher St. Luce, Director of Information Technology (941) 882-7425; prepare deposition outline for City Manager Lavallee, review COV emails for his deposition, review training record summaries from Schuler; tele w client re Matmuller deposition; review medical records Sheri Sanders & Steven Class; conf. w JMM re Mattmuller dep. ; discuss status of Splash incident and threats. to do: supplement doc prod w/ medicals; authorizations for counselors; complain to D's attys re missing doc prod and document dump unacceptable without index to what is being responded to; check mediation requrirements for brief and rules. | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000032

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 11/9/2020 | 5:01 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.5 | $1,125.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | Review emails from JMM, Levitt, Tracy Suarez, Re: Dep Notice for Alan Bullock, Rule 30(b)(6) deposition of party representative to bind corporation;  review guidelines and draft scope of inquiry for corp. representative of City of Venice as requested by defense counsel. Prepare corrections to record request for Mattmuller performance evaluations and email archives for City Manager; review 2020  FOP contract w COV.  forwarded by officer VPD.  Reminder to client re: authorizations from def for medical records. Review defendant's subpoenaes to Webb's healthcare providers. Review case Liles v Weitzman re: discovery production; review article Taking a Rule 30(b)(6) Deposition.  Tele Deborah Brown, mediator re: schedule and party's confidential position statement, due date. | | | | | | | | | | |
| 11/11/2020 | 5:05 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.5 | $1,125.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | clarify public record request to City of Venice for Lavallee emails and Matmuller personnel and disciplinary files in response to COV email indicating size of prospective production. Continue preparation of  draft Scope of Inquiry for City of Venice representative depositions to be provided to defendant; Review F R. C P 30 (b)(6); draft dep. notice for Bullock. Review Document Production for Bullock documents to use in deposition.  Continue preparation of Bullock dep. Outline and review of defendant's document production for documents involving Bullock and emails. | | | | | | | | | | |
| 11/12/2020 | 6:05 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacquelyn Mack-Majka | $400.00 | 0.75 | $300.00 | Fee/J. Mack | | 0.75 | ☑ | ☐ | |
| | | research & draft scope for B6 depo send  to OC | | | | | | | | | | |
| 11/16/2020 | 9:57 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacquelyn Mack-Majka | $400.00 | 7 | $2,800.00 | Fee/J. Mack | | 7 | ☑ | ☐ | |
| | | prepare for, travel to/from City Hall Island of Venice HR Director  Alan Bullock deposition #1 | | | | | | | | | | |
| 11/16/2020 | 5:18 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 3.5 | $525.00 | Paralegal | | 35 | ☑ | ☐ | |
| | | Review KW  treatment notes of Bennett McAllister, MD. Review docs for Bullock deposition and discussion with JMM re status of Personnel Director Bullock at dep today is still uncertain. Review Resolution No. 2020-42, City of Venice regarding discrimination and harassment and requirements for reporting instances.  Review City meeting adopting resolution by 7-0 vote.  Organize files | | | | | | | | | | |
| 11/18/2020 | 12:15 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.55 | $82.50 | Paralegal | | 0.55 | ☑ | ☐ | |
| | | review email from JMM, reporting agency re transcript. Research costs to litigant under Title VII in light of invoice for Lavallee transcript received.  Send email to JMM with findings that costs are avail to successful litigant without regard to financial status of litigant. | | | | | | | | | | |
| 11/18/2020 | 10:02 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacquelyn Mack-Majka | $400.00 | 6 | $2,400.00 | Fee/J. Mack | | 6 | ☑ | ☐ | |
| | | meet with client prepare for medication and attend via Zoom with Deborah Brown. | | | | | | | | | | |
| 11/18/2020 | 4:58 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7 | $1,050.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | Re: mediation; prepare with summary and update of issues for p and damages; confirm client position re possible settlement; discussion w JMM re demand/scope of acceptable disposition;  attend Mediation session w Deborah Brown, JMM, client; possible workers comp component of global settlement; discussion w client re options if separated from VPD; career options beyond this case. | | | | | | | | | | |
| 11/23/2020 | 4:25 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 3.02 | $453.00 | Paralegal | | 3.02 | ☑ | ☐ | |
| | | prepare Motion on consent for extension of time of remaining tasks in scheduling order. Review local rules, Covid-19 Order, Pretrial Scheduling Order.  Review emails re: continuation of mediation and motion on consent.; review defendant's revisions; file same | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000033

| Date | Time | Case Name<br>Explanation | User | Hourly<br>Rate | Hours | Amount | Task Code | Activity Code | Hours<br>Worked | Billable<br>Time | Billed | Billed<br>Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/25/2020 | 4:35 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.25 | $37.50 | Paralegal | | 0.25 | ☑ | ☐ | |
| | | T/C Webb re mediation issues and damages | | | | | | | | | | |
| 11/30/2020 | 5:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 4.55 | $682.50 | Paralegal | | 8 | ☑ | ☐ | |
| | | Review additional document production from defendant including personnel files of Bullock, Gregoire, Henderson, Hill, Joyce, Long Terry, Wentworth,  Rose,  (pgs 6022 – 7954) and summarize notes. Review Lisa Jennay treatment notes for 12-2017 to 8-2018; prepare summary | | | | | | | | | | |
| 12/2/2020 | 5:12 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 5.05 | $757.50 | Paralegal | | 8 | ☑ | ☐ | |
| | | Continue review and analysis of defendant's 2d document production, including personnel folders for other employees and plaintiff.  Summarize findings.  Def. additional document production Bates 11279-11411 : Webb Personnel from Tracy Suarez; emails to/from JMM re limiting scope of Public Request R001006-110920 re: Lavallee: including key search terms suggested to limit return. | | | | | | | | | | |
| 12/7/2020 | 3:50 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 3 | $450.00 | Paralegal | | 3 | ☑ | ☐ | |
| | | Review additional medical record from Sarasota Memorial returned pursuant to authorization; prepare summary of medical records received and confirm all authorizations have been processed by providers treating KW.  Review Lavallee deposition transcript.  Summarize highlights of dep. for potential SJ motion. review emails from Lori Seltzer re 40,812 emails returned in response to R001006-110920 and specific key terms sought to narrow results.  discussion w JMM re resolution of volume of return and costs. | | | | | | | | | | |
| 12/9/2020 | 3:52 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 2 | $300.00 | Paralegal | | 2 | ☑ | ☐ | |
| | | continue review and notations for Lavallee deposition transcript. | | | | | | | | | | |
| 12/10/2020 | 4:10 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.3 | $45.00 | Paralegal | | 0.3 | ☑ | ☐ | |
| | | Tele Lori Selzer re 119 Records Request for KW: including Hostile Work Env. ; email JMM re outcome of discussion and how to proceed with est. 40,000+ emails due to Outlook redundancy on outgoing msgs to entire emp. staff., etc. ; email JMM w status, and suggestions; Q of review of volume of return; fees to successful litigant; review statute for "inspection " by remote electronic means in lieu of copying and paying for copies.   Venice says no way to preliminarily review records without paying; JMM email to KW for input | | | | | | | | | | |
| 12/14/2020 | 4:24 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 3 | $450.00 | Paralegal | | 3 | ☑ | ☐ | |
| | | Discussion with JMM regarding production of Plaintiff's medical records; prepare Plaintiff's First Supplemental Document Production and Bates stamp treatment notes of McAllister and Jannay.  Served by JMM; sent to mediator Deborah Brown | | | | | | | | | | |
| 12/15/2020 | 4:20 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2 | $800.00 | Fee/J. Mack | | 2 | ☑ | ☐ | |
| | | continued mediation with Deborah Brown. Unsuccessful disposition | | | | | | | | | | |
| 12/16/2020 | 3:35 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 5.25 | $787.50 | Paralegal | | 8 | ☑ | ☐ | |
| | | review medical records for client charges. Assess designation of Dr. McAllister as expert witness in addition to  treating physician.  Research damages, expert witness designation, treating physician testimony, Rule 26 disclosure and Fed. R. Ev. 702; 703.   Prepare memo to file.  Email Jacqulyn and client. | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000034

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 12/21/2020 | 3:57 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 1.95 | $292.50 | Paralegal | | 1.95 | ☑ | ☐ | |

Review notes and emails and Compile a list of pertinent events which occurred since the filing of KW's federal action for inclusion as ongoing actionable events at trial herein including Sanford 48 hr suspension; Hostile Work Environment by Gregoire for embellished emails to Chappa about tardiness for FOP detail Dec. 26, 2019 and reaction to case filing by Morales "Subpoena for you..." ; Gregoire alleging KW didn't keep patrol vehicle clean ; IA 2020-006; threats against KW made but never reported until months later; Jax email 11-2-2010 re hate crime against Webb ignored; sick time for Dr. appointments charged to KW but no one else; reduced perf. evals: "1" because Sanford sustained IA; seven 3's ; Williamson settlement with DOJ; flyer in KW mailbox announcing Northport PD is hiring 12-29-19; post Covid exposure KW not given time off while white officers Dinin and Sgt. White were given admin leave; failure to maintain Webb's training records causing him to repeat training in 2020; Paul Joyce not written up for drawing service revolver at Poppy's restaurant when he responded to complaint of disturbance despite mandatory write up for LOR if gun is pulled; Gregoire ordered Joyce to do it but didn't write up Jpyce when he didn't.  KW reported to us 11-2-2020; resolution 2020-42, Oct. 25, 2020 amending PPR 1.23 policy against harassment and discrim.  and email to Jax regarding production and updating of discovery with documents relating to same

| 12/21/2020 | 4:28 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.05 | $20.00 | Fee/J. Mack | | 0.05 | ☑ | ☐ | |

Review of Notice of Taking Deposition - 1474.docx.

| 12/23/2020 | 3:37 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 4 | $1,600.00 | Fee/J. Mack | | 4 | ☑ | ☐ | |

Tele conference w. client about updating damages, recent incidents, EEOC, remote work,  banana/cheese thrown at the car.; Chappa covid exposure last Friday and email for tele work home assignment which KW never got; Use of FMLA time instead of work time; Never got raise to $70K; filling Rx . Discussed medical issues as it relates to damages. Mayor received threats via text or email and once reported, it was investigated immediately but KW's threat was disregarded and no action was taken on his behalf. update case status, review records for updating; outstanding depositions and status.  review outstanding items for case to do.

| 12/28/2020 | 4:33 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.5 | $75.00 | Paralegal | | 0.5 | ☑ | ☐ | |

review emails from last week regarding filing charges on Splash and telecommuting.

| 1/4/2021 | 4:16 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 1.75 | $262.50 | Paralegal | | 1.75 | ☑ | ☐ | |

prepare Notice of Corportate Deposition for City of Venice by Alan Bullock.  review scope of inquiry from November and emails regarding scheduling of deposition, emails from and to JMM.

| 1/6/2021 | 11:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.05 | $7.50 | Paralegal | | 0.05 | ☑ | ☐ | |

Serve Notice of Deposition on defendant for Bullock's corporate rep. dep. on 1-19-21.

| 1/18/2021 | 3:44 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 3.22 | $483.00 | Paralegal | | 3.22 | ☑ | ☐ | |

review Webb: emails to/from Lori Seltzer, KW, JMM re status and volume for recent record request.  Prepare deposition exhibits for corporate rep dep. Email Mark Sugerman for confirmation of Bullock dep 1-19-21.

| 1/19/2021 | 10:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 9 | $3,600.00 | Fee/J. Mack | | 9 | ☑ | ☐ | |

prepare for, travel to/from City Hall Island of Venice for Alan Bulock deposition #2 (30B6)

Exhibits to Plaintiff's First Amended Bill of Costs  000035

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 1/22/2021 | 9:45 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.5 | $75.00 | Paralegal | | 0.5 | ☑ | ☐ | |
| | | review information on Covid orders. tele w Chambers on trial status due to restrictions via Covid 19; Order regarding juty trial suspensions, email from Ct. resetting trial date and final PTC. | | | | | | | | | | |
| 1/29/2021 | 3:30 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1.5 | $600.00 | Fee/J. Mack | | 1.5 | ☑ | ☐ | |
| | | KW to meet with JMM and KEM via Zoom case strategy session. | | | | | | | | | | |
| 2/3/2021 | 1:32 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 4.55 | $682.50 | Paralegal | | 4.55 | ☑ | ☐ | |
| | | Webb MSJ: attempt to continue downloading documents from Def's Motion for Summary Judgment. Review Judge's individual rules regarding consultation between parties to narrow issues on Summary Judgment. Draft email for Mark Levitt regarding procedures not followed. Draft email to client w MJS. Draft notes on issues to respond to in reply to motion for SJ. | | | | | | | | | | |
| 2/4/2021 | 1:46 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.35 | $52.50 | Paralegal | | 0.35 | ☑ | ☐ | |
| | | review 16 emails JMM/Marl Levitt; HH; review sample stmt of disputed facts; | | | | | | | | | | |
| 2/6/2021 | 1:36 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 2 | $300.00 | Paralegal | | 2 | ☑ | ☐ | |
| | | work remotely Webb MSJ: Review MSJ disputed facts, summarize findings, draft response to Defendant's undisputed facts | | | | | | | | | | |
| 2/7/2021 | 1:50 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.75 | $112.50 | Paralegal | | 0.75 | ☑ | ☐ | |
| | | summarize P's responses to Defendant's undisputed facts in opposition to D Motion SJ. sketch out legal argument; prima facie case of discrimination; complaints ignored, hostile work environment; adverse emp action inherent in graduated punishment because for KW 1 more false move and he's out. | | | | | | | | | | |
| 2/8/2021 | 1:57 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.5 | $75.00 | Paralegal | | 0.5 | ☑ | ☐ | |
| | | review communications regarding Public Records Request R001006-110920 13K emails; keywords used as requested; review exhibits for bullock dep transcript emailed from reporters w dep transcript; brief review of Bullock dep for motion sj opp. | | | | | | | | | | |
| 2/8/2021 | 1:03 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.5 | $200.00 | Fee/J. Mack | | 0.5 | ☑ | ☐ | |
| | | phone conference with Mark Levitt | | | | | | | | | | |
| 2/10/2021 | 3:38 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.35 | $52.50 | Paralegal | | 0.35 | ☑ | ☐ | |
| | | Email re costs for COV FOIR; email from Lori Stelzer, going back to Dec. request and fees to be charged, status. | | | | | | | | | | |
| 2/11/2021 | 3:33 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 1.85 | $277.50 | Paralegal | | 1.85 | ☑ | ☐ | |
| | | Webb MSJ: attempt to continue downloading documents from Motion. Review Judge's individual rules regarding consultation between parties to narrow issues on Summary Judgment. Draft email for Mark Levitt regarding procedures not followed. Draft email to client w MJS. Review Def. MSJ. Note issues to respond to. | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs   000036

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/12/2021 | 2:03 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 4.05 | $607.50 | Paralegal | | 4.05 | ☑ | ☐ | |
| | | continue preparation of comments to d's stmt. of 52 undisputed facts (plus subsections) with draft responses; send to JMM for review and comment; | | | | | | | | | | |
| 2/17/2021 | 3:28 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.22 | $33.00 | Paralegal | | 0.22 | ☑ | ☐ | |
| | | conf w JMM re defendant's statement of undisputed material facts and responses; | | | | | | | | | | |
| 2/22/2021 | 1:42 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 1.5 | $225.00 | Paralegal | | 1.5 | ☑ | ☐ | |
| | | Webb: Draft Response to Defendant's Statement of Undisputed Facts. | | | | | | | | | | |
| 2/24/2021 | 5:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 3.65 | $547.50 | Paralegal | | 3.65 | ☑ | ☐ | |
| | | review defendant's Motion for Summary Judgment including statement of undisputed material facts. review cases saved in Westlaw on legal issues and continue research on summary judgment in Title VII cases and FCRA. Review Judge's Individual Rules on motions for summary judgment and statement of facts. Commence draft of Plaintiff's statement of disputed facts. | | | | | | | | | | |
| 3/1/2021 | 9:22 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.9 | $1,035.00 | Paralegal | | 0 | ☑ | ☐ | |
| | | prepare certification for Lisa Jennay treatment records. Continue response to MSJ: legal research; review Defendant's cited cases. Continue Plaintiff's Statement of Disputed Facts with citations to the record. | | | | | | | | | | |
| 3/2/2021 | 9:50 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.25 | $937.50 | Paralegal | | 0 | ☑ | ☐ | |
| | | Continue preparation of response in opposition to Defendant's Motion for Summary Judgment including Plaintiff's statement of Disputed Facts. Review deposition notes and Matmuller transcript. Provide status email to client. | | | | | | | | | | |
| 3/8/2021 | 10:57 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.1 | $915.00 | Paralegal | | 6.1 | ☑ | ☐ | |
| | | continue preparation of Plaintiff's opposition to Motion for Summary Judgment. Review exhibits and continue statement of disputed facts. | | | | | | | | | | |
| 3/10/2021 | 9:09 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.75 | $1,012.50 | Paralegal | | 0 | ☑ | ☐ | |
| | | Review email from defense counsel and refiled unopposed Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment. Continue preparation of Response to Defendant's undisputed facts. | | | | | | | | | | |
| 3/14/2021 | 9:36 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 2 | $900.00 | Fee/K.Mack | | 2 | ☑ | ☐ | |
| | | Review Plaintiff's Response to Defendant's First Set of Interrogatories to Plaintiff; Initial Disclosures by Plaintiff and Defendant | | | | | | | | | | |
| 3/15/2021 | 4:23 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.5 | $75.00 | Paralegal | | 0.5 | ☑ | ☐ | |
| | | continue preparation of Disputed Facts in opposition to MSJ | | | | | | | | | | |
| 3/22/2021 | 12:21 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8.95 | $1,342.50 | Paralegal | | 8.95 | ☑ | ☐ | |
| | | continue preparation of Plaintiff's Statement of Disputed Facts; review Defendant's exhibits. | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000037

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 3/22/2021 | 4:53 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.5 | $1,125.00 | Paralegal | | 7.5 | ☑ | ☐ | |
| | | continue preparation of opp to MSJ.  tele conf w client re: events and instances of recent times and additional opposition facts for motion. pinpoint citations to record including Bullock and Lavalle transcripts. | | | | | | | | | | |
| 3/22/2021 | 7:26 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.3 | $45.00 | Paralegal | | 0.3 | ☑ | ☐ | |
| | | prepare draft Affidavit in Opposition for Kenite Webb regarding Chappa's allegations | | | | | | | | | | |
| 3/23/2021 | 6:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6 | $900.00 | Paralegal | | 6 | ☑ | ☐ | |
| | | Complete 1st draft of Webb Affidavit and send to client and lead counsel for reveiw and comment.  Continue preparation osf disputed facts. continue review of record. | | | | | | | | | | |
| 3/24/2021 | 9:04 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0 | $0.00 | Paralegal | | 0 | ☑ | ☐ | |
| | | Continue preparation of Memo of Law in Opposition to MSJ | | | | | | | | | | |
| 3/25/2021 | 5:04 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.15 | $22.50 | Paralegal | | 0.15 | ☑ | ☐ | |
| | | review email from client; reply | | | | | | | | | | |
| 3/26/2021 | 3:13 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 5.66 | $849.00 | Paralegal | | 5.66 | ☑ | ☐ | |
| | | Fri in office. T/C Webb, continue stmt of facts. MOL, Affidavit in Opp.  Problems with accessing record/pinpoint citations. | | | | | | | | | | |
| 3/26/2021 | 10:26 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.05 | $7.50 | Paralegal | | 0.05 | ☑ | ☐ | |
| | | T/C with Webb regarding Affidavit. Continue preparation of Mem of Law in Opposition. | | | | | | | | | | |
| 3/29/2021 | 4:45 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.75 | $1,162.50 | Paralegal | | 7.75 | ☑ | ☐ | |
| | | emails w client, 2d MET for response to MSJ; draft content; obtain consent of adversary to application, draft email to adversary, continue preparation of MOL in Opp to MSJ | | | | | | | | | | |
| 3/31/2021 | 8:53 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.05 | $7.50 | Paralegal | | 0.05 | ☑ | ☐ | |
| | | continue preparation of opposition motion papers. Conduct legal research.  Pinpoint citations and record on motion. | | | | | | | | | | |
| 3/31/2021 | 5:52 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | Revisions to Statement of Facts, MOL, Citations to record, | | | | | | | | | | |
| 4/2/2021 | 5:11 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 0.25 | $112.50 | Fee/K.Mack | | 0.25 | ☑ | ☐ | |
| | | Preparation of HIPPA | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000038

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 4/5/2021 | 4:02 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.65 | $1,147.50 | Paralegal | | 7.65 | ☑ | ☐ | |

Webb,: continue opp to MSJ; draft email requesting 3rd Extension of time to respond to MSJ.  Prepare draft proposed Motion to Court for 3d extension of time.  Review Majka Affid., review Webb Affid, continue record compilation, continue preparation of opposition to def motion for summary judgment

| 4/7/2021 | 1:07 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 1.75 | $262.50 | Paralegal | | 0.75 | ☑ | ☐ | |

Webb motion; provide exhibit electronically 3.07 (c0; Jamie Hoy video; youTube; favoritism in grooming employees for advancement on subjective assessment: Browning Per. Eval; D's 26-33; supervisor suggests Field Training Officer; "very bright future"; prepare citations from document production to add to motion opp:  including categories in record to references to biracial child, black suspects book, sick time for wkrs comp, damages, insubordination, rice crash report, complaints of hostile work environment ignored, motel 6 incident, banana in trunk, summary of allegations in EEOC position stmt; smily face for Bill Long with bullet through the head; splash incident; rock jetty w n+word; adverse employment actions, Chappa issues, custom, policy and practice; bad blood w Bill Long, "n=gger", being arrested for being black: racial profiling at COV; SRO 62-13: 5-8; Compliance w EEOC; SRO Mattmuller deposition citations to include on issues including . 51-10; training; Hoy  Gregoire, going to sue us too? comment, Hostile Work Emvironment KW email to MM; COV gene pool, Smolenski; Matrix; Avery & Association; Mattmuller with EEOC; swoen statement not necessary to take complaint ; missing report; harassment SOR; Motel 6 burglary; comparitors; mgmt being final arbitors; black suspects book, appeal of Ord. 204; add PPR to stmt of facts;

| 4/12/2021 | 3:05 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.75 | $112.50 | Paralegal | | 0.75 | ☑ | ☐ | |

Webb,: review final filings, email from Marc Sugarman re font, etc. Tele w Judge's Clerk regarding issue with citations to Exhibits being thrown off due to the volume of exhibits.  Draft emails to JMM and Mark Sugerman.  Review filings.

| 4/14/2021 | 9:07 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.6 | $90.00 | Paralegal | | 0.6 | ☑ | ☐ | |

Review filed motin opposition papers

| 4/19/2021 | 5:10 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 4.7 | $705.00 | Paralegal | | 5.6 | ☑ | ☐ | |

Index P's  Motion Exhibits in accordance with #'s filing on Docket in preparation for amended motion papers reflecting pinpoint citations. Decipher problem with citations in legal papers not matching filed documents' docket entry numbers. Emails to/from Lori Stelzer regarding last public record request, check status of payment request,  review COV time frame to respond to public record requests adn email JMM; confirm authority to proceed with project with JMM.

| 4/21/2021 | 4:04 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 4.22 | $633.00 | Paralegal | | 4.22 | ☑ | ☐ | |

revise Motion for Summary Judgment Oppostion papers to correct citations to the record as filed due to ECF jumping docket entry numbers because of file size limitations throwing off the citations.

| 4/24/2021 | 10:06 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 4 | $600.00 | Paralegal | | 4 | ☑ | ☐ | |

Continue amendment t MSJ opposition papers to include updated citations to the record as filed on ECF.  Amend Statement of disputed facts.

| 4/25/2021 | 8:24 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 4.2 | $630.00 | Paralegal | | 4.2 | ☑ | ☐ | |

Continue preparation of citations to the record in Amended Stmt of facts and MOL in opp to MSJ.

| 4/26/2021 | 9:25 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 10.05 | $1,507.50 | Paralegal | | 0.05 | ☑ | ☐ | |

Continue preparation of final drafts of Plaintiff's Opposition to Def. Motion for Summary Judgment. Review and add pinpoint citations using amended index. Revise Stmt of disputed facts. Hostile work envoronment Gregoire; motel 6 undue force; smiley fact bullett to head, criminal mischief;

Exhibits to Plaintiff's First Amended Bill of Costs  000039

| Date | Time | Case Name<br>Explanation | User | Hourly<br>Rate | Hours | Amount | Task Code | Activity Code | Hours<br>Worked | Billable<br>Time | Billed | Billed<br>Date |
|------|------|--------------------------|------|----------------|-------|--------|-----------|---------------|-----------------|------------------|--------|----------------|
| 4/28/2021 | 4:39 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.75 | $1,012.50 | Paralegal | | 6.75 | ☑ | ☐ | |
| | | Review final amended Oposition to defendant's amended motion for summary judgment and statement of disputed facts. Review court docket sheet. Organize files for Motions, Discovery; Notes; Depositions; Court Docket Entries; draft "to do" list, discussion with JMM for upcoming tasks. | | | | | | | | | | |
| 5/3/2021 | 11:05 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.15 | $22.50 | Paralegal | | 0.15 | ☑ | ☐ | |
| | | draft, review and mail Lisa Jannay ltr w certification and sase | | | | | | | | | | |
| 5/5/2021 | 9:11 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 3.05 | $1,220.00 | Fee/J. Mack | | 3.05 | ☑ | ☐ | |
| | | T/C w client re not given time to complete THI reports. First day back, light duty. He's not given admin. time to complete THI reports and wants to make a complaint against Chappa and Quick. Short is now on the squad in the station, Chappa gave him time off the road to complete his THI reports. Chappa told him not to log in. They are paid separately for THI and report prep time. KW is denied time to do his. His reports came out in Feb and he still hasn't finished them because not given time. Also he asked for training class for advanced THI. July class is booked and he asked for June class. He's waiting to see what Chappa says. Discussion regarding Chappa changing KW's time sheet and reworking what was already done. Discuss with JMM and prepare draft email to Mattmuller, Chappa and legal counsel. | | | | | | | | | | |
| 5/5/2021 | 1:15 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 3.3 | $495.00 | Paralegal | | 3.3 | ☑ | ☐ | |
| | | T/C with Webb regarding THI reports: not being given time to prepare his required reports but Short was given time today to work on his THI reports. Short was reassigned to Webb's squad. Chappa denied KW request because of staffing issues but Short is pulled from working the road to do his reports. THI came out in Feb and Webb hasn't finished his reqports. also asked for Advanced THI training . Denied 2 times. Also, Chappa reworked the wording on his time sheets. Draft email to MM Chappa and legal counsel, send to JMM. Discussion w JMM; emails JMM/KW | | | | | | | | | | |
| 5/19/2021 | 9:59 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.3 | $45.00 | Paralegal | | 0.3 | ☑ | ☐ | |
| | | Tele call with Kenite re status. Prepare email with Plaintiff's motion opposition and Defendant's further support. | | | | | | | | | | |
| 5/19/2021 | 4:21 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 1.27 | $190.50 | Paralegal | | 1.27 | ☑ | ☐ | |
| | | E-Mail client with initial opposition papers and amended opposition to defendant's motion for summary judgment. Tele w client w comments/ explanations; review docket for trial date, and pretrial hearing. email Jax. | | | | | | | | | | |
| 5/19/2021 | 4:59 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.75 | $112.50 | Paralegal | | 0.75 | ☑ | ☐ | |
| | | Local Rule 3.06: draft tasks for Pretrial Conf. Email Jaq. check July Trial term; calculate due date for joint pretrial stmt. draft email to adversary w dates for compliance with pretrial tasks. review local rules for requirements for parties' joint pretrial statement. | | | | | | | | | | |
| 5/24/2021 | 1:02 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 3.8 | $570.00 | Paralegal | | 3.8 | ☑ | ☐ | |
| | | Review Defendant's Draft Pretrial Joint Statement. Draft Plaintiff's version of Joint Pretrial Statement. Review samples. Review Local Rule requirements. Review discovery items, review motion for summary judgment. email Jacqulyn | | | | | | | | | | |
| 5/25/2021 | 2:05 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1 | $400.00 | Fee/J. Mack | | 1 | ☑ | ☐ | |
| | | prepare for and attend Pre Trial conference meeting with Mark Sugerman via Zoom | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000040

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|------------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 5/26/2021 | 11:54 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 5.1 | $765.00 | Paralegal | | 5.1 | ☑ | ☐ | |
| | | Review COV 119 production from 5-24-21 and compile notes/summary. Prepare draft summary of anticipated testimony for trial witnesses for JPT Stmt and make chart of witnesses, issues and documents for trial prep. | | | | | | | | | | |
| 6/2/2021 | 9:31 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.4 | $960.00 | Paralegal | | 0.1 | ☑ | ☐ | |
| | | Review emails w defense counsel re Joint Pretrial Statement; review defendant's draft ; review adjournment of Pretrial conference from 6-9-21 to 7-21-21; trial reset for 7-26-21 term; calendar dates; email client with updates; continue witnesses and exhibits; provide plaintiff's comments to defendant's draft, email Jacq. | | | | | | | | | | |
| 6/7/2021 | 9:48 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 1.75 | $262.50 | Paralegal | | 1.75 | ☑ | ☐ | |
| | | draft Request for Judicial Notice of USA v Venice (Williamson) with attachments; review Fed R Evid 201; review new medical records from Webb's April 2021 Sarasota Memorial Hospital records; | | | | | | | | | | |
| 6/7/2021 | 2:32 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.1 | $15.00 | Paralegal | | 0.1 | ☑ | ☐ | |
| | | Review hospital records from Sarasota Memorial regarding infected heart device and admission April 1-6, 2021; scan, bates stamp | | | | | | | | | | |
| 6/7/2021 | 2:37 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.6 | $90.00 | Paralegal | | 0.6 | ☑ | ☐ | |
| | | Review of Medical Records Request - 10913.docx. | | | | | | | | | | |
| 6/9/2021 | 11:49 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.35 | $52.50 | Paralegal | | 0.35 | ☑ | ☐ | |
| | | draft email  to Karen Downs re Dr. McAllister on KW; authorization provided; foward email sent earlier to Dr. re: trial; | | | | | | | | | | |
| 6/9/2021 | 9:03 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.5 | $200.00 | Fee/J. Mack | | 0.5 | ☑ | ☐ | |
| | | Review of notice of service of expert ROGS - 4282.docx. | | | | | | | | | | |
| 6/9/2021 | 9:12 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 5.2 | $780.00 | Paralegal | | 5.2 | ☑ | ☐ | |
| | | Follow up email to JMM on response to confirm status of latest public records request from Lori Stelzer. Review medical records; emails to Dr. McAllister; tele w office manager Karen; compose email to Karen. review discovery for medical records exchanged. V/M Lisa Jennay; draft Plaintiff's Second Supplemental Response to defendant's first request for production of documents; review Sarasota memorial Hospital records; organize and label files | | | | | | | | | | |
| 6/14/2021 | 10:38 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.27 | $108.00 | Fee/J. Mack | | 0.27 | ☑ | ☐ | |
| | | T/C Lisa Jannay re KW; trial prep; witness; records. | | | | | | | | | | |
| 6/16/2021 | 1:40 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.2 | $30.00 | Paralegal | | 0.2 | ☑ | ☐ | |
| | | review eservice email with new trial dates in KW v COV. | | | | | | | | | | |
| 6/21/2021 | 10:41 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.15 | $22.50 | Paralegal | | 0.15 | ☑ | ☐ | |
| | | email KW re: Lisa Jannay and expenses.  preapproval for quick tele conf. requested | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000041

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|------------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 6/21/2021 | 10:45 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.09 | $13.50 | Paralegal | | 0.09 | ☑ | ☐ | |
| | | Email client re Lisa Lannay expenses for conference re trial and treatment | | | | | | | | | | |
| 6/21/2021 | 11:33 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.3 | $45.00 | Paralegal | | 0.3 | ☑ | ☐ | |
| | | t/c KW; re COV training video buffering; Hooters claim brought by black female terminated on basis of haristyle being blond; audience reaction is laughter and making light of discriminaiton; client characterizes segment as inappropriate and laughable; s/w Chappa about audio problems, who confirmed it was by all viewers, email to JMM w summary | | | | | | | | | | |
| 7/12/2021 | 2:28 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.09 | $13.50 | Paralegal | | 0.09 | ☑ | ☐ | |
| | | email KW re training video info 2021 | | | | | | | | | | |
| 7/14/2021 | 3:31 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.25 | $37.50 | Paralegal | | 0.25 | ☑ | ☐ | |
| | | Email to KW re training segment; | | | | | | | | | | |
| 7/16/2021 | 9:37 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 1 | $450.00 | Fee/K.Mack | | 1 | ☑ | ☐ | |
| | | Review Plaintiff's First Request for Admissions and Defendant's Reply | | | | | | | | | | |
| 7/19/2021 | 9:27 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.5 | $75.00 | Paralegal | | 0.5 | ☑ | ☐ | |
| | | watch training segment by COV for 2021 training on emp. discrim.  review JMM email to Louis Whitsett re harassment training segment taught by Mark Levitt | | | | | | | | | | |
| 7/20/2021 | 9:38 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 2.5 | $1,125.00 | Fee/K.Mack | | 2.5 | ☑ | ☐ | |
| | | Trial Preparation: Review Motion and Response re: Def. Motion for Summary Judgment | | | | | | | | | | |
| 7/21/2021 | 1:44 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 1.7 | $255.00 | Paralegal | | 1.7 | ☑ | ☐ | |
| | | email to JMM; memo on  ethical issues against COV for poorly performing training segment on employment discrimination; implications for violation of settlement terms of Williamson; buffering, and content at issue.  Mark involvment is potentially vio of ethics; outside counsel and discrim counselor; advocate in KW case | | | | | | | | | | |
| 7/21/2021 | 9:39 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 1 | $450.00 | Fee/K.Mack | | 1 | ☑ | ☐ | |
| | | Conference w KW Trial Prep; timeline review. Testimony review | | | | | | | | | | |
| 7/26/2021 | 3:47 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 1.85 | $277.50 | Paralegal | | 1.85 | ☑ | ☐ | |
| | | Continue draft email to Mark Levitt regarding ethical considerations involving dual representation of insurer and insured; witness advocate rule, etc.  Review ethics rules, | | | | | | | | | | |
| 8/23/2021 | 11:18 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.45 | $67.50 | Paralegal | | 0.25 | ☑ | ☐ | |
| | | Client exposed to COVID 19 during response to Marchman Act call on 8/21/21; report on condition, what was done.  COV Return to Work plan, Phase 6 from Aug. 17, 2021; discuss w JMM | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000042

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 9/9/2021 | 2:16 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.05 | $7.50 | Paralegal | | 0.05 | ☑ | ☐ | |
| | | email re conference  scheduling | | | | | | | | | | |
| 9/9/2021 | 2:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1 | $400.00 | Fee/J. Mack | | 1 | ☑ | ☐ | |
| | | Mark Sugarman to call JMM re trial deadlines for lists etc. | | | | | | | | | | |
| 9/9/2021 | 11:06 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 4.6 | $1,840.00 | Fee/J. Mack | | 4.6 | ☑ | ☐ | |
| | | prepare initial exhibibt list | | | | | | | | | | |
| 9/20/2021 | 9:03 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.15 | $22.50 | Paralegal | | 0.15 | ☑ | ☐ | |
| | | review email JMM 11th Cir prior notice that conduct is unconstitutional Hope v Pelzer; 2002 | | | | | | | | | | |
| 9/22/2021 | 5:07 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.63 | $994.50 | Paralegal | | 6.63 | ☑ | ☐ | |
| | | send email w JS start of trial witness list in Webb w adddresses ; review prior list from JMM 9-2-21; review email from JMM re: Bullock note on Gregoire's promotion to Sgt." top candidate by a clear margin" Def.6334; JS email re joint pretrial statement; get started on JPTS, review, drafting | | | | | | | | | | |
| 9/28/2021 | 6:15 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 6.45 | $2,580.00 | Fee/J. Mack | | 6.45 | ☑ | ☐ | |
| | | TRial prep, JPS prep, exhibit list revisions | | | | | | | | | | |
| 9/29/2021 | 4:05 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.75 | $112.50 | Paralegal | | 0.75 | ☑ | ☐ | |
| | | review draft joint jury instructions and verdict form; and voir dire from defendants; review HH subpoenaes; . | | | | | | | | | | |
| 9/29/2021 | 5:13 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 2.22 | $333.00 | Paralegal | | 2.22 | ☑ | ☐ | |
| | | emails by and between P and D  re: final joint pretrial statement; justification for Plaitniff's modifications; request for admissions as basis for inserts; D's proposed changes 1-9 5:09 pm.; prepare preliminary outline of Motion In Limine  and send to JMM. | | | | | | | | | | |
| 9/29/2021 | 5:59 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.37 | $1,105.50 | Paralegal | | 7.37 | ☑ | ☐ | |
| | | work on Webb's Motion in Limine; zoom w KW; Faith Brown re Bill Long; Kruger ; SR 2021-006; reports KW wrote for others no a problem but if his name is on it, they aren't good enough;joint pretrial statement; legal research on federal rule for hybrid treating physician/expert witness and requirments for trial : not Daubert witness requiring formal report and prior testimony and disclosure as expert under FRCivPRo. | | | | | | | | | | |
| 10/4/2021 | 4:02 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 3.2 | $480.00 | Paralegal | | 3.2 | ☑ | ☐ | |
| | | Review and prepare revisions to draft joint verdict form with comments; review case law for elements of proof for claims; send email to JMM w draft | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000043

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 10/4/2021 | 4:51 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 4.66 | $699.00 | Paralegal | | 4.66 | ☑ | ☐ | |
| | | prepare second draft updated/revised joint jury instructions; review previous version; conduct legal research on components of remaining charges after SJ. notations include citations and reason for modifications; email to JMM for review and comment | | | | | | | | | | |
| 10/4/2021 | 9:40 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 1 | $450.00 | Fee/K.Mack | | 1 | ☑ | ☐ | |
| | | Conference w K/W Trial Prep | | | | | | | | | | |
| 10/4/2021 | 9:41 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 2.5 | $1,125.00 | Fee/K.Mack | | 2.5 | ☑ | ☐ | |
| | | Trial Preparation: Review Motion and Response re: Def. Motion for Summary Judgment; Order of Court | | | | | | | | | | |
| 10/6/2021 | 5:45 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.59 | $1,138.50 | Paralegal | | 7.59 | ☑ | ☐ | |
| | | Prepare update and additions to Plaintiff's trial exhibits: locate missing exhibits from HH draft; add to file of trial exhibits; cross reference location in files; review P and D's document production and record for exhibits; review non- documentary evidence files ( body cam footage; audio recordsing in File 11) | | | | | | | | | | |
| 10/6/2021 | 10:44 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.5 | $200.00 | Fee/J. Mack | | 0.5 | ☑ | ☐ | |
| | | instruct staff  to pre trial prep outstanding | | | | | | | | | | |
| 10/11/2021 | 4:35 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.55 | $1,132.50 | Paralegal | | 7.55 | ☑ | ☐ | |
| | | Trial Preparation.  draft Plaintiff's Pretrial Memo of Law outline; Jury Trial instructions: review model instructions and defendant's draft; comparison and revisions, and notes from witness and exhibit lists.  prepare drafter's notes on proposed revisions;  conduct legal research on hostile work environment | | | | | | | | | | |
| 10/11/2021 | 4:17 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.82 | $1,023.00 | Paralegal | | 6.82 | ☑ | ☐ | |
| | | Review email from JMM; review Court's decision and draft pretrial memorandum of law on issues of Defendant's Liability for Hostile Work Environment; vicarious liability, direct liability, facts to support allegations, issue of Webb availing himself of anti-harassment policies and appliable complaint procedures; | | | | | | | | | | |
| 10/11/2021 | 5:31 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1.25 | $500.00 | Fee/J. Mack | | 1.25 | ☑ | ☐ | |
| | | instruct staff as to revision to  exhibit list and ensure  understanding | | | | | | | | | | |
| 10/13/2021 | 4:30 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 1 | $450.00 | Fee/K.Mack | | 1 | ☑ | ☐ | |
| | | prep and attend phone conference with Dr. McAllister | | | | | | | | | | |
| 10/13/2021 | 10:44 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.5 | $975.00 | Paralegal | | 6.5 | ☑ | ☐ | |
| | | Revisions to Plaintiff's Exhibit list and  drafting comments for atty review; review defendants' witness list, proposed  jury instructions, voir dire, review submissions, conf. KEM, JMM, | | | | | | | | | | |
| 10/18/2021 | 10:41 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 1.9 | $285.00 | Paralegal | | 1.9 | ☑ | ☐ | |
| | | Review final amended witness and exhibit lists.  Review Affidavit of service of trial subpoena on Jamie Hoy.  review case emails and update time records | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000044

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 10/18/2021 | 12:54 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.25 | $900.00 | Fee/J. Mack | | 2.25 | ☑ | ☐ | |
| | | Notes Added re pretrial -confidential trial prep | | | | | | | | | | |
| 10/20/2021 | 3:39 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.05 | $1,057.50 | Paralegal | | 7.05 | ☑ | ☐ | |
| | | Locate missing exhibits for final trial exhibit books; compile witness list with contact information and update TrialWorks entries for witnesses; discussion w JMM; HH; review videos in Binder 11; | | | | | | | | | | |
| 11/3/2021 | 9:32 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.2 | $30.00 | Paralegal | | 0.2 | ☑ | ☐ | |
| | | Tele call w/ KW re accusation that KW won't be there long after trial. + Courtney Zach new hire (1 yr ago) complaing about VPD and atmosphere, and told KW about people talking behind his back about him not . Thorpe, hands Leisenring paper while KW speaking with him and is interrupting, KW says "I guess your conversation is more important. " | | | | | | | | | | |
| 11/15/2021 | 12:24 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.05 | $7.50 | Paralegal | | 0.05 | ☑ | ☐ | |
| | | Review of subpoena duces tecum for trial - 1626 - 1626.docx. Gregoire | | | | | | | | | | |
| 11/15/2021 | 5:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.25 | $37.50 | Paralegal | | 0.25 | ☑ | ☐ | |
| | | email Owen Youngblood, JMM re Smolenski non-served subpoena. Update subpoena and email to Sox for service. | | | | | | | | | | |
| 11/17/2021 | 4:14 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.8 | $1,020.00 | Paralegal | | 6.8 | ☑ | ☐ | |
| | | Organize/prepare for trial. Breakdown tasks to do. review court decision for what's in and what's out; and organize accordingly. outlines. | | | | | | | | | | |
| 11/18/2021 | 9:42 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 4 | $1,800.00 | Fee/K.Mack | | 4 | ☑ | ☐ | |
| | | Travel to and from Englewood/Tampa for final PreTrial Conference | | | | | | | | | | |
| 11/18/2021 | 9:45 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 2 | $900.00 | Fee/K.Mack | | 2 | ☑ | ☐ | |
| | | Attend and participate in PreTrial Conference with adversary and Judge T.Barber | | | | | | | | | | |
| 11/22/2021 | 2:10 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.15 | $22.50 | Paralegal | | 0.15 | ☑ | ☐ | |
| | | Email witness list: draft w addresses to JMM. | | | | | | | | | | |
| 11/22/2021 | 10:48 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.3 | $945.00 | Paralegal | | 6.3 | ☑ | ☐ | |
| | | Discussion with KM. HH. T/C Amy Vicente re schedule. Review of Client - court date time - 11481.docx. draft updated trial schedule letter to witnesses. continue trial outline for witnesses. Discussion with KEM. | | | | | | | | | | |
| 11/22/2021 | 11:47 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.75 | $300.00 | Fee/J. Mack | | 0.75 | ☑ | ☐ | |
| | | Docket added. May 4, 2020: IAI 2020-001 against KW, w/ recent developments re discipline imposed; Notice of hearing; review SOP 170; SOP 109; SOP 107. Conference with JMM. KW and Ruth; review VPD docs re; 2020-001 Notice of Predetermination Hearing and Statement of Charges; attached investigation documents | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000045

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 11/22/2021 | 12:47 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.15 | $22.50 | Fee/paralegal | | 0.15 | ☑ | ☐ | |
| | | E-Mail Amy Vicente w update trial date ltr and court minutes | | | | | | | | | | |
| 11/22/2021 | 1:34 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.15 | $22.50 | Paralegal | | 0.15 | ☑ | ☐ | |
| | | E-Mail Smolenski | | | | | | | | | | |
| 11/22/2021 | 1:52 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.45 | $67.50 | Paralegal | | 0.05 | ☑ | ☐ | |
| | | E-Mail from 7-23-21; review issue of training video for 2021 being buffered during play in VPD; complaint to Chappa, officers laughing at example of black Hooters lady beinf fired for blond dyed hair as example of race discrimination; Levitt appearing in video; discussion w/ JMM; chapp reports she was not hampered in comprehension of content and her email to complainers. Offer to have people come and watch video again. | | | | | | | | | | |
| 11/24/2021 | 10:18 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.05 | $7.50 | Paralegal | | 0.05 | ☑ | ☐ | |
| | | continue preparation of trial witness examination outlines | | | | | | | | | | |
| 11/29/2021 | 9:47 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.65 | $97.50 | Paralegal | | 0.65 | ☑ | ☐ | |
| | | T/C w/ client re case status.  discussion with JMM. | | | | | | | | | | |
| 12/6/2021 | 12:54 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 4.1 | $615.00 | Paralegal | | 4.1 | ☑ | ☐ | |
| | | Compare exhibit lists and identify duplictous exhibits listed by both parties.  Edit Plaintiff's exhibit list in conformity with Judge's order to pare down exhibits.  Cross reference lists to show duplications by cross referencing each party's corresponding exhibit.  Prepare draft mark up of Defendant's and Plaintiff's exhibit lists showing duplications of exhibits, discussion w JMM, KEM.  Email to JMM and KEM | | | | | | | | | | |
| 12/20/2021 | 1:20 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.4 | $60.00 | Paralegal | | 0.4 | ☑ | ☐ | |
| | | Draft motion for KW to bring cell phone to court; review Defendant' s Motion | | | | | | | | | | |
| 1/3/2022 | 8:58 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.15 | $22.50 | Paralegal | | 0.15 | ☑ | ☐ | |
| | | Review of Client - court date time - 11479.docx.  Check correspondence to subpoenaed witnesses confirming January trial date. | | | | | | | | | | |
| 1/5/2022 | 4:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 1 | $450.00 | Fee/K.Mack | | 1 | ☑ | ☐ | |
| | | Discuss exhibits with JMM and JS in prepartion for teleconf with OC and attend | | | | | | | | | | |
| 1/5/2022 | 4:10 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1.75 | $700.00 | Fee/J. Mack | | 1.75 | ☑ | ☐ | |
| | | prepare for and attend tele conf with KEM, Mark L and MArc S re trial exhibits | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000046

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 1/5/2022 | 6:05 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8.1 | $1,215.00 | Paralegal | | 8.1 | ☑ | ☐ | |
| | | Review of MLF Letterhead - 11630.docx.  continue correspondence to trial witnesses advising of new court date for trial; email to COV witnesses w new court date;  draft subpoenas for additional witnesses Jack Chappa, Creasy, Long, Leinsering.  email Marc and Mark re business record certification for McAllister and Jennay.  Tele conf. 4:00 with Defense counsel.  Revise witness list.  Additional supboenas for Morales and Browning, email to process server. | | | | | | | | | |
| 1/5/2022 | 11:54 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.15 | $60.00 | Fee/J. Mack | | 0.15 | ☑ | ☐ | |
| | | E-Mail client followup on pre trial tasks | | | | | | | | | |
| 1/10/2022 | 9:59 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.55 | $1,132.50 | Paralegal | | 7.55 | ☑ | ☐ | |
| | | E-Mail / tele w McAllister office; prepare fax,  review file.  prepare trial witnesss summary with records. review 2d Am. Exhibit list. | | | | | | | | | |
| 1/12/2022 | 10:49 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 3.5 | $525.00 | Paralegal | | 3.5 | ☑ | ☐ | |
| | | meet with KEM and JMM for preparation to attend in person final pre trial conference in Tampa. Review timelines, pleadings, RFA ,  ROGS and deposition desginations with KEM. | | | | | | | | | |
| 1/12/2022 | 7:47 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 2.75 | $1,237.50 | Fee/K.Mack | | 2.75 | ☑ | ☐ | |
| | | Review witness and exhibit list, exhibit books, prepare with JMM and JS  for final pretrial in morning | | | | | | | | | |
| 1/12/2022 | 7:48 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.75 | $1,100.00 | Fee/J. Mack | | 2.75 | ☑ | ☐ | |
| | | meet KEM prepare for Final PTC tommorrow. review of Lists, returns of service, speak with witnesses. | | | | | | | | | |
| 1/13/2022 | 7:45 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 6 | $2,400.00 | Fee/J. Mack | | 6 | ☑ | ☐ | |
| | | roundtrip travel to Tampa from Englwood to atttend Final PTC | | | | | | | | | |
| 1/13/2022 | 7:46 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 6 | $2,700.00 | Fee/K.Mack | | 6 | ☑ | ☐ | |
| | | roundtrip to/from Englewood /Tampa attend Final Pre-Trial Conference | | | | | | | | | |
| 1/17/2022 | 5:57 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | Review recorded conversations w jamie Hoy + Jessica chappa.  REview discovery materials and sort by witness for trial.  create and populate folders and cross reference exhibits. | | | | | | | | | |
| 1/19/2022 | 5:35 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 5.6 | $840.00 | Paralegal | | 5.6 | ☑ | ☐ | |
| | | Continue trial preparation including trial witness' direct examination outlines and trial exhibits; summaries of points needed to establish elements of claim; | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000047

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 1/24/2022 | 5:03 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 7.69 | $3,076.00 | Fee/J. Mack | | 7.69 | ☑ | ☐ | |
| | | continue trial preparation including witness summaries for KEM, review incidents with client plaintiff's trial evidence, Kuchar and Brett at Jetty saw graffitti, review conversation and events w/ client; confirm pix sent to Chappa on her phone for support for trial exhibit coming in; closed out event w/ CAD note cant find it; discuss Leisnring fight in training KW declined to fight Gregoire because of animosity but all supervisors were there to watch | | | | | | | | | | |
| 1/24/2022 | 11:15 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.15 | $22.50 | Paralegal | | 0.05 | ☑ | ☐ | |
| | | discussion with JMM ; email McAllister business records with certification to Marc and Mark, | | | | | | | | | | |
| 1/25/2022 | 10:25 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $450.00 | 1.5 | $675.00 | Fee/J. Mack | | 1.5 | ☑ | ☐ | |
| | | attend final pre trial conference in person in Tampa | | | | | | | | | | |
| 1/25/2022 | 10:21 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 1 | $450.00 | Fee/K.Mack | | 1 | ☑ | ☐ | |
| | | prepare for and attend PreTRial conference with Court via phone informed trial delayed one week. | | | | | | | | | | |
| 1/25/2022 | 4:05 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 1.5 | $675.00 | Fee/K.Mack | | 1.5 | ☑ | ☐ | |
| | | conference call with Dr. McAllister | | | | | | | | | | |
| 1/26/2022 | 10:20 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 2.5 | $1,125.00 | Fee/K.Mack | | 2.5 | ☑ | ☐ | |
| | | trial prep one on one with KW; review incidents and documents, testimony | | | | | | | | | | |
| 1/26/2022 | 9:58 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.1 | $15.00 | Paralegal | | 0.1 | ☑ | ☐ | |
| | | Review emails regarding scheduling and trial tasks.  Prepare correspondence for trial witnesses for new court date., draft supplemental response to request to produce with photos. | | | | | | | | | | |
| 1/26/2022 | 10:33 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.15 | $22.50 | Paralegal | | 0.15 | ☑ | ☐ | |
| | | E-Mail to JMM and KEM with summaries for todays trial prep | | | | | | | | | | |
| 1/26/2022 | 10:56 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 9.65 | $1,447.50 | Paralegal | | 9.65 | ☑ | ☐ | |
| | | E-Mail Vicente, and city employees; snail mail Jannay as trial witnesses with new trial date and instructions.  emails; prepare Plaintiff's third supplemental response to request for production; revise trial exhibit list; continue trial preparation | | | | | | | | | | |
| 1/27/2022 | 10:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1.5 | $600.00 | Fee/J. Mack | | 1.5 | ☑ | ☐ | |
| | | attend in person final pretrial conference n Tampa | | | | | | | | | | |
| 1/27/2022 | 10:22 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 4 | $1,600.00 | Fee/J. Mack | | 4 | ☑ | ☐ | |
| | | travel time from Englewood to TAmpa to attend FInal Final PTC in person | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000048

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/27/2022 | 10:23 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 4 | $1,800.00 | Fee/K.Mack | | 4 | ☑ | ☐ | |
| | | travel tie Englewood to Tampa for last final pre-trial conference in person. | | | | | | | | | | |
| 1/28/2022 | 10:18 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 5.5 | $2,475.00 | Fee/K.Mack | | 5.5 | ☑ | ☐ | |
| | | Review case summaries, summaries of doc production in excess of 11,400 pages; timeline of case events and witness outlines. | | | | | | | | | | |
| 1/28/2022 | 9:58 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.5 | $1,125.00 | Fee/paralegal | | 7.5 | ☑ | ☐ | |
| | | assist with exhbit book preparation | | | | | | | | | | |
| 1/29/2022 | 11:30 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1 | $400.00 | Fee/J. Mack | | 1 | ☑ | ☐ | |
| | | prepare for and attend phone conference with OC re witnesss lineup trial prep etc | | | | | | | | | | |
| 1/31/2022 | 9:06 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.75 | $1,012.50 | Paralegal | | 6.75 | ☑ | ☐ | |
| | | review email from KEM; review Ct's PTO 1-28-21; prepare Webb's Rule 1006 Fed. R. Ev summary of Personnel File.  Revise draft final witness list; revise draft final exhibit list; review status of trial books.  Conf w KEM re witnesses.  Tele Witness Vicente | | | | | | | | | | |
| 2/1/2022 | 5:15 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 3.75 | $1,500.00 | Fee/J. Mack | | 3.75 | ☑ | ☐ | |
| | | prepare and serve deposition desigations for Matttmuller, 30(b)(6) and Lavallee transcripts | | | | | | | | | | |
| 2/2/2022 | 10:28 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.25 | $37.50 | Paralegal | | 0.25 | ☑ | ☐ | |
| | | possible list of events to include in subsequent EEOC filing. | | | | | | | | | | |
| 2/2/2022 | 1:05 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.42 | $1,113.00 | Paralegal | | 7.42 | ☑ | ☐ | |
| | | Trial preparation. REview transcript designations for Mattmuller, Lavallee and Bullock and comment regarding scope.  summary for JMM.  Review motion to strike plaintiff's designations.  client discussion. witness summaries; trial exhibits; | | | | | | | | | | |
| 2/5/2022 | 12:52 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 6.5 | $2,600.00 | Fee/J. Mack | | 0.05 | ☑ | ☐ | |
| | | final trial prep, including confirmating staff assembled correct file documents and reviewing each exhibit folder. | | | | | | | | | | |
| 2/6/2022 | 9:47 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 2 | $900.00 | Fee/K.Mack | | 2 | ☑ | ☐ | |
| | | Review deposition transcript of City Manager Edward Lavallee | | | | | | | | | | |
| 2/6/2022 | 4:13 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1.5 | $600.00 | Fee/J. Mack | | 1.5 | ☑ | ☐ | |
| | | Travel to St. Pete night before trial | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000049

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/6/2022 | 4:13 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1.5 | $600.00 | Fee/J. Mack | | 1.5 | ☑ | ☐ | |
| | | travel to St. Pete day before trial | | | | | | | | | | |
| 2/6/2022 | 7:26 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 3.75 | $1,500.00 | Fee/J. Mack | | 3.75 | ☑ | ☐ | |
| | | review all depositions and pleadings, order, bench memo exhibit books for trial prep | | | | | | | | | | |
| 2/7/2022 | 9:29 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 10.5 | $4,200.00 | Fee/J. Mack | | 10.5 | ☑ | ☐ | |
| | | attend jury trial, travel to/from St. Petersburg to Tampa FEderal Courthouse. | | | | | | | | | | |
| 2/7/2022 | 7:15 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 8.5 | $3,825.00 | Fee/K.Mack | | 8.5 | ☑ | ☐ | |
| | | travel to/from St. Pete to Tampa attend trial day#2 | | | | | | | | | | |
| 2/8/2022 | 9:30 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 10.5 | $4,200.00 | Fee/J. Mack | | 10.5 | ☑ | ☐ | |
| | | review Monday's notes, prepare for day 2, travel to/from St.Petersburg to Tampa. | | | | | | | | | | |
| 2/8/2022 | 9:31 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 10.5 | $4,725.00 | Fee/K.Mack | | 10.5 | ☑ | ☐ | |
| | | review days 1 notes, prepare for day 2, travel to/from St. Petersburg to Federal Court Tampa | | | | | | | | | | |
| 2/9/2022 | 9:32 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 10.5 | $4,200.00 | Fee/J. Mack | | 10.5 | ☑ | ☐ | |
| | | review notes days 1-2, prepare for day 3, travel to/from St. Petersburg to Tampa. | | | | | | | | | | |
| 2/9/2022 | 7:18 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 10.5 | $4,725.00 | Fee/K.Mack | | 10.5 | ☑ | ☐ | |
| | | travel to/from St. Pete /Tampa attend trial day 3 /pre-trial prep | | | | | | | | | | |
| 2/10/2022 | 4:29 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 4 | $1,600.00 | Fee/K.Mack | | 4 | ☑ | ☐ | |
| | | prep for  day four (early a.m.) prepare for DV motion and closing | | | | | | | | | | |
| 2/10/2022 | 7:31 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 10.5 | $4,725.00 | Fee/K.Mack | | 10.5 | ☑ | ☐ | |
| | | prepare and attend day four of trial, prepare closing argument & review jury instructions and verdict; travel to/from St. pete /Tampa | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000050

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 2/11/2022 | 7:28 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 8.5 | $3,400.00 | Fee/J. Mack | | 8.5 | ☑ | ☐ | |
| | | attend trial day 5 await jury verdict | | | | | | | | | | |
| 2/11/2022 | 7:32 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 8.5 | $3,825.00 | Fee/K.Mack | | 8.5 | ☑ | ☐ | |
| | | travel to/from St.Pete/Tampa await jury verdict discuss implications with client advise to be very aware at work post trial. | | | | | | | | | | |
| 2/16/2022 | 11:36 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 6.3 | $2,520.00 | Fee/J. Mack | | 6.3 | ☑ | ☐ | |
| | | Legal Research on award of attorney fees and costs to prevailing party in employment action under Title VII; Review rule 54, FRCP, Judgment and Costs, Summary of time records spent on KW case. discussion w JMM re award of legal fees; prepare summary ; pull form AO 133 Bill of Costs, review Rule 54 F.R. Civ Pro. ;  Review Adjusted Laffey Matrix for rates; Review Fitzpatrick Matrix in cases from DC Cir. for rates;  research 2022 prevailing rate for attorneys and paralegals; Review loadstar calculation requirements, research prevailing atty fee rates for Tampa; prepare memo to file, email to attys. | | | | | | | | | | |
| 2/16/2022 | 4:50 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.5 | $75.00 | Paralegal | | 0.15 | ☑ | ☐ | |
| | | draft and file w/ COV  Public Record Request for correspondence and communications including but not limited to legal fees for COV in Webb v COV. discuss w JMM; review prior PRRs for format; | | | | | | | | | | |
| 2/16/2022 | 5:33 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.05 | $7.50 | Paralegal | | 0.05 | ☑ | ☐ | |
| | | Review of Public Records Request - Chapter 119 - 11754.docx. | | | | | | | | | | |
| 2/16/2022 | 5:33 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.25 | $100.00 | Fee/J. Mack | | 0.25 | ☑ | ☐ | |
| | | Review of Public Records Request - Chapter 119 - 11754.docx. | | | | | | | | | | |
| 2/16/2022 | 5:47 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.05 | $7.50 | Paralegal | | 0.05 | ☑ | ☐ | |
| | | email re PRR for legal fees in Webb actions w COV | | | | | | | | | | |
| 2/21/2022 | 12:39 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.25 | $900.00 | Fee/J. Mack | | 2.25 | ☑ | ☐ | |
| | | review billing and expenses for all files | | | | | | | | | | |
| 2/21/2022 | 5:04 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.89 | $133.50 | Paralegal | | 0.89 | ☑ | ☐ | |
| | | Research process for entry of Judgment: who prepares it?  how do legal fees get taxed to loosing party; check court docket for entry of judgment, court forms for Judgment and Bill of Costs; discussion with JMM and KEM; email staff ; tele Sonya Chambers left V/M. | | | | | | | | | | |
| 2/22/2022 | 12:11 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 1.15 | $517.50 | Fee/K.Mack | | 1.15 | ☑ | ☐ | |
| | | review and discuss research results with JS and give instruction | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000051

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 2/23/2022 | 4:29 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 2.5 | $375.00 | Paralegal | | 2.5 | ☑ | ☐ | |
| | | Re: costs and fees, tele w MD clerk; review KEM notes; create time sheet for motion for fees; review file notes and update JS time records; | | | | | | | | | | |
| 2/28/2022 | 4:05 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 3.69 | $553.50 | Paralegal | | 3.69 | ☑ | ☐ | |
| | | review time records for costs + fees application for Title VII in emails; trialworks; file notes; time records ; discussion JMM; discussion KEM; | | | | | | | | | | |
| 3/1/2022 | 11:17 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.75 | $1,100.00 | Fee/J. Mack | | 2.75 | ☑ | ☐ | |
| | | research and prepare Affidavit of Fees by Partner, Affidavit of Costs by paralegal. | | | | | | | | | | |
| 3/5/2022 | 10:17 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 2.5 | $1,125.00 | Fee/K.Mack | | 2.5 | ☑ | ☐ | |
| | | REview time entries for accuracy and assit with preparing fee motion and bill of costs | | | | | | | | | | |
| 3/7/2022 | 9:47 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 8 | $3,200.00 | Fee/J. Mack | | 10 | ☑ | ☐ | |
| | | Finalize Bill of Costs and exhibits, prepare AFfidavits of JMM and HH | | | | | | | | | | |
| 3/7/2022 | 10:47 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.15 | $60.00 | Fee/J. Mack | | 0.15 | ☑ | ☐ | |
| | | email to from OC re depo scheduling | | | | | | | | | | |

**Total Hours Worked:** 1,280.88    **Total Billable Hours:** 1,241.31    **Total Billable Amount:** $296,011.50

Exhibits to Plaintiff's First Amended Bill of Costs  000052

# TimeKeeper Manager Report

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 12/13/2019 | 1:43 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 0.05 | $22.50 | Fee/K.Mack | | 0.05 | ☑ | ☐ | |
| | | Review of Summons - 9254.docx. | | | | | | | | | | |
| 5/18/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 2.5 | $1,125.00 | Fee/K.Mack | | 2.5 | ☑ | ☐ | |
| | | conf w John Majka regarding witness testimony and observations | | | | | | | | | | |
| 3/14/2021 | 9:36 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 2 | $900.00 | Fee/K.Mack | | 2 | ☑ | ☐ | |
| | | Review Plaintiff's Response to Defendant's First Set of Interrogatories to Plaintiff; Initial Disclosures by Plaintiff and Defendant | | | | | | | | | | |
| 4/2/2021 | 5:11 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 0.25 | $112.50 | Fee/K.Mack | | 0.25 | ☑ | ☐ | |
| | | Preparation of HIPPA | | | | | | | | | | |
| 7/16/2021 | 9:37 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 1 | $450.00 | Fee/K.Mack | | 1 | ☑ | ☐ | |
| | | Review Plaintiff's First Request for Admissions and Defendant's Reply | | | | | | | | | | |
| 7/20/2021 | 9:38 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 2.5 | $1,125.00 | Fee/K.Mack | | 2.5 | ☑ | ☐ | |
| | | Trial Preparation: Review Motion and Response re: Def. Motion for Summary Judgment | | | | | | | | | | |
| 7/21/2021 | 9:39 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 1 | $450.00 | Fee/K.Mack | | 1 | ☑ | ☐ | |
| | | Conference w KW Trial Prep; timeline review. Testimony review | | | | | | | | | | |
| 10/4/2021 | 9:40 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 1 | $450.00 | Fee/K.Mack | | 1 | ☑ | ☐ | |
| | | Conference w K/W Trial Prep | | | | | | | | | | |
| 10/4/2021 | 9:41 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 2.5 | $1,125.00 | Fee/K.Mack | | 2.5 | ☑ | ☐ | |
| | | Trial Preparation: Review Motion and Response re: Def. Motion for Summary Judgment; Order of Court | | | | | | | | | | |
| 10/13/2021 | 4:30 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 1 | $450.00 | Fee/K.Mack | | 1 | ☑ | ☐ | |
| | | prep and attend phone conference with Dr. McAllister | | | | | | | | | | |
| 11/18/2021 | 9:42 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 4 | $1,800.00 | Fee/K.Mack | | 4 | ☑ | ☐ | |
| | | Travel to and from Englewood/Tampa for final PreTrial Conference | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000053

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/18/2021 | 9:45 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 2 | $900.00 | Fee/K.Mack | | 2 | ☑ | ☐ | |
| | | Attend and participate in PreTrial Conference with adversary and Judge T.Barber | | | | | | | | | | |
| 1/5/2022 | 4:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 1 | $450.00 | Fee/K.Mack | | 1 | ☑ | ☐ | |
| | | Discuss exhibits with JMM and JS in prepartion for teleconf with OC and attend | | | | | | | | | | |
| 1/12/2022 | 7:47 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 2.75 | $1,237.50 | Fee/K.Mack | | 2.75 | ☑ | ☐ | |
| | | Review witness and exhibit list, exhibit books, prepare with JMM and JS  for final pretrial in morning | | | | | | | | | | |
| 1/13/2022 | 7:46 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 6 | $2,700.00 | Fee/K.Mack | | 6 | ☑ | ☐ | |
| | | roundtrip to/from Englewood /Tampa attend Final Pre-Trial Conference | | | | | | | | | | |
| 1/25/2022 | 10:21 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 1 | $450.00 | Fee/K.Mack | | 1 | ☑ | ☐ | |
| | | prepare for and attend PreTRial conference with Court via phone informed trial delayed one week. | | | | | | | | | | |
| 1/25/2022 | 4:05 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 1.5 | $675.00 | Fee/K.Mack | | 1.5 | ☑ | ☐ | |
| | | conference call with Dr. McAllister | | | | | | | | | | |
| 1/26/2022 | 10:20 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 2.5 | $1,125.00 | Fee/K.Mack | | 2.5 | ☑ | ☐ | |
| | | trial prep one on one with KW; review incidents and documents, testimony | | | | | | | | | | |
| 1/27/2022 | 10:23 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 4 | $1,800.00 | Fee/K.Mack | | 4 | ☑ | ☐ | |
| | | travel tie Englewood to Tampa for last final pre-trial conference in person. | | | | | | | | | | |
| 1/28/2022 | 10:18 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 5.5 | $2,475.00 | Fee/K.Mack | | 5.5 | ☑ | ☐ | |
| | | Review case summaries, summaries of doc production in excess of 11,400 pages; timeline of case events and witness outlines. | | | | | | | | | | |
| 2/6/2022 | 9:47 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 2 | $900.00 | Fee/K.Mack | | 2 | ☑ | ☐ | |
| | | Review deposition transcript of City Manager Edward Lavallee | | | | | | | | | | |
| 2/7/2022 | 7:15 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 8.5 | $3,825.00 | Fee/K.Mack | | 8.5 | ☑ | ☐ | |
| | | travel to/from St. Pete to Tampa attend trial day#2 | | | | | | | | | | |
| 2/8/2022 | 9:31 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 10.5 | $4,725.00 | Fee/K.Mack | | 10.5 | ☑ | ☐ | |
| | | review days 1  notes, prepare for day 2, travel to/from St. Petersburg to Federal Court Tampa | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000054

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/9/2022 | 7:18 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 10.5 | $4,725.00 | Fee/K.Mack | | 10.5 | ☑ | ☐ | |
| | | travel to/from St. Pete /Tampa attend trial day 3 /pre-trial prep | | | | | | | | | | |
| 2/10/2022 | 7:31 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 10.5 | $4,725.00 | Fee/K.Mack | | 10.5 | ☑ | ☐ | |
| | | prepare and attend day four of trial, prepare closing argument & review jury instructions and verdict; travel to/from St. pete /Tampa | | | | | | | | | | |
| 2/11/2022 | 7:32 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 8.5 | $3,825.00 | Fee/K.Mack | | 8.5 | ☑ | ☐ | |
| | | travel to/from St.Pete/Tampa await jury verdict discuss implications with client advise to be very aware at work post trial. | | | | | | | | | | |
| 2/22/2022 | 12:11 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 1.15 | $517.50 | Fee/K.Mack | | 1.15 | ☑ | ☐ | |
| | | review and discuss research results with JS and give instruction | | | | | | | | | | |
| 3/5/2022 | 10:17 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 2.5 | $1,125.00 | Fee/K.Mack | | 2.5 | ☑ | ☐ | |
| | | REview time entries for accuracy and assit with preparing fee motion and bill of costs | | | | | | | | | | |

**Total Hours Worked:** 98.20        **Total Billable Hours:** 98.20        **Total Billable Amount:** $44,190.00

Exhibits to Plaintiff's First Amended Bill of Costs  000055

# *TimeKeeper Manager Report*

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 5/10/2018 | 8:05 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 5 | $2,000.00 | Fee/J. Mack | | 5 | ☑ | ☐ | |
| | | prepare for and attend VPD IA interrogation with KW in Venice | | | | | | | | | | |
| 5/10/2018 | 8:05 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.5 | $1,000.00 | Fee/J. Mack | | 2.5 | ☑ | ☐ | |
| | | Client meeting regarding Hoy IA and background | | | | | | | | | | |
| 5/21/2018 | 4:03 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.65 | $1,060.00 | Fee/J. Mack | | 3 | ☑ | ☐ | |
| | | MEet with Kenite at MLF review Hoy interrogation, Call hoy twice, discuss conversation with Hoy and steps forward | | | | | | | | | | |
| 6/5/2018 | 9:36 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.5 | $200.00 | Fee/J. Mack | | 0.5 | ☑ | ☐ | |
| | | phone conference with KW re updates to Hoy IA | | | | | | | | | | |
| 6/19/2018 | 3:37 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.15 | $860.00 | Fee/J. Mack | | 2.5 | ☑ | ☐ | |
| | | meet with KW re continuing harrassment at work and prepare complaints to Chief and LaVallee | | | | | | | | | | |
| 6/19/2018 | 9:36 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.75 | $1,100.00 | Fee/J. Mack | | 4 | ☑ | ☐ | |
| | | In office meeting with KW re VPD and IA/SR cases. Discussed ongoing harrassment and prepare for grievance process. | | | | | | | | | | |
| 7/11/2018 | 9:39 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.75 | $1,100.00 | Fee/J. Mack | | 3 | ☑ | ☐ | |
| | | meet in office with client reVPD IA /SR ongoing harrassment. | | | | | | | | | | |
| 7/31/2018 | 4:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2 | $800.00 | Fee/J. Mack | | 2 | ☑ | ☐ | |
| | | prep with KW & CL  for 8/6/18 meeting at VPD | | | | | | | | | | |
| 8/16/2018 | 7:52 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.75 | $300.00 | Fee/J. Mack | | 0.75 | ☑ | ☐ | |
| | | Discussion with Carrington Lewis regarding the upcoming meeting with the Chief and  FOP reps and prepareation for same. | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000056

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 10/9/2018 | 8:06 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.5 | $1,000.00 | Fee/J. Mack | | 2.5 | ☑ | ☐ | |
| | | Client meeting to explain upcoming Inquiry process | | | | | | | | | | |
| 10/15/2018 | 7:58 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 4.5 | $1,800.00 | Fee/J. Mack | | 4.5 | ☑ | ☐ | |
| | | travel to/from Englewood/Tampa to attend EEOC Inquiry with client. | | | | | | | | | | |
| 10/15/2018 | 8:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1.5 | $600.00 | Fee/J. Mack | | 1.5 | ☑ | ☐ | |
| | | Review draft charge, discuss with KW and respond to EEO investigator Scott Kelley | | | | | | | | | | |
| 10/31/2018 | 8:01 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.5 | $200.00 | Fee/J. Mack | | 0.5 | ☑ | ☐ | |
| | | REvised draft Charge rec'd from client, reviewed and sent to Kelley | | | | | | | | | | |
| 2/7/2019 | 9:21 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.75 | $1,100.00 | Fee/J. Mack | | 2.75 | ☑ | ☐ | |
| | | REview COV position statement, research claims, discuss with client | | | | | | | | | | |
| 2/14/2019 | 8:08 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1.25 | $500.00 | Fee/J. Mack | | 1.25 | ☑ | ☐ | |
| | | client meeting re Ch 119 records re Creasy and comprison difference in treatment. | | | | | | | | | | |
| 3/11/2019 | 9:22 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1.25 | $500.00 | Fee/J. Mack | | 1.25 | ☑ | ☐ | |
| | | Review Ch 119 response from COV re Officer Bill Long | | | | | | | | | | |
| 3/14/2019 | 8:10 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.25 | $100.00 | Fee/J. Mack | | 0.25 | ☑ | ☐ | |
| | | Obain short extension from EEOC | | | | | | | | | | |
| 3/18/2019 | 8:13 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.75 | $300.00 | Fee/J. Mack | | 0.75 | ☑ | ☐ | |
| | | Review Creasy personnel and disciplinary file from Ch 119 response. | | | | | | | | | | |
| 3/25/2019 | 8:15 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 4.5 | $1,800.00 | Fee/J. Mack | | 4.5 | ☑ | ☐ | |
| | | resrach and prearpe response to City of Venice Position Statement | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000057

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4/25/2019 | 12:09 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.15 | $60.00 | Fee/J. Mack | | 0.15 | ☑ | ☐ | |
| | | email client to check EEOc portal | | | | | | | | | | |
| 6/4/2019 | 8:02 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1.25 | $500.00 | Fee/J. Mack | | 1.25 | ☑ | ☐ | |
| | | REview add'l Ch 119 response from City re Creasy and defendant Waters and send to Kelley at EEOC | | | | | | | | | | |
| 9/13/2019 | 8:03 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.25 | $900.00 | Fee/J. Mack | | 2.25 | ☑ | ☐ | |
| | | REview Right to Sue letter from EEOC, research and review statutory administrative timelines for filing lawsuit and hold conference call with client. | | | | | | | | | | |
| 11/19/2019 | 8:16 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.75 | $300.00 | Fee/J. Mack | | 0.75 | ☑ | ☐ | |
| | | Telconfernce ith Dan Tucci ACFSME local rep COV | | | | | | | | | | |
| 12/4/2019 | 1:28 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.34 | $936.00 | Fee/J. Mack | | 2.34 | ☑ | ☐ | |
| | | research & prepare draft complaint | | | | | | | | | | |
| 12/11/2019 | 8:18 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 5.75 | $2,300.00 | Fee/J. Mack | | 5.75 | ☑ | ☐ | |
| | | Research/Prep/Finalize Complaint and exhibits; file on PACER | | | | | | | | | | |
| 12/12/2019 | 11:15 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $450.00 | 0.25 | $112.50 | Fee/J. Mack | | 0.25 | ☑ | ☐ | |
| | | Preparation of Summons | | | | | | | | | | |
| 12/12/2019 | 11:20 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.25 | $100.00 | Fee/J. Mack | | 6.35 | ☑ | ☐ | |
| | | Preparation of Summons | | | | | | | | | | |
| 12/30/2019 | 9:23 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.3 | $120.00 | Fee/J. Mack | | 0.25 | ☑ | ☐ | |
| | | Email to MArk LEvitt about his issues raised | | | | | | | | | | |
| 2/4/2020 | 3:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1.75 | $700.00 | Fee/J. Mack | | 1.75 | ☑ | ☐ | |
| | | attend in person case MGt meeting with Levitt at WaWA, Jacaranda Blvd., Venice. | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000058

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 2/10/2020 | 9:27 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.75 | $300.00 | Fee/J. Mack | | 0.75 | ☑ | ☐ | |
| | | email and follow up discussion with client about Interesteed Persons Certificate | | | | | | | | | | |
| 2/11/2020 | 5:36 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 3.3 | $1,320.00 | Fee/J. Mack | | 3.3 | ☑ | ☐ | |
| | | research and prepare amended complaint including client meetings | | | | | | | | | | |
| 2/11/2020 | 5:37 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.25 | $100.00 | Fee/J. Mack | | 0.25 | ☑ | ☐ | |
| | | Review of Webb-filed complaint-9403.pdf. | | | | | | | | | | |
| 2/12/2020 | 11:55 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.5 | $200.00 | Fee/J. Mack | | 0.5 | ☑ | ☐ | |
| | | preapre email to OC re review of draft CMR and position on motion to amend. | | | | | | | | | | |
| 2/28/2020 | 2:21 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1 | $400.00 | Fee/J. Mack | | 1 | ☑ | ☐ | |
| | | review Rule 26 disclosure and certificate of intereseted parties | | | | | | | | | | |
| 3/6/2020 | 11:14 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 9 | $3,600.00 | Fee/J. Mack | | 9 | ☑ | ☐ | |
| | | research and prepae FAC Motion to Amend and Plaintiff's Initial Disclosures. | | | | | | | | | | |
| 3/9/2020 | 6:46 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.15 | $60.00 | Fee/J. Mack | | 0.15 | ☑ | ☐ | |
| | | prepare email to client along with the FAC and Rule 26 | | | | | | | | | | |
| 3/16/2020 | 4:22 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.15 | $60.00 | Fee/J. Mack | | 0.15 | ☑ | ☐ | |
| | | review email from mediator confirming same sendto client with advice | | | | | | | | | | |
| 3/24/2020 | 4:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2 | $800.00 | Fee/J. Mack | | 2 | ☑ | ☐ | |
| | | phone conference with KW re: upcoming deadline for disclosures. | | | | | | | | | | |
| 4/1/2020 | 12:56 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1.5 | $600.00 | Fee/J. Mack | | 1.5 | ☑ | ☐ | |
| | | Review of VPD Records - Bill Long-8570.pdf. | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs   000059

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 4/1/2020 | 12:56 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1.43 | $572.00 | Fee/J. Mack | | 2.43 | ☑ | ☐ | |
| | | research and prepare letter to chief Mattmuller re IA 2020-001 | | | | | | | | | | |
| 4/27/2020 | 9:02 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 7 | $2,800.00 | Fee/J. Mack | | 7 | ☑ | ☐ | |
| | | April 28, 2020:  Remote work on all-encompassing time line of events relative to case.  In office to continue same.  Review Creasy's responsive records from KW's public record request | | | | | | | | | | |
| 6/2/2020 | 9:45 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.5 | $1,000.00 | Fee/J. Mack | | 3 | ☑ | ☐ | |
| | | prep and attend ZOOM confernce with KW re finishing up ROGS and RTP and RFA, inform him of results of informal Pre-D hrg and demanding a Formal Hearing | | | | | | | | | | |
| 6/2/2020 | 10:36 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.75 | $300.00 | Fee/J. Mack | | 0.75 | ☑ | ☐ | |
| | | prepare Motion for EOT to respond to MTD | | | | | | | | | | |
| 6/8/2020 | 5:41 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.34 | $936.00 | Fee/J. Mack | | 2.34 | ☑ | ☐ | |
| | | prepare response to MTD  FAC with reated research | | | | | | | | | | |
| 6/9/2020 | 3:42 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.15 | $60.00 | Fee/J. Mack | | 0.15 | ☑ | ☐ | |
| | | emal to OC request 2d EOT | | | | | | | | | | |
| 6/12/2020 | 1:58 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.15 | $60.00 | Fee/J. Mack | | 0.15 | ☑ | ☐ | |
| | | E-Mail OC re discovery extension due to medical issues | | | | | | | | | | |
| 6/15/2020 | 6:40 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.54 | $1,016.00 | Fee/J. Mack | | 2.54 | ☑ | ☐ | |
| | | research and prep for response to MTD 1983 claim | | | | | | | | | | |
| 6/22/2020 | 10:38 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1.2 | $480.00 | Fee/J. Mack | | 1.25 | ☑ | ☐ | |
| | | review RFA answers and serve on OC | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000060

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 6/24/2020 | 4:09 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.5 | $1,000.00 | Fee/J. Mack | | 2.5 | ☑ | ☐ | |

Tele conference with Mark Levitt, attorney for COV re: dates in Preliminary Conf. Order; initial disclosures; insurance agreement; Covid-19 extension, July 16 evidentiary hearing; continue preparation of document production; tele w Kenite re docs needed for responses; emails w/ outstanding tasks including outstanding interrogatories for review and supplementation; Whittaker contact next week; Matrix Consulting 124 pg. report; Travis Miller VP lead investigator commissioned by City Counsel after Marty Black took office because police complained when to spoke to them after taking office about problems morale, etc.; not following through w/ complaints and investigations of officers; not following consistent polices so KW problems have long history without being corrected; COV policy of deliberate indifference confirmed in Matrix study;  obtaining treatment records from Lisa Jennay; School resourse position and email from Babette 3-21-18; MM invite to schedule meeting to discuss position SRO and selection; draft email to Louis Whitsett, EEOC re KW status; email KW w P's Response to 1st Rogs for comment; JMM email; client's timeline.
Task Code: Paralegal
Billable Hours: 2.50

| 6/24/2020 | 3:24 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.75 | $300.00 | Fee/J. Mack | | 0.75 | ☑ | ☐ | |

phone conference with AUSA Whitsett of USDOJ re COV and follow up email to him with attachments.

| 6/24/2020 | 5:26 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.15 | $60.00 | Fee/J. Mack | | 0.15 | ☑ | ☐ | |

email client re discovery resposne

| 6/26/2020 | 2:10 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.25 | $100.00 | Fee/J. Mack | | 0.25 | ☑ | ☐ | |

email Levitt re issuance of SUB DT for Formal hearing on 7-16-20

| 6/30/2020 | 9:50 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1.75 | $700.00 | Fee/J. Mack | | 1.75 | ☑ | ☐ | |

phone conference with KW to prep for upcoming Formal evidentary hearing

| 7/6/2020 | 7:33 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.25 | $100.00 | Fee/J. Mack | | 0.25 | ☑ | ☐ | |

email client need rx and psych records nad bills, cardiac procedures in 2017 and related Rx.

| 7/6/2020 | 10:44 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.5 | $1,000.00 | Fee/J. Mack | | 2.5 | ☑ | ☐ | |

REview all BATES stamped documents to be produced to COV re RTP response and draft of response.

| 7/8/2020 | 5:27 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 4.76 | $1,904.00 | Fee/J. Mack | | 4.76 | ☑ | ☐ | |

finalize review of ROG and RFP responses and document.

| 7/9/2020 | 4:54 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1.75 | $700.00 | Fee/J. Mack | | 4.67 | ☑ | ☐ | |

continued review and edit of draft of response to RFP -upload responsive documents to dropbox, email to/from OC re same

Exhibits to Plaintiff's First Amended Bill of Costs  000061

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/16/2020 | 9:24 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 8 | $3,200.00 | Fee/J. Mack | | 8 | ☑ | ☐ | |
| | | prepare for and attend Formal Evidentiary HEAring  at CIty Hall for Snford IA | | | | | | | | | | |
| 7/18/2020 | 4:02 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1.5 | $600.00 | Fee/J. Mack | | 1.5 | ☑ | ☐ | |
| | | review order on MTD and discuss with client | | | | | | | | | | |
| 7/24/2020 | 3:19 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1 | $400.00 | Fee/J. Mack | | 1 | ☑ | ☐ | |
| | | review and email final discovery resonses to Defendant | | | | | | | | | | |
| 7/29/2020 | 10:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2 | $800.00 | Fee/J. Mack | | 2 | ☑ | ☐ | |
| | | prep and attend MTD hearing with Judge TB via ZOOM | | | | | | | | | | |
| 8/5/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 7.5 | $3,000.00 | Fee/J. Mack | | 8 | ☑ | ☐ | |
| | | Review COV's response to public record request and summarize pertinent documents; revise interrogatories; discussion with JS; review summary of damage awards/settlements in discrimination cases;  emails re public record requests; drop box for COV response; | | | | | | | | | | |
| 8/7/2020 | 1:06 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 5.75 | $2,300.00 | Fee/J. Mack | | 5.75 | ☑ | ☐ | |
| | | meet with client to  finalize RFA and later on a  phonce conf with client  re: trailing requests. | | | | | | | | | | |
| 8/12/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $100.00 | 5.75 | $575.00 | Fee/J. Mack | | 8 | ☑ | ☐ | |
| | | Continue review of documents received pursuant to Public Doc Rqst, including Webb's training file, redacted personnel file , disciplinary file, review history of outside investigations conducted of COV departments including VPD by Avery and Associates; and Matrix Consulting; create index to records produced by COV | | | | | | | | | | |
| 8/17/2020 | 3:46 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.75 | $300.00 | Fee/J. Mack | | 0.75 | ☑ | ☐ | |
| | | review Montanez file from 119 request | | | | | | | | | | |
| 9/9/2020 | 4:29 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.25 | $100.00 | Fee/J. Mack | | 0.1 | ☑ | ☐ | |
| | | Preparation of Client - court date time/ phone conf with KW re depos and disciplinary proceedings | | | | | | | | | | |
| 9/10/2020 | 4:48 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.15 | $60.00 | Fee/J. Mack | | 0.15 | ☑ | ☐ | |
| | | review emails re reschedule mediation and respond to OC with request to confirm date. | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000062

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 9/15/2020 | 1:33 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.15 | $60.00 | Fee/J. Mack | | 0.15 | ☑ | ☐ | |
| | | review email from mediator Brown and respond with COVID 19 Order | | | | | | | | | | |
| 9/16/2020 | 9:02 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.5 | $1,000.00 | Fee/J. Mack | | 2.5 | ☑ | ☐ | |
| | | continue preparation of Mediatioin summary; incorporate information from responses to Interrogatories; review deposition arrangements; pursue client's medical records and outstanding items including possible settlement position. | | | | | | | | | | |
| 9/24/2020 | 9:51 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.75 | $1,100.00 | Fee/J. Mack | | 3 | ☑ | ☐ | |
| | | KW at office to prep for upcoming deposition on 10/8/20 | | | | | | | | | | |
| 10/8/2020 | 9:53 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 8 | $3,200.00 | Fee/J. Mack | | 8 | ☑ | ☐ | |
| | | prep for travel to/from  and attend Kenite deposition at City Hall on Island Venice | | | | | | | | | | |
| 10/28/2020 | 9:54 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 9 | $3,600.00 | Fee/J. Mack | | 9 | ☑ | ☐ | |
| | | prepar for, travel to/from City Hal, Venice Island for deposition of City Manager Lavallee | | | | | | | | | | |
| 11/3/2020 | 10:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 9 | $3,600.00 | Fee/J. Mack | | 9 | ☑ | ☐ | |
| | | prepare for, travel to/from City Hall Island of Venice for Chief Mattmuller Deposition | | | | | | | | | | |
| 11/12/2020 | 6:05 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.75 | $300.00 | Fee/J. Mack | | 0.75 | ☑ | ☐ | |
| | | research & draft scope for B6 depo send  to OC | | | | | | | | | | |
| 11/16/2020 | 9:57 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 7 | $2,800.00 | Fee/J. Mack | | 7 | ☑ | ☐ | |
| | | prepare for, travel to/from City Hall Island of Venice HR Director  Alan Bullock deposition #1 | | | | | | | | | | |
| 11/18/2020 | 10:02 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 6 | $2,400.00 | Fee/J. Mack | | 6 | ☑ | ☐ | |
| | | meet with client prepare for medication and attend via Zoom with Deborah Brown. | | | | | | | | | | |
| 12/15/2020 | 4:20 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2 | $800.00 | Fee/J. Mack | | 2 | ☑ | ☐ | |
| | | continued mediation with Deborah Brown. Unsuccessful disposition | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs   000063

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/21/2020 | 4:28 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.05 | $20.00 | Fee/J. Mack | | 0.05 | ☑ | ☐ | |
| | | Review of Notice of Taking Deposition - 1474.docx. | | | | | | | | | | |
| 12/23/2020 | 3:37 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 4 | $1,600.00 | Fee/J. Mack | | 4 | ☑ | ☐ | |
| | | Tele conference w. client about updating damages, recent incidents, EEOC, remote work,  banana/cheese thrown at the car.; Chappa covid exposure last Friday and email for tele work home assignment which KW never got; Use of FMLA time instead of work time; Never got raise to $70K; filling Rx . Discussed medical issues as it relates to damages. Mayor received threats via text or email and once reported, it was investigated immediately but KW's threat was disregarded and no action was taken on his behalf. update case status, review records for updating; outstanding depositions and status.  review outstanding items for case to do. | | | | | | | | | | |
| 1/19/2021 | 10:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 9 | $3,600.00 | Fee/J. Mack | | 9 | ☑ | ☐ | |
| | | prepare for, travel to/from City Hall Island of Venice for Alan Bulock deposition #2 (30B6) | | | | | | | | | | |
| 1/29/2021 | 3:30 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1.5 | $600.00 | Fee/J. Mack | | 1.5 | ☑ | ☐ | |
| | | KW to meet with JMM and KEM via Zoom case strategy session. | | | | | | | | | | |
| 2/8/2021 | 1:03 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.5 | $200.00 | Fee/J. Mack | | 0.5 | ☑ | ☐ | |
| | | phone conference with Mark Levitt | | | | | | | | | | |
| 5/5/2021 | 9:11 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 3.05 | $1,220.00 | Fee/J. Mack | | 3.05 | ☑ | ☐ | |
| | | T/C w client re not given time to complete THI reports.  First day back, light duty. He's not given admin. time to complete THI reports and wants to make a complaint against Chappa and Quick.  Short is now on the squad and in the station, Chappa gave him time off the road to complete his THI reports.  Chappa told him not to log in.  They are paid separately for THI and report prep time.  KW is denied time to do his.  His reports came out in Feb and he still hasn't finished them because not given time.  Also he asked for training class for advanced THI.  July class is booked and he asked for June class.  He's waiting to see what Chappa says.   Discussion regarding Chappa changing  KW's time sheet and reworking what was already done.  Discuss with JMM and prepare draft email to Mattmuller, Chappa and legal counsel. | | | | | | | | | | |
| 5/25/2021 | 2:05 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1 | $400.00 | Fee/J. Mack | | 1 | ☑ | ☐ | |
| | | prepare for and attend Pre Trial conference meeting with Mark Sugerman via Zoom | | | | | | | | | | |
| 6/9/2021 | 9:03 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.5 | $200.00 | Fee/J. Mack | | 0.5 | ☑ | ☐ | |
| | | Review of notice of service of expert ROGS - 4282.docx. | | | | | | | | | | |
| 6/14/2021 | 10:38 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.27 | $108.00 | Fee/J. Mack | | 0.27 | ☑ | ☐ | |
| | | T/C Lisa Jannay re KW; trial prep; witness; records. | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000064

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 9/9/2021 | 2:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1 | $400.00 | Fee/J. Mack | | 1 | ☑ | ☐ | |
| | | Mark Sugarman to call JMM re trial deadlines for lists etc. | | | | | | | | | | |
| 9/9/2021 | 11:06 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 4.6 | $1,840.00 | Fee/J. Mack | | 4.6 | ☑ | ☐ | |
| | | prepare initial exhibibt list | | | | | | | | | | |
| 9/28/2021 | 6:15 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 6.45 | $2,580.00 | Fee/J. Mack | | 6.45 | ☑ | ☐ | |
| | | TRial prep, JPS prep, exhibit list revisions | | | | | | | | | | |
| 10/6/2021 | 10:44 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.5 | $200.00 | Fee/J. Mack | | 0.5 | ☑ | ☐ | |
| | | instruct staff  to pre trial prep outstanding | | | | | | | | | | |
| 10/11/2021 | 5:31 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1.25 | $500.00 | Fee/J. Mack | | 1.25 | ☑ | ☐ | |
| | | instruct staff as to revision to  exhibit list and ensure  understanding | | | | | | | | | | |
| 10/18/2021 | 12:54 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.25 | $900.00 | Fee/J. Mack | | 2.25 | ☑ | ☐ | |
| | | Notes Added re pretrial -confidential trial prep | | | | | | | | | | |
| 11/22/2021 | 11:47 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.75 | $300.00 | Fee/J. Mack | | 0.75 | ☑ | ☐ | |
| | | Docket added. May 4, 2020:  IAI 2020-001 against KW, w/ recent developments re discipline imposed; Notice of hearing; review SOP 170; SOP 109; SOP 107.  Conference with JMM. KW and Ruth; review VPD docs re; 2020-001 Notice of Predetermination Hearing and Statement of Charges; attached investigation documents. | | | | | | | | | | |
| 1/5/2022 | 4:10 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1.75 | $700.00 | Fee/J. Mack | | 1.75 | ☑ | ☐ | |
| | | prepare for and attend tele conf with KEM, Mark L and MArc S re trial exhibits | | | | | | | | | | |
| 1/5/2022 | 11:54 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.15 | $60.00 | Fee/J. Mack | | 0.15 | ☑ | ☐ | |
| | | E-Mail client followup on pre trial tasks | | | | | | | | | | |
| 1/12/2022 | 7:48 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.75 | $1,100.00 | Fee/J. Mack | | 2.75 | ☑ | ☐ | |
| | | meet KEM prepare for Final PTC tommorrow. review of Lists, returns of service, speak with witnesses. | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000065

| Date | Time | Case Name<br>Explanation | User | Hourly<br>Rate | Hours | Amount | Task Code | Activity Code | Hours<br>Worked | Billable<br>Time | Billed | Billed<br>Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/13/2022 | 7:45 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 6 | $2,400.00 | Fee/J. Mack | | 6 | ☑ | ☐ | |
| | | roundtrip travel to Tampa from Englwood to atttend Final PTC | | | | | | | | | | |
| 1/24/2022 | 5:03 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 7.69 | $3,076.00 | Fee/J. Mack | | 7.69 | ☑ | ☐ | |
| | | continue trial preparation including witness summaries for KEM, review incidents with client plaintiff's trial evidence, Kuchar and Brett at Jetty saw graffitti, review conversation and events w/ client; confirm pix sent to Chappa on her phone for support for trial exhibit coming in; closed out event w/ CAD note cant find it; discuss Leisnring fight in training KW declined to fight Gregoire because of animosity but all supervisors were there to watch | | | | | | | | | | |
| 1/25/2022 | 10:25 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $450.00 | 1.5 | $675.00 | Fee/J. Mack | | 1.5 | ☑ | ☐ | |
| | | attend final pre trial conference in person in Tampa | | | | | | | | | | |
| 1/27/2022 | 10:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1.5 | $600.00 | Fee/J. Mack | | 1.5 | ☑ | ☐ | |
| | | attend in person final pretrial conference n Tampa | | | | | | | | | | |
| 1/27/2022 | 10:22 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 4 | $1,600.00 | Fee/J. Mack | | 4 | ☑ | ☐ | |
| | | travel time from Englewood to TAmpa to attend FInal Final PTC in person. | | | | | | | | | | |
| 1/29/2022 | 11:30 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1 | $400.00 | Fee/J. Mack | | 1 | ☑ | ☐ | |
| | | prepare for and attend phone conference with OC re witnesss lineup trial prep etc | | | | | | | | | | |
| 2/1/2022 | 5:15 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 3.75 | $1,500.00 | Fee/J. Mack | | 3.75 | ☑ | ☐ | |
| | | prepare and serve deposition desigations for Matttmuller, 30(b)(6) and Lavallee transcripts | | | | | | | | | | |
| 2/5/2022 | 12:52 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 6.5 | $2,600.00 | Fee/J. Mack | | 0.05 | ☑ | ☐ | |
| | | final trial prep, including confirmating staff assembled correct file documents and reviewing each exhibit folder. | | | | | | | | | | |
| 2/6/2022 | 4:13 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1.5 | $600.00 | Fee/J. Mack | | 1.5 | ☑ | ☐ | |
| | | Travel to St. Pete night before trial | | | | | | | | | | |
| 2/6/2022 | 4:13 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 1.5 | $600.00 | Fee/J. Mack | | 1.5 | ☑ | ☐ | |
| | | travel to St. Pete day before trial | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000066

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 2/6/2022 | 7:26 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 3.75 | $1,500.00 | Fee/J. Mack | | 3.75 | ☑ | ☐ | |
| | | review all depositions and pleadings, order, bench memo exhibit books for trial prep | | | | | | | | | | |
| 2/7/2022 | 9:29 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 10.5 | $4,200.00 | Fee/J. Mack | | 10.5 | ☑ | ☐ | |
| | | attend jury trial, travel to/from St. Petersburg to Tampa FEderal Courthouse. | | | | | | | | | | |
| 2/8/2022 | 9:30 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 10.5 | $4,200.00 | Fee/J. Mack | | 10.5 | ☑ | ☐ | |
| | | review Monday's notes, prepare for day 2, travel to/from St.Petersburg to Tampa. | | | | | | | | | | |
| 2/9/2022 | 9:32 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 10.5 | $4,200.00 | Fee/J. Mack | | 10.5 | ☑ | ☐ | |
| | | review notes days 1-2, prepare for day 3, travel to/from St. Petersburg to Tampa. | | | | | | | | | | |
| 2/10/2022 | 4:29 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 4 | $1,600.00 | Fee/K.Mack | | 4 | ☑ | ☐ | |
| | | prep for  day four (early a.m.) prepare for DV motion and closing | | | | | | | | | | |
| 2/11/2022 | 7:28 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 8.5 | $3,400.00 | Fee/J. Mack | | 8.5 | ☑ | ☐ | |
| | | attend trial day 5 await jury verdict | | | | | | | | | | |
| 2/16/2022 | 11:36 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 6.3 | $2,520.00 | Fee/J. Mack | | 6.3 | ☑ | ☐ | |
| | | Legal Research on award of attorney fees and costs to prevailing party in employment action under Title VII; Review rule 54, FRCP, Judgment and Costs, Summary of time records spent on KW case. discussion w JMM re award of legal fees; prepare summary ; pull form AO 133 Bill of Costs, review Rule 54 F.R. Civ Pro. ;  Review Adjusted Laffey Matrix for rates; Review Fitzpatrick Matrix in cases from DC Cir. for rates;  research 2022 prevailing rate for attorneys and paralegals; Review loadstar calculation requirements, research prevailing atty fee rates for Tampa; prepare memo to file, email to attys. | | | | | | | | | | |
| 2/16/2022 | 5:33 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.25 | $100.00 | Fee/J. Mack | | 0.25 | ☑ | ☐ | |
| | | Review of Public Records Request - Chapter 119 - 11754.docx. | | | | | | | | | | |
| 2/21/2022 | 12:39 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.25 | $900.00 | Fee/J. Mack | | 2.25 | ☑ | ☐ | |
| | | review billing and expenses for all files | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000067

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/1/2022 | 11:17 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 2.75 | $1,100.00 | Fee/J. Mack | | 2.75 | ☑ | ☐ | |
| | | research and prepare Affidavit of Fees by Partner, Affidavit of Costs by paralegal. | | | | | | | | | | |
| 3/7/2022 | 9:47 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 8 | $3,200.00 | Fee/J. Mack | | 10 | ☑ | ☐ | |
| | | Finalize Bill of Costs and exhibits, prepare AFfidavits of JMM and HH | | | | | | | | | | |
| 3/7/2022 | 10:47 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacqulyn Mack-Majka | $400.00 | 0.15 | $60.00 | Fee/J. Mack | | 0.15 | ☑ | ☐ | |
| | | email to from OC re depo scheduling | | | | | | | | | | |

**Total Hours Worked:** 341.79     **Total Billable Hours:** 330.67     **Total Billable Amount:** $130,630.50

Exhibits to Plaintiff's First Amended Bill of Costs  000068

# *TimeKeeper Manager Report*

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 4/27/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7 | $1,050.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | Remote work on all-encompassing time line of events relative to case.  In office to continue same.  Review Creasy's responsive records from KW's public record request. | | | | | | | | | | |
| 4/28/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | Remote work on all-encompassing time line of events relative to case.  In office to continue same.  continue review of documents produced in response to  public record request from Venice. Commence draft discovery requests for defendant | | | | | | | | | | |
| 4/30/2020 | 9:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |
| | |  Continue work on Webb v Venice in office.  Research Archives, Venice Library, Keywords: Caucasian, African American, segregation, blacks, race, racial. Continue compilation of list of questions to discuss with KW; continue timeline of events; continue draft P's Demand for Document Production. | | | | | | | | | | |
| 5/4/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | review docs re: IAI 2020-001 against KW, w/ recent developments re discipline imposed; review Notice of hearing; review SOP 170; SOP 109; SOP 107. attend conference with JMM. KW and Ruth Terry; review VPD docs re; IA 2020-001 Notice of Predetermination Hearing and Statement of Charges; attached investigation documents. | | | | | | | | | | |
| 5/6/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.5 | $1,125.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | Westlaw search for City of Venice/discrimination cases; review Hodgetts v City of Venice 794 F. Supp 2d 1265 (2011), legal research on hostile work environment, retaliation, comparitors, pretext; criteria for acts to be included in litigation regarding ongoing discriminatory conduct, or separate distinct acts requiring new administrative filings and commencement of new action; termination from employment generally requires commencement of a new action.  Review Creasy Motel 8 records. View Gregoire video cam; Karl Stebbins v City of Venice (wrongful death, wife suicidal and taken into custody by Crepeau. 2006 WL 10-47864 (M.D.Fla.); Serianni v Venice; review EEOC Enforcement Guidance on Retaliation. | | | | | | | | | | |
| 5/11/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $100.00 | 8 | $800.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | Legal research: US v City of  Jacksonville 3:12-cv-451 (not reported June 2015); EEOC website; search  "Discrimination + municipality" for cases with precidential value; commence EEOC email subscription; review Ethics, Moments in Gvmt.; review cases against city of Venice (ADA) Hodgetts,  Continue timeline with training denials; continue interrogatories to defendant with training prerequisites | | | | | | | | | | |
| 5/11/2020 | 3:37 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.15 | $1,072.50 | Paralegal | | 7.15 | ☑ | ☐ | |
| | | Legal research US v City of Jacksonville 3:12-cv-451 not reported June 2015; EEOC website; search discrim + municipality for cases; commence EEOC mail | | | | | | | | | | |
| 5/18/2020 | 3:48 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.95 | $1,042.50 | Paralegal | | 6.95 | ☑ | ☐ | |
| | | Review office emails on KW case; continue draft of response to Defendant's First Set of Interrogatories; conf. John Majka re KW; witnesses; initial disclosure list | | | | | | | | | | |
| 5/20/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | Review Defendant's motion to dismiss count I of Amended Complaint. Review Answer to Amended Complaint and Affirmative Defenses. Conf with JMM; tele Kenite Webb; continue preparation of draft response to Defendant's Request for Interrogatories | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000069

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/21/2020 | 9:28 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.8 | $1,170.00 | Paralegal | | 7.75 | ☑ | ☐ | |
| | | drafted response to Def RTP; drafted Pltf demand fro RTPm continue review of case file  pre-dateing employment. | | | | | | | | | | |
| 5/22/2020 | 10:30 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7 | $1,050.00 | Paralegal | | 7 | ☑ | ☐ | |
| | | continued prepration of draft responses to D ROGS, RFAs, RTP; draft P's ROGS, RTP and RFA to D; review pattern Jury Intructions 11th circuit for Title Vii and Retaliation; review EEOC v Jacksonville Firefighters | | | | | | | | | | |
| 5/27/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | 5-27-20: review VPD Incident reports: weapons violation against Maxim and Syrisko by Montanez; Citizen Complaint against Montanez by Porter and Aldama. Continue response to Defendant's Interrogatories | | | | | | | | | | |
| 6/1/2020 | 3:51 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8.5 | ☑ | ☐ | |
| | | continue response to Defendant's Interrogatories, Demand to Produce, Request for Admissions, send emails to client for review and comment | | | | | | | | | | |
| 6/3/2020 | 5:08 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 7.1 | ☑ | ☐ | |
| | | Draft Interrogatories to Defendant ; Draft P's Response to D's Interrogatories; review historic documents relating to race in COV from archives: a history of African Americans in Law Enforcement; African American as protected class; research cases on retaliation; hostile work env.; review Rodriguez v Citu of Clarmont, MDFl.8-cv-204; discovery demands add rquests for retirement under heart and lung bill; African American as protected class; add requests for retirement/ app. under heart/lung; retaliation; hostile work env., civil rights, Rodrigo Morales; MD Fla Rodriguez v City of Clarmont 5:08 CV 204 | | | | | | | | | | |
| 6/8/2020 | 3:55 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | continue revisions to outstanding discovery responses including demand to produce, admissions, rogs; email drafts to client | | | | | | | | | | |
| 6/10/2020 | 3:58 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | conference with client re updates including R Terry incident on hospital car break-in; review outstanding discovery requests and responses to date; assess Montanez as comparitor for crash while reading computer May 21, 2020; case No 20-000797, report can't be located. no discipline; car fixed,  revisions; review Fernandez v Trees Acquisition, Inc. 11th Cir; discussion of issues for Tucci (ASMI union rep for COV) to cover in tele conf re KW case and status in COV of emp. discrim cases he handles/involved in; discussion re 2 letters sent my DOJ to COV for other violations in 2009, 2010;  inability to locate discipline for city employees involved in noose incident; Union rep Tucci ASME acknowledgement for click it or ticket target of noose Alton King; discussion re Williamson violations; PIP violations; discrepency re punishment of 4 days recommented by chief but its more than 1 yr for prior so shouldn't count.  disparate treatment possible; requirement that all complaints be investigated, but Quick failed to investigate KW complaint; reports rejected for 2 months as harassment; someone cleared out mailbox and lost reports; Quick said he's getting written up again re girl who said she was being followed; set up? B.Long baby momma is Jamie Hoy's supervisor?  Bill fo rights not followed.   Discovery on sources for pay for SRO: is it split between school Bd and City; discussion re Eleftherios ins. complaint; KW's family disturbed at home by banging on door when KW not there, car not there; re exposure to COVID his child was extremely upset thinking Daddy was in trouble, why are they looking for him? banging on door aggressively, upsetting family; Silva sent home because he was sneezed on. KW w heart problems not Covid 19; not awarded DOT acknowledgement for click it or ticket highest performer because they're dissing KW; black public works guy getting dissed; MM comment re banana: "throw it away" discussions on EEOC posters in workplace; videos of Hoy's signature never produced in IA, Bill fo Rights not followed, pay sources for SRO? . Tucci ASME rep; Noose incident; discipline; skinny blk guy in truck hit line: blk guy at water treatment, cops all over him; | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000070

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/15/2020 | 4:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.6 | $1,140.00 | Paralegal | | 7.6 | ☑ | ☐ | |

email draft MTD response re Ct 1; Prepare issues for Tucci teleconference on discriminaiton in COV; Webb; other employees with claims past and pending.  Continue response to Defendant's Interrogatories and Demand to produce; stebbins v COV: suicide case alleging deliberate indifference: Troy Crepeau 8:04-cv-1988 (2006); Springman v COV, false arrest 10-15102 not reported.  1983 action against Crepeau SJ granted; Hodgetts v COV involving disabled employee claims under ADA; KB v COV: victim of sex abuse i.d. not redacted 1983 claims against City Clerk Rushing; Leisenring  Kuchar: BLM signs come down, who only BLM? because I said so; other COV cases found in research inc Stebbins v COV suicide case, Troy Crepeau 2006; Springman v COV false arrest; Hodgetts v COV, disabled employee ADA violations; 1983 action against Cty Clerk Rushing, not redacted KB v COV 2019 WL 707065. Leisenrign Kuchar said take down black lives matter meeting signs; KW asked why only those?  polictical signs up too, Because I said so; email from JMM re Buxton v Plant City; Holloman v Harland - Policy Maker, city as discriminator no Monell issue.

| 6/17/2020 | 9:02 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |

Review P's draft Responset o Def. MTD 1983 claim; provide comments and legal research; suggestions sent to JMM; Teleconf w Dan Tucci, AFSCME; re discriminaiotn cases and EEOC w COV; update and comments to JMM; conduct legal research for emp. discrim; hostile work env., disparate treatment; comparitors;

| 6/22/2020 | 4:07 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 9.5 | $1,425.00 | Paralegal | | 9.5 | ☑ | ☐ | |

T/C w client re discussion with union rep Dan  Tucci re COV discrimination based complaints. Continue response to Defendant's Interrogatories, Demand to Produce, Request for Admissions, with client input (via T/C). discuss black employees, Whittaker, Cox looked black; ; issue of COV receipt of federal funding; Lavallee city workers at his house? Client counseling sessions; costs; records; tax returns, HIPPA release for records; lost organiers w personal notes of events; emails w union rep; msg from RT w Nolan pix; Remote work including draft email to DOJ attorney regarding expansion of discrimination claims beyond Police Dpt.; Ordinance  # 204 and City Attorney opinion as to status despite never having been repealed; Lisa Jennay therapist : request for records of treatment, and update contact info.; HIPPA release; email JMM status on Jennay; email client for documents responsive to defendant's discovery requests; review JMM email to Marc and Mark;  issue of federal funding received by COV tied to compliance with fed anti-discrim mandates;
Task Code: Paralegal
Billable Hours: 9.50

| 6/23/2020 | 4:08 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 9.5 | $1,425.00 | Paralegal | | 9.5 | ☑ | ☐ | |

Work remotely to review final Plaintiff's response to Defendant's Request for Admissions.  Continue Response to Defendant's Document Production Demands; email w client ; issue of Dan Whitaker w VPD; news re Perishio investigation; emails re schedule w JMM/ Mark and Marc
Task Code: Paralegal
Billable Hours: 9.50

| 6/26/2020 | 10:22 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.05 | $7.50 | Paralegal | | 0.05 | ☑ | ☐ | |

email KW re mayor on police activity in COV; race concerns expressed on recent incident of BLM protest

| 6/29/2020 | 4:11 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.8 | $1,020.00 | Paralegal | | 6.8 | ☑ | ☐ | |

Continue preparation of document production response; interrogatories; incl. Whittaker; taxes, Steve Young; IA's; damages; photos fo banana in trunk. Email client w outstanidng items to complete re discovery;
Task Code: Paralegal
Billable Hours: 6.80

| 7/1/2020 | 4:12 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.29 | $1,093.50 | Paralegal | | 7.29 | ☑ | ☐ | |

Conference with client to review outstanding discovery.  Review recordings and documents with client; Document Production and Interrogatories.  New material from client. Gregoire allegations of racial profiling and retaliation against Adams for starting inquiry; Ben Adams; Julie Williams; other claims of hostile work environment; COV historical context of ongoing racial hostility;
Task Code: Paralegal
Billable Hours: 7.29

Exhibits to Plaintiff's First Amended Bill of Costs  000071

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 7/2/2020 | 4:13 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 5.5 | $825.00 | Paralegal | | 5.5 | ☑ | ☐ | |

Continue preparation of response to Def. 1st Set of Interrogatories, review client's additional documents, review emails from client; inquire to EEOC re tele conf. email JMM with draft; email re conflict bcs Levitt gets msg from City Mgr. responding to your concerns of retaliation; time off for medical apts.; email draft Plaintiff's response to 1st Interrogatories from Def.
Task Code: Paralegal
Billable Hours: 5.50

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 7/3/2020 | 11:30 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |

Re Document Production, develop suggested category of documents to be produced; pdf's of case items incl. EEOC binder, COV docs; PD org charg, Webb personnel files, etc. Investigations and Discipline: IAI, SR, SI   Jamie Hoy docs   Sanford Docs ;Comparitors' info./ Disparate treatment Creasy    Montanez    Long  Other people's complaints/problems with VPD    Perisho memo
 Audio recordings  (Not sure how these are going to be marked)Damages    Tax returns, medicals,
email JMM

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 7/6/2020 | 1:18 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.22 | $1,083.00 | Paralegal | | 7.22 | ☑ | ☐ | |

Continue preparation of document production response and P responsonse to Def. 1st Set of interrogatories; email KW, JMM for review and comment; JMM email pay disparity for KW re TTD after heart attack and catheter; use of sick time to see comp Drs for KW but others use work time to attend appoiontments; email Geoff Vichlere re comp time, 1st responders; emails reL KW hearing, subpoenas; Email interrogatories to KW updated for comments and finalization; email re KW formal evidentiary hearing 7-16-2020; email P's response to Def. 1st Rogs;
Task Code: Paralegal
Billable Hours: 7.22

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 7/8/2020 | 4:19 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |

Continue preparation of response to document production and interrogatories from client comments for additions, email additional findings to JMM for designations of activities engaged in by Perisho, Leisenring; Mattmuller, Gregoire; Hill saying KW would never be 1st Af. Am Chief in COV: Adams comment dating white woman; hostile work env. instances; with review of production folders, review of client's documents; responses to document demands. emails w Geoff Bichler, JMM re wkrs comp for heart; Webb email out time JMM:
Task Code: Paralegal
Billable Hours: 8.00

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 7/9/2020 | 2:39 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.17 | $25.50 | Paralegal | | 0.17 | ☑ | ☐ | |

emails re final interrotory responses served JMM; perdiem w fees and travel; record retention requirements for LEO agency an medical examiner's office; emails re HH for Leisenrign summons; tax collector for hearing;

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 7/15/2020 | 4:20 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |

Continue preparation of index to document production. Tele Dan Whittaker, prepare notes of conversation. Work on Interrogatories and Document production requests to Defendant; docs provided in IA 2020: SOP protocols; MTC Ct.1: 42 USC 1983: discriminatory custom claim; deliberate indifference includes tacitly authorizing discrimination by sutom, policy or practice; Lavallee failed to investigate, prevent acknowledge, discipline Mattmuller: inadequate police training: Hardy v Hayneville: Short v Immokalee Water & Sewer Dst. .
Task Code: Paralegal
Billable Hours: 8.00

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 7/20/2020 | 4:21 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.05 | $7.50 | Paralegal | | 0.05 | ☑ | ☐ | |

Continue preparation of Plaintiff's Interrogatories and Document Production requests to Defendant. MTD Ct 1; 42 USC 1983: Discrim. Custom Claim; custom or usage w force & effect of law; deliberate indifference  tacitly authoirzing discrim; failure of Lavallee to investigate, prevent acknowledge discipline... short v immokalee Water & Sewer Dst.
Task Code: Paralegal
Billable Hours: 8.00

Exhibits to Plaintiff's First Amended Bill of Costs  000072

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/22/2020 | 3:22 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.82 | $1,173.00 | Paralegal | | 7.82 | ☑ | ☐ | |

Complete draft of Plaintiff's Document Production requests to Defendant. Email to JMM, for review and editing comments; review Def MTD 1st Am. Complaint; case law for 1981; 1983 actions; complete draft of P Doc Prod requests to date
Task Code: Paralegal
Billable Hours: 7.82

| 7/27/2020 | 4:24 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |

Continue preparation of Plaintiff's Request for Admissions to Defendant.
Task Code: Paralegal
Billable Hours: 8.00

| 7/29/2020 | 4:25 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.5 | $1,125.00 | Paralegal | | 7.5 | ☑ | ☐ | |

Prepare JMM to attend zoom conference with Middle District Judge Thomas Barber on Plaintiff's Motion to Dismiss Count 1 of First Amended Complaint; continue preparation of Plaintiff's First Request for Admissions and Document Production; tele conference with client; Verdict/settlement search for racial discrimination cases to update.
Task Code: Paralegal
Billable Hours: 7.50

| 7/30/2020 | 4:43 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.05 | $907.50 | Paralegal | | 6.05 | ☑ | ☐ | |

Draft and Email to  JMM draft of Plaintiff's 1st Request For Production from Def.

| 8/3/2020 | 4:25 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.86 | $1,179.00 | Paralegal | | 7.86 | ☑ | ☐ | |

continue prep of draft Interrogatories to Defendant. Review files and summaries for any missed requests. Prepare email to JMM.  Email KW re damages; and demand for settlement; discuss with JMM re possible position w COV outside VPD;JMM email re Ceus v Tampa Title VII firefighter; 11th Cir; Johnson v Mimi Dde: blk officer retaliation So. Dist. proof of racial discrim: model discovery handbook for Title VII; JS to JMM draft rogs to D.
Task Code: Paralegal
Billable Hours: 7.86

| 8/10/2020 | 5:14 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Associate | | 8 | ☑ | ☐ | |

research damages for categories for recovery and information for calculation of damages; review information received in response to Art 119 request for records from COV, review client emails, update additional discovery requests to cover information in public record request. Review Creasy's responsive records from KW's public record request; email JMM KW re Leisenring and Quick

| 8/17/2020 | 5:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |

Final review COV response to public record request for Montanez.  Commence preparation of draft findings of fact and conclusions of law for Formal Evidentiary Hearing re IA 2020-001(Sanford) .  Review transcript of July 16, 2020 hearing. PUblic records request for Hissl Cty Sheriff and Fla Highway Patrol for Montanez.

| 8/19/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |

Continue preparation of draft findings of fact and conclusions of law regarding the July 16, 2020 Appeal Hearing in IA 2020-001.   Review Respondent's exhibits. review order denying defendant's Motion to dismiss.

Exhibits to Plaintiff's First Amended Bill of Costs  000073

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 8/24/2020 | 4:27 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |

Review respondent's evidence for suspension hearing; continue preparation of final draft of findings of fact and conclusions of law for evidentiary hearing officer with citations to record; request KW personnel records from Sarasota County Sheriff; emails JMM, MNL, MS re: dep schedules; service of P's discovery requests to D, rogs; doc prod, request for admissions.
Task Code: Paralegal
Billable Hours: 8.00

| 8/26/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |

Contact mediator's office  Deborah Brown and request availability for late Nov.  Prepare draft Order; follow up on request for insurance info: Laurel Romero, JD Western World Ins. Group; investigate and summarize status of outstanding public records requests; review local rules re: mediation; review insurance agreement for COV; review City of Venice proposed Findings of Fact and Conclusions of Law to Hearing Officer; privilege log for withheld items in litigation; organize tasks to be completed: mediation summary; deps we need; mediation dates late Nov., circulate suggestions; discussion with client re: Covid 19 leave granted Halpin, Dinka and Sgt. White, but not KW.

| 8/31/2020 | 11:42 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.25 | $1,087.50 | Paralegal | | 8 | ☑ | ☐ | |

Review SRQ records for KW from FOIA request; review Middle District of Fl Mediation Rules; begin draft mediation summary: factual allegations; scheduling emails for deps

| 9/2/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |

Continue preparation of Mediation Summary for KW; prepare damages/paralegal time summary for damages; tele Deborah Brown re Court Ordered Mediation dates; tele Tracy Suarez re dates; t/c Kenite Webb re status, dates, etc. update trialworks

| 9/9/2020 | 9:32 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.5 | $1,125.00 | Paralegal | | 8 | ☑ | ☐ | |

continue scheduling tasks for depositions  of Mattmuller, Lavallee and Bullock, Chappa; and mediation, email Defense counsel with dates for Webb dep.;  Continue preparation of Mediation report- Plaintiff's position, integrate interrogatores into mediation report; index to document production; review SOPs and Venice Procedures and Rules for applicable standards; email KW re dates; status of discrim claim by other Venice employee; to do: request Williamson and Al King records from COV; Need treatment records from Calderon; Lakewood Cardiovascular; Steven Class MD Heart specialist; add  documetns on post-firing incidents to discovery.

| 9/14/2020 | 8:59 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8.15 | $1,222.50 | Paralegal | | 8 | ☑ | ☐ | |

Review findings of fact in appeal hearing of IA 2020-001 by Albert Galloway, Hearing officer. Review emails regarding future recourse. Review emails regarding scheduling of Webb deposition and mediation.  Continue preparation of Mediation Summary.

| 9/16/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.75 | $1,162.50 | Paralegal | | 8 | ☑ | ☐ | |

Review emails re: Webb v COV mediation: scheduling and format; Court's scheduling Order and Covid-19 extension;  review USA v COV, 8:20-cv-02161- (discrimination action filed on behalf of COV Public Works employee James Williamson) filed 9-15-2020; review Williamson Settlement agreement, research media reports of settlement by DOJ. draft and send email client regarding Williamson including copy of Settlement Agreement by Venice with DOJ; email strategy to JMM; continue preparation of Mediation summary for KW, discuss filing "notice of related case"

| 9/21/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.75 | $1,162.50 | Paralegal | | 8 | ☑ | ☐ | |

Review emails regarding depositions; review Notice of Related Case filed 9-18-20; continue preparation of Mediation summary draft including summarizing items giving rise to action and chronology.  Review The Scoop articles regarding settlement of James Williamson case against Venice and criticism for failing to add sum into Venice budget comments leaving Commissioners in the dark about pendency of suit and looming settlement and "other one in the wings".

Exhibits to Plaintiff's First Amended Bill of Costs  000074

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 9/23/2020 | 9:03 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6 | $900.00 | Paralegal | | 8 | ☑ | ☐ | |

continue legal research re Rule 407: Subsequent Remedial Measures for preclusive effect on admitting at trial evidence of settlement terms of discrimination case brought by James Wiliamson - marked as related case.  Issue of admisibility of proof of settlement of another action and its settlement terms to establish lack of protocol and procedures for discrimination claims to establish element of ongoing policy and practice of deliberate indifference to racial discrimination and failure to prevent and properly train employees allowing practice of discrimination to continue; review reporting, investigation, prevention and education of discrimination claims; review emails w client re: demand; filing Notice of Related case for Williamson action; continue preparation of mediation summary. Review FOP/COV Agreement for terms relating to process and pocedures of grievence, complaints and investigation process for racial discrimination, hostile work environment, disparate treatment based on race.

| 9/24/2020 | 4:30 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 2.5 | $375.00 | Paralegal | | 2.5 | ☑ | ☐ | |

Tele conference with Mark Levitt, attorney for COV re: dates in Preliminary Conf. Order; Covid-19 extension, July 16 evidentiary hearing; continue preparation of document production; tele w Kenite re docs needed for responses; emails w/ outstanding tasks including outstanding interrogatories for review and supplementation; Whittaker contact next week; obtaining treatment records from Lisa Jennay
Task Code: Paralegal
Billable Hours: 2.50

| 9/28/2020 | 9:11 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.5 | $975.00 | Paralegal | | 8 | ☑ | ☐ | |

Tele call with client regarding possible settlement position; discuss categories of damages; possibility that settlement contain component creating new employment position at COV for KW - suggested EEOC compliance officer; oversight; compensatory damages; health issues; stress; continuing w/ IA against him; research damages, caps, discuss unavailability of punitive damages against governmental entity; prepare memo to file re client discussion; review Drop Box documents;  organize file; review recent emails;

| 9/30/2020 | 5:04 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6 | $900.00 | Paralegal | | 8 | ☑ | ☐ | |

Continue preparation of draft Mediation summary; pick up with emails re: scheduling Plaintiffs depositions; review case settlement research for comparative purposes.   discussion w/ JMM re client's settlement position; email client for follow up on position.  Continue attempt to organize files.

| 10/5/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.5 | $975.00 | Paralegal | | 8 | ☑ | ☐ | |

Prepare for client's deposition; prepare email to client w/ enc. to review prior to dep; discussion w JMM re damages, discuss recent event at Splash wherein KW accused by boyfriend of hitting on white store employee while arrest of motorist who parked at Splash; complaint made including violence against KW; investigation; compile draft outline for deps w proposed exhibits/ review case materials and organize for dep outlines. Update and revise draft email to Whitsett.  review/send emails to client re meeting.

| 10/7/2020 | 5:30 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8.5 | $1,275.00 | Paralegal | | 8.5 | ☑ | ☐ | |

Conf. JMM re damage cap. under statute, review statute and case law regarding damage limitations.  Conference with client in preparation of deposition.  Review file documents (FAC, P's Response to Interrogatories, EEOC charge) with client. Review damage awards and developments for comparison purposes and further discuss client's settlement positions in anticipation of mediation conference.

| 10/12/2020 | 5:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7 | $1,050.00 | Paralegal | | 8 | ☑ | ☐ | |

Prepare draft outline for Tom Mattmuller's deposition and incorporate references to Drop Box docs: check Sunbiz for entities TM is affiliated with, review Scty of State docs filed for entity named "Do The Right Thing of Sarasota, Inc." which TM was a Director of; review accreditation history for Venice and loss of accreditation; review TM's profile on Venice Website, conuct internet search of TM; review Commission for Florida Law Enforcement Accreditation, Inc.; review TM comments on COV PD accreditation and goals of attaining status.

| 10/14/2020 | 5:03 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 1 | $150.00 | Paralegal | | 8 | ☑ | ☐ | |

email defense counsel to confirm defendant's depositions; discussion with JMM re status; review Jax email ; review Bostock v Clayton County Georgia, USSCt. June 15, 2020; discuss contacting Dr. McAllister, send email regarding records and tele conf.

Exhibits to Plaintiff's First Amended Bill of Costs  000075

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 10/19/2020 | 5:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.2 | $1,080.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | Email client re HIPPA form; review emails requesting form re Dr. McAllister's office; continue preparation of deposition outline for Mattmuller; review Plaintiff's record production for cross reference in Dep. outline, confirm court reporter for upcoming dep. discussion w/ JMM | | | | | | | | | | |
| 10/21/2020 | 5:12 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.25 | $37.50 | Paralegal | | 0.25 | ☑ | ☐ | |
| | | emails to/from client re IA, Chappa, reports re Splash. client zone changed, mental health declaration to Chappa; complaint Frangione received. | | | | | | | | | | |
| 10/25/2020 | 9:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 4 | $600.00 | Paralegal | | 4 | ☑ | ☐ | |
| | | Re: Kenite Webb:  Review Defendant's document production pgs 1-2022; compile summary with reference to doc. Prod.  Email to JMM | | | | | | | | | | |
| 10/26/2020 | 8:22 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 10 | $1,500.00 | Paralegal | | 10 | ☑ | ☐ | |
| | | Webb: Continue review of Defendant's document production and summary w/ references. Compile outline for Lavallee deposition on Thursday; continue Matmuller deposition outline, email Webb regarding outstanding HIPPA authorizations for defendant.  Discussion with JMM.  Email Webb outline for MM deposition.  @remote: Continue review of defendant's document production, summarize and analyze. | | | | | | | | | | |
| 10/27/2020 | 2:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 2 | $300.00 | Paralegal | | 2 | ☑ | ☐ | |
| | | Remote: continue review, analysis and summary of defendant's document production.  Review client email. Prepare attachment of interests to public record request; Email JMM summary, review & reply to  client email regarding medical procedure  w Erick Calderon, for heart monitor inplant. | | | | | | | | | | |
| 10/28/2020 | 9:24 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.05 | $907.50 | Paralegal | | 8 | ☑ | ☐ | |
| | | Webb: REview email from JMM. Review nad send email to DOJ senior attorney Louis Whitsett re status of Webb litigation in light of Williamson's case disposition.  Import all case related emails to Trialworks.  Continue preparation of Plaintiff's mediation summary including update of incidents, comparitors, Williamson settlement and ongoing instances of disparate treatment and retaliation as well as health ramifications and economic damages. | | | | | | | | | | |
| 11/2/2020 | 10:06 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.5 | $975.00 | Paralegal | | 6.5 | ☑ | ☐ | |
| | | Preparation for Mattmuller dep:  prepare exhibits, tele w client re depositions and Splash incident follow up regarding directive to make complaint and inaction by VPD to ensure safety of officer in light of threat to his life and racial slur, conf. w JMM, prepare emails re: dep questions client suggested, review Lavalle dep. Highlights with JMM, to do:  obtain Mattmuller performance evaluations, IT director personnel file, Chris St. Luz (sp?);<br>Time: 6.5 | | | | | | | | | | |
| 11/4/2020 | 5:03 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8.25 | ☑ | ☐ | |
| | | Webb: confirm COV employee name, Christ St. Luz? As Christopher St. Luce, Director of Information Technology (941) 882-7425; prepare deposition outline for City Manager Lavallee, review COV emails for his deposition, review training record summaries from Schuler; tele w client re Matmuller deposition; review medical records Sheri Sanders & Steven Class; conf. w JMM re Mattmuller dep. ; discuss status of Splash incident and threats. to do: supplement doc prod w/ medicals; authorizations for counselors; complain to D's attys re missing doc prod and document dump unacceptable without index to what is being responded to; check mediation requriements for brief and rules. | | | | | | | | | | |
| 11/9/2020 | 5:01 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.5 | $1,125.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | Review emails from JMM, Levitt, Tracy Suarez, Re: Dep Notice for Alan Bullock, Rule 30(b)(6) deposition of party representative to bind corporation;  review guidelines and draft scope of inquiry for corp. representative of City of Venice as requested by defense counsel. Prepare corrections to record request for Mattmuller performance evaluations and email archives for City Manager; review 2020  FOP contract w COV.  fowarded by officer VPD.  Reminder to client re: authorizations from def for medical records. Review defendant's subpoenaes to Webb's healthcare providers. Review case Liles v Weitzman re: discovery production; review article Taking a Rule 30(b)(6) Deposition.  Tele Deborah Brown, mediator re: schedule and party's confidential position statement, due date. | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs   000076

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 11/11/2020 | 5:05 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.5 | $1,125.00 | Paralegal | | 8 | ☑ | ☐ | |

clarify public record request to City of Venice for Lavallee emails and Matmuller personnel and disciplinary files in response to COV email indicating size of prospective production. Continue preparation of draft Scope of Inquiry for City of Venice representative depositions to be provided to defendant; Review F R. C P 30 (b)(6); draft dep. notice for Bullock. Review Document Production for Bullock documents to use in deposition. Continue preparation of Bullock dep. Outline and review of defendant's document production for documents involving Bullock and emails.

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 11/16/2020 | 5:18 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 3.5 | $525.00 | Paralegal | | 35 | ☑ | ☐ | |

Review KW treatment notes of Bennett McAllister, MD. Review docs for Bullock deposition and discussion with JMM re status of Personnel Director Bullock at dep today is still uncertain. Review Resolution No. 2020-42, City of Venice regarding discrimination and harassment and requirements for reporting instances. Review City meeting adopting resolution by 7-0 vote. Organize files

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 11/18/2020 | 12:15 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.55 | $82.50 | Paralegal | | 0.55 | ☑ | ☐ | |

review email from JMM, reporting agency re transcript. Research costs to litigant under Title VII in light of invoice for Lavallee transcript received. Send email to JMM with findings that costs are avail to successful litigant without regard to financial status of litigant.

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 11/18/2020 | 4:58 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7 | $1,050.00 | Paralegal | | 8 | ☑ | ☐ | |

Re: mediation; prepare with summary and update of issues for p and damages; confirm client position re possible settlement; discussion w JMM re demand/scope of acceptable disposition; attend Mediation session w Deborah Brown, JMM, client; possible workers comp component of global settlement; discussion w client re options if separated from VPD; career options beyond this case.

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 11/23/2020 | 4:25 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 3.02 | $453.00 | Paralegal | | 3.02 | ☑ | ☐ | |

prepare Motion on consent for extension of time of remaining tasks in scheduling order. Review local rules, Covid-19 Order, Pretrial Scheduling Order. Review emails re: continuation of mediation and motion on consent.; review defendant's revisions; file same

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 11/25/2020 | 4:35 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.25 | $37.50 | Paralegal | | 0.25 | ☑ | ☐ | |

T/C Webb re mediation issues and damages

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 11/30/2020 | 5:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 4.55 | $682.50 | Paralegal | | 8 | ☑ | ☐ | |

Review additional document production from defendant including personnel files of Bullock, Gregoire, Henderson, Hill, Joyce, Long Terry, Wentworth, Rose, (pgs 6022 – 7954) and summarize notes. Review Lisa Jennay treatment notes for 12-2017 to 8-2018; prepare summary

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 12/2/2020 | 5:12 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 5.05 | $757.50 | Paralegal | | 8 | ☑ | ☐ | |

Continue review and analysis of defendant's 2d document production, including personnel folders for other employees and plaintiff. Summarize findings. Def. additional document production Bates 11279-11411 : Webb Personnel from Tracy Suarez; emails to/from JMM re limiting scobe of Public Request R001006-110920 re: Lavallee: including key search terms suggested to limit return.

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 12/7/2020 | 3:50 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 3 | $450.00 | Paralegal | | 3 | ☑ | ☐ | |

Review additional medical record from Sarasota Memorial returned pursuant to authorization; prepare summary of medical records received and confirm all authorizations have been processed by providers treating KW. Review Lavallee deposition transcript. Summarize highlights of dep. for potential SJ motion. review emails from Lori Seltzer re 40,812 emails returned in response to R001006-110920 and specific key terms sought to narrow results. discussion w JMM re resolution of volume of return and costs.

Exhibits to Plaintiff's First Amended Bill of Costs  000077

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 12/9/2020 | 3:52 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 2 | $300.00 | Paralegal | | 2 | ☑ | ☐ | |
| | | continue review and notations for Lavallee deposition transcript. | | | | | | | | | | |
| 12/10/2020 | 4:10 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.3 | $45.00 | Paralegal | | 0.3 | ☑ | ☐ | |
| | | Tele Lori Selzer re 119 Records Request for KW: including Hostile Work Env. ; email JMM re outcome of discussion and how to proceed with est. 40,000+ emails due to Outlook redundency on outgoing msgs to entire emp. staff., etc. ; email JMM w status, and suggestions; Q of review of volume of return; fees to successful litigant; review statute for "inspection " by remote electronic means in lieu of copying and paying for copies.   Venice says no way to preliminarily review records without paying; JMM email to KW for input | | | | | | | | | | |
| 12/14/2020 | 4:24 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 3 | $450.00 | Paralegal | | 3 | ☑ | ☐ | |
| | | Discussion with JMM regarding production of Plaintiff's medical records; prepare Plaintiff's First Supplemental Document Production and Bates stamp treatment notes of McAllister and Jannay.  Served by JMM; sent to mediator Deborah Brown | | | | | | | | | | |
| 12/16/2020 | 3:35 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 5.25 | $787.50 | Paralegal | | 8 | ☑ | ☐ | |
| | | review medical records for client charges. Assess designation of Dr. McAllister as expert witness in addition to  treating physician.  Research damages, expert witness designation, treating physician testimony, Rule 26 disclosure and Fed. R. Ev. 702; 703.  Prepare memo to file.  Email Jacqulyn and client. | | | | | | | | | | |
| 12/21/2020 | 3:57 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 1.95 | $292.50 | Paralegal | | 1.95 | ☑ | ☐ | |
| | | Review notes and emails and Compile a list of pertinent events which occurred since the filing of KW's federal  action for inclusion as ongoing actionable events at trial herein including Sanford 48 hr suspension; Hostile Work Environment by Gregoire for embellished emails to Chappa about tardiness for FOP detail Dec. 26, 2019 and reaction to case filing by Morales "Subpoena for you..." ; Gregoire alleging KW didn't keep patrol vehicle clean ; IA 2020-006; threats against KW made but never reported until months later; Jax email 11-2-2010 re hate crime against Webb ignored; sick time for Dr. appointments charged to KW but no one else; reduced perf. evals: "1" because Sanford sustained IA; seven 3's ; Williamson settlement with DOJ; flyer in KW mailbox announcing Northport PD is hiring 12-29-19; post Covid exposure KW not given time off while white officers Dinin and Sgt. White were given admin leave; failure to maintain Webb's training records causing him to repeat training in 2020; Paul Joyce not written up for drawing service revolver at Poppy's restaurant when he responded to complaint of disturbance despite mandatory write up for LOR if gun is pulled; Gregoire ordered Joyce to do it but didn't write up Jpyce when he didn't.  KW reported to us 11-2-2020; resolution 2020-42, Oct. 25, 2020 amending PPR 1.23 policy against harassment and discrim.  and email to Jax regarding production and updating of discovery with documents relating to same | | | | | | | | | | |
| 12/28/2020 | 4:33 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.5 | $75.00 | Paralegal | | 0.5 | ☑ | ☐ | |
| | | review emails from last week regarding filing charges on Splash and telecommuting. | | | | | | | | | | |
| 1/4/2021 | 4:16 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 1.75 | $262.50 | Paralegal | | 1.75 | ☑ | ☐ | |
| | | prepare Notice of Corportate Deposition for City of Venice by Alan Bullock.  review scope of inquiry from November and emails regarding scheduling of deposition, emails from and to JMM. | | | | | | | | | | |
| 1/6/2021 | 11:00 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.05 | $7.50 | Paralegal | | 0.05 | ☑ | ☐ | |
| | | Serve Notice of Deposition on defendant for Bullock's corporate rep. dep. on 1-19-21. | | | | | | | | | | |
| 1/18/2021 | 3:44 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 3.22 | $483.00 | Paralegal | | 3.22 | ☑ | ☐ | |
| | | review Webb: emails to/from Lori Seltzer, KW, JMM re status and volume for recent record request.  Prepare deposition exhibits for corporate rep dep. Email Mark Sugerman for confirmation of Bullock dep 1-19-21. | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000078

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 1/22/2021 | 9:45 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.5 | $75.00 | Paralegal | | 0.5 | ☑ | ☐ | |
| | | review information on Covid orders.  tele w Chambers on trial status due to restrictions via Covid 19; Order regarding juty trial suspensions, email from Ct. resetting trial date and final PTC. | | | | | | | | | | |
| 2/3/2021 | 1:32 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 4.55 | $682.50 | Paralegal | | 4.55 | ☑ | ☐ | |
| | | Webb MSJ:  attempt to continue downloading documents from Def's Motion for Summary Judgment. Review Judge's individual rules regarding consultation between parties to narrow issues on Summary Judgment.  Draft email for Mark Levitt regarding procedures not followed.  Draft email to client w MJS.  Draft notes on issues to respond to in reply to motion for SJ. | | | | | | | | | | |
| 2/4/2021 | 1:46 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.35 | $52.50 | Paralegal | | 0.35 | ☑ | ☐ | |
| | | review 16 emails JMM/Marl Levitt; HH; review sample stmt of disputed facts; | | | | | | | | | | |
| 2/6/2021 | 1:36 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 2 | $300.00 | Paralegal | | 2 | ☑ | ☐ | |
| | | work remotely Webb MSJ:  Review MSJ disputed facts, summarize findings, draft response to Defendant's undisputed facts | | | | | | | | | | |
| 2/7/2021 | 1:50 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.75 | $112.50 | Paralegal | | 0.75 | ☑ | ☐ | |
| | | summarize P's responses to Defendant's undisputed facts in opposition to D Motion SJ. sketch out legal argument; prima facie case of discrimination; complaints ignored, hostile work environment; adverse emp action inherent in graduated punishment because for KW 1 more false move and he's out. | | | | | | | | | | |
| 2/8/2021 | 1:57 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.5 | $75.00 | Paralegal | | 0.5 | ☑ | ☐ | |
| | | review communications regarding Public Records Request R001006-110920 13K emails; keywords used as requested; review exhibits for bullock dep transcript emailed from reporters w dep transcript; brief review of Bullock dep for motion sj opp. | | | | | | | | | | |
| 2/10/2021 | 3:38 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.35 | $52.50 | Paralegal | | 0.35 | ☑ | ☐ | |
| | | Email re costs for COV FOIR; email from Lori Stelzer, going back to Dec. request and fees to be charged, status. | | | | | | | | | | |
| 2/11/2021 | 3:33 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 1.85 | $277.50 | Paralegal | | 1.85 | ☑ | ☐ | |
| | | Webb MSJ:  attempt to continue downloading documents from Motion. Review Judge's individual rules regarding consultation between parties to narrow issues on Summary Judgment.  Draft email for Mark Levitt regarding procedures not followed.  Draft email to client w MJS.  Review Def. MSJ.  Note issues to respond to. | | | | | | | | | | |
| 2/12/2021 | 2:03 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 4.05 | $607.50 | Paralegal | | 4.05 | ☑ | ☐ | |
| | | continue preparation of comments to d's stmt. of 52 undisputed facts (plus subsections) with draft responses; send to JMM for review and comment; | | | | | | | | | | |
| 2/17/2021 | 3:28 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.22 | $33.00 | Paralegal | | 0.22 | ☑ | ☐ | |
| | | conf w JMM re defendant's statement of undisputed material facts and responses; | | | | | | | | | | |
| 2/22/2021 | 1:42 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 1.5 | $225.00 | Paralegal | | 1.5 | ☑ | ☐ | |
| | | Webb: Draft Response to Defendant's Statement of Undisputed Facts. | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000079

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 2/24/2021 | 5:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 3.65 | $547.50 | Paralegal | | 3.65 | ☑ | ☐ | |
| | | review defendant's Motion for Summary Judgment including statement of undisputed material facts. review cases saved in Westlaw on legal issues and continue research on summary judgment in Title VII cases and FCRA.  Review Judge's Individual Rules on motions for summary judgment and statement of facts.  Commence draft of Plaintiff's statement of disputed facts. | | | | | | | | | | |
| 3/1/2021 | 9:22 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.9 | $1,035.00 | Paralegal | | 0 | ☑ | ☐ | |
| | | prepare certification for Lisa Jennay treatment records.  Continue response to MSJ: legal research; review Defendant's cited cases.  Continue Plaintiff's Statement of Disputed Facts with citations to the record. | | | | | | | | | | |
| 3/2/2021 | 9:50 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.25 | $937.50 | Paralegal | | 0 | ☑ | ☐ | |
| | | Continue preparation of response in opposition to Defendant's Motion for Summary Judgment including Plaintiff's statement of Disputed Facts.  Review deposition notes and Matmuller transcript.  Provide status email to client. | | | | | | | | | | |
| 3/8/2021 | 10:57 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.1 | $915.00 | Paralegal | | 6.1 | ☑ | ☐ | |
| | | continue preparation of Plaintiff's opposition to Motion for Summary Judgment. Review exhibits and continue statement of disputed facts. | | | | | | | | | | |
| 3/10/2021 | 9:09 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.75 | $1,012.50 | Paralegal | | 0 | ☑ | ☐ | |
| | | Review email from defense counsel and refiled unopposed Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment. Continue preparation of Response to Defendant's undisputed facts. | | | | | | | | | | |
| 3/15/2021 | 4:23 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.5 | $75.00 | Paralegal | | 0.5 | ☑ | ☐ | |
| | | continue preparation of Disputed Facts in opposition to MSJ | | | | | | | | | | |
| 3/22/2021 | 12:21 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8.95 | $1,342.50 | Paralegal | | 8.95 | ☑ | ☐ | |
| | | continue preparation of Plaintiff's Statement of Disputed Facts; review Defendant's exhibits. | | | | | | | | | | |
| 3/22/2021 | 4:53 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.5 | $1,125.00 | Paralegal | | 7.5 | ☑ | ☐ | |
| | | continue preparation of opp to MSJ.  tele conf w client re: events and instances of recent times and additional opposition facts for motion. pinpoint citations to record including Bullock and Lavalle transcripts. | | | | | | | | | | |
| 3/22/2021 | 7:26 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.3 | $45.00 | Paralegal | | 0.3 | ☑ | ☐ | |
| | | prepare draft Affidavit in Opposition for Kenite Webb regarding Chappa's allegations | | | | | | | | | | |
| 3/23/2021 | 6:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6 | $900.00 | Paralegal | | 6 | ☑ | ☐ | |
| | | Complete 1st draft of Webb Affidavit and send to client and lead counsel for reveiw and comment.  Continue preparation osf disputed facts. continue review of record. | | | | | | | | | | |
| 3/24/2021 | 9:04 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0 | $0.00 | Paralegal | | 0 | ☑ | ☐ | |
| | | Continue preparation of Memo of Law in Opposition to MSJ | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000080

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|------------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 3/25/2021 | 5:04 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.15 | $22.50 | Paralegal | | 0.15 | ☑ | ☐ | |
| | | review email from client; reply | | | | | | | | | | |
| 3/26/2021 | 3:13 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 5.66 | $849.00 | Paralegal | | 5.66 | ☑ | ☐ | |
| | | Fri in office. T/C Webb, continue stmt of facts. MOL, Affidavit in Opp.  Problems with accessing record/pinpoint citations. | | | | | | | | | | |
| 3/26/2021 | 10:26 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.05 | $7.50 | Paralegal | | 0.05 | ☑ | ☐ | |
| | | T/C with Webb regarding Affidavit. Continue preparation of Mem of Law in Opposition. | | | | | | | | | | |
| 3/29/2021 | 4:45 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.75 | $1,162.50 | Paralegal | | 7.75 | ☑ | ☐ | |
| | | emails w client, 2d MET for response to MSJ; draft content; obtain consent of adversary to application, draft email to adversary, continue preparation of MOL in Opp to MSJ | | | | | | | | | | |
| 3/31/2021 | 8:53 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.05 | $7.50 | Paralegal | | 0.05 | ☑ | ☐ | |
| | | continue preparation of opposition motion papers. Conduct legal research.  Pinpoint citations and record on motion. | | | | | | | | | | |
| 3/31/2021 | 5:52 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | Revisions to Statement of Facts, MOL, Citations to record, | | | | | | | | | | |
| 4/5/2021 | 4:02 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.65 | $1,147.50 | Paralegal | | 7.65 | ☑ | ☐ | |
| | | Webb,: continue opp to MSJ; draft email requesting 3rd Extension of time to respond to MSJ.  Prepare draft proposed Motion to Court for 3d extension of time.  Review Majka Affid., review Webb Affid, continue record compilation, continue preparation of opposition to def motion for summary judgment | | | | | | | | | | |
| 4/7/2021 | 1:07 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 1.75 | $262.50 | Paralegal | | 0.75 | ☑ | ☐ | |
| | | Webb motion; provide exhibit electronically 3.07 (c0; Jamie Hoy video; youTube; favoritism in grooming employees for advancement on subjective assessment: Browning Per. Eval; D's 26-33; supervisor suggests Field Training Officer; "very bright future"; prepare citations from document production to add to motion opp:  including categories in record to references to biracial child, black suspects book, sick time for wkrs comp, damages, insubordination, rice crash report, complaints of hostile work environment ignored, motel 6 incident, banana in trunk, summary of allegations in EEOC position stmt; smily face for Bill Long with bullet through the head; splash incident; rock jetty w n+word; adverse employment actions, Chappa issues, custom, policy and practice; bad blood w Bill Long, "n=gger", being arrested for being black: racial profiling at COV; SRO 62-13: 5-8; Compliance w EEOC; SRO Mattmuller deposition citations to include on issues including . 51-10; training; Hoy  Gregoire, going to sue us too? comment, Hostile Work Emvironment KW email to MM; COV gene pool, Smolenski; Matrix; Avery & Association; Mattmuller with EEOC; swoen statement not necessary to take complaint ; missing report; harassment SOR; Motel 6 burglary; comparitors; mgmt being final arbitors; black suspects book, appeal of Ord. 204; add PPR to stmt of facts; | | | | | | | | | | |
| 4/12/2021 | 3:05 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.75 | $112.50 | Paralegal | | 0.75 | ☑ | ☐ | |
| | | Webb,: review final filings, email from Marc Sugarman re font, etc. Tele w Judge's Clerk regarding issue with citations to Exhibits being thrown off due to the volume of exhibits.  Draft emails to JMM and Mark Sugerman.  Review filings. | | | | | | | | | | |
| 4/14/2021 | 9:07 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.6 | $90.00 | Paralegal | | 0.6 | ☑ | ☐ | |
| | | Review filed motin opposition papers | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000081

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 4/19/2021 | 5:10 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 4.7 | $705.00 | Paralegal | | 5.6 | ☑ | ☐ | |
| | | Index P's  Motion Exhibits in accordance with #'s filing on Docket in preparation for amended motion papers reflecting pinpoint citations. Decipher problem with citations in legal papers not matching filed documents' docket entry numbers. Emails to/from Lori Stelzer regarding last public record request, check status of payment request,  review COV time frame to respond to public record requests adn email JMM; confirm authority to proceed with project with JMM. | | | | | | | | | | | |
| 4/21/2021 | 4:04 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 4.22 | $633.00 | Paralegal | | 4.22 | ☑ | ☐ | |
| | | revise Motion for Summary Judgment Oppostion papers to correct citations to the record as filed due to ECF jumping docket entry numbers because of file size limitations throwing off the citations. | | | | | | | | | | | |
| 4/24/2021 | 10:06 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 4 | $600.00 | Paralegal | | 4 | ☑ | ☐ | |
| | | Continue amendment t MSJ opposition papers to include updated citations to the record as filed on ECF.  Amend Statement of disputed facts. | | | | | | | | | | | |
| 4/25/2021 | 8:24 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 4.2 | $630.00 | Paralegal | | 4.2 | ☑ | ☐ | |
| | | Continue preparation of citations to the record in Amended Stmt of facts and MOL in opp to MSJ. | | | | | | | | | | | |
| 4/26/2021 | 9:25 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 10.05 | $1,507.50 | Paralegal | | 0.05 | ☑ | ☐ | |
| | | Continue preparation of final drafts of Plaintiff's Opposition to Def. Motion for Summary Judgment. Review and add pinpoint citations using amended index. Revise Stmt of disputed facts. Hostile work envoronment Gregoire; motel 6 undue force; smiley fact bullett to head, criminal mischief; | | | | | | | | | | | |
| 4/28/2021 | 4:39 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.75 | $1,012.50 | Paralegal | | 6.75 | ☑ | ☐ | |
| | | Review final amended Oposition to defendant's amended motion for summary judgment and statement of disputed facts.  Review court docket sheet.  Organize files for Motions, Discovery; Notes; Depositions; Court Docket Entries;  draft "to do" list, discussion with JMM for upcoming tasks. | | | | | | | | | | | |
| 5/3/2021 | 11:05 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.15 | $22.50 | Paralegal | | 0.15 | ☑ | ☐ | |
| | | draft, review and mail Lisa Jannay ltr w certification and sase | | | | | | | | | | | |
| 5/5/2021 | 1:15 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 3.3 | $495.00 | Paralegal | | 3.3 | ☑ | ☐ | |
| | | T/C with Webb regarding THI reports: not being given time to prepare his required reports but Short was given time today to work on his THI reports by Chappa. Short was reassigned to Webb's squad.  Chappa denied KW request because of staffing issues but Short is pulled from working the road to do his reports.  THI came out in Feb and Webb hasn't finished his reqports.  also asked for Advanced THI training .  Denied 2 times. Also, Chappa reworked the wording on his time sheets.  Draft email to MM Chappa and legal counsel, send to JMM. Discussion w JMM; emails JMM/KW | | | | | | | | | | | |
| 5/19/2021 | 9:59 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.3 | $45.00 | Paralegal | | 0.3 | ☑ | ☐ | |
| | | Tele call with Kenite re status.  Prepare email with Plaintiff's  motion opposition and Defendant's further support. | | | | | | | | | | | |
| 5/19/2021 | 4:21 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 1.27 | $190.50 | Paralegal | | 1.27 | ☑ | ☐ | |
| | | E-Mail client with initial opposition papers and amended opposition to defendant's motion for summary judgment. Tele w client w comments/ explanations;   review docket for trial date, and pretrial hearing. email Jax. | | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000082

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/19/2021 | 4:59 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.75 | $112.50 | Paralegal | | 0.75 | ☑ | ☐ | |
| | | Local Rule 3.06: draft tasks for Pretrial Conf.  Email Jaq. check July Trial term; calculate due date for joint pretrial stmt. draft email to adversary w dates for compliance with pretrial tasks. review local rules for requirements for parties' joint pretrial statement. | | | | | | | | | | |
| 5/24/2021 | 1:02 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 3.8 | $570.00 | Paralegal | | 3.8 | ☑ | ☐ | |
| | | Review Defendant's Draft Pretrial Joint Statement.  Draft Plaintiff's version of Joint Pretrial Statement.  Review samples.  Review Local Rule requirements.  Review discovery items, review motion for summary judgment. email Jacqulyn | | | | | | | | | | |
| 5/26/2021 | 11:54 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 5.1 | $765.00 | Paralegal | | 5.1 | ☑ | ☐ | |
| | | Review COV 119 production from 5-24-21 and compile notes/summary.  Prepare draft summary of anticipated testimony for trial witnesses for JPT Stmt and make chart of witnesses, issues and documents for trial prep. | | | | | | | | | | |
| 6/2/2021 | 9:31 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.4 | $960.00 | Paralegal | | 0.1 | ☑ | ☐ | |
| | | Review emails w defense counsel re Joint Pretrial Statement; review defendant's draft ; review adjournment of Pretrial conference from 6-9-21 to 7-21-21; trial reset for 7-26-21 term; calendar dates; email client with updates; continue witnesses and exhibits; provide plaintiff's comments to defendant's draft, email Jacq. | | | | | | | | | | |
| 6/7/2021 | 9:48 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 1.75 | $262.50 | Paralegal | | 1.75 | ☑ | ☐ | |
| | | draft Request for Judicial Notice of USA v Venice (Williamson) with attachments; review Fed R Evid 201; review new medical records from Webb's April 2021 Sarasota Memorial Hospital records; | | | | | | | | | | |
| 6/7/2021 | 2:32 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.1 | $15.00 | Paralegal | | 0.1 | ☑ | ☐ | |
| | | Review hospital records from Sarasota Memorial regarding infected heart device and admission April 1-6, 2021; scan, bates stamp | | | | | | | | | | |
| 6/7/2021 | 2:37 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.6 | $90.00 | Paralegal | | 0.6 | ☑ | ☐ | |
| | | Review of Medical Records Request - 10913.docx. | | | | | | | | | | |
| 6/9/2021 | 11:49 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.35 | $52.50 | Paralegal | | 0.35 | ☑ | ☐ | |
| | | draft email  to Karen Downs re Dr. McAllister on KW; authorization provided; foward email sent earlier to Dr. re: trial; | | | | | | | | | | |
| 6/9/2021 | 9:12 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 5.2 | $780.00 | Paralegal | | 5.2 | ☑ | ☐ | |
| | | Follow up email to JMM on response to confirm status of latest public records request from Lori Stelzer. Review medical records; emails to Dr. McAllister; tele w office manager Karen; compose email to Karen. review discovery for medical records exchanged. V/M Lisa Jennay; draft Plaintiff's Second Supplemental Response to defendant's first request for production of documents; review Sarasota memorial Hospital records; organize and label files | | | | | | | | | | |
| 6/16/2021 | 1:40 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.2 | $30.00 | Paralegal | | 0.2 | ☑ | ☐ | |
| | | review eservice email with new trial dates in KW v COV. | | | | | | | | | | |
| 6/21/2021 | 10:41 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.15 | $22.50 | Paralegal | | 0.15 | ☑ | ☐ | |
| | | email KW re: Lisa Jannay and expenses.  preapproval for quick tele conf. requested | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000083

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|------------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 6/21/2021 | 10:45 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.09 | $13.50 | Paralegal | | 0.09 | ☑ | ☐ | |
| | | Email client re Lisa Lannay expenses for conference re trial and treatment | | | | | | | | | | |
| 6/21/2021 | 11:33 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.3 | $45.00 | Paralegal | | 0.3 | ☑ | ☐ | |
| | | t/c KW; re COV training video buffering; Hooters claim brought by black female terminated on basis of haristyle being blond; audience reaction is laughter and making light of discriminaiton; client characterizes segment as inappropriate and laughable; s/w Chappa about audio problems, who confirmed it was by all viewers, email to JMM w summary | | | | | | | | | | |
| 7/12/2021 | 2:28 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.09 | $13.50 | Paralegal | | 0.09 | ☑ | ☐ | |
| | | email KW re training video info 2021 | | | | | | | | | | |
| 7/14/2021 | 3:31 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.25 | $37.50 | Paralegal | | 0.25 | ☑ | ☐ | |
| | | Email to KW re training segment; | | | | | | | | | | |
| 7/19/2021 | 9:27 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.5 | $75.00 | Paralegal | | 0.5 | ☑ | ☐ | |
| | | watch training segment by COV for 2021 training on emp. discrim.  review JMM email to Louis Whitsett re harassment training segment taught by Mark Levitt | | | | | | | | | | |
| 7/21/2021 | 1:44 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 1.7 | $255.00 | Paralegal | | 1.7 | ☑ | ☐ | |
| | | email to JMM; memo on  ethical issues against COV for poorly performing training segment on employment discrimination; implications for violation of settlement terms of Williamson; buffering, and content at issue.  Mark involvment is potentially vio of ethics; outside counsel and discrim counselor; advocate in KW case | | | | | | | | | | |
| 7/26/2021 | 3:47 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 1.85 | $277.50 | Paralegal | | 1.85 | ☑ | ☐ | |
| | | Continue draft email to Mark Levitt regarding ethical considerations involving dual representation of insurer and insured; witness advocate rule, etc.  Review ethics rules, | | | | | | | | | | |
| 8/23/2021 | 11:18 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.45 | $67.50 | Paralegal | | 0.25 | ☑ | ☐ | |
| | | Client exposed to COVID 19 during response to Marchman Act call on 8/21/21; report on condition, what was done.  COV Return to Work plan, Phase 6 from Aug. 17, 2021; discuss w JMM | | | | | | | | | | |
| 9/9/2021 | 2:16 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.05 | $7.50 | Paralegal | | 0.05 | ☑ | ☐ | |
| | | email re conference  scheduling | | | | | | | | | | |
| 9/20/2021 | 9:03 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.15 | $22.50 | Paralegal | | 0.15 | ☑ | ☐ | |
| | | review email JMM 11th Cir prior notice that conduct is unconstitutional Hope v Pelzer; 2002 | | | | | | | | | | |
| 9/22/2021 | 5:07 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.63 | $994.50 | Paralegal | | 6.63 | ☑ | ☐ | |
| | | send email w JS start of trial witness list in Webb w adddresses ; review prior list from JMM 9-2-21; review email from JMM re: Bullock note on Gregoire's promotion to Sgt." top candidate by a clear margin" Def.6334; JS email re joint pretrial statement; get started on JPTS, review, drafting | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000084

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/29/2021 | 4:05 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.75 | $112.50 | Paralegal | | 0.75 | ☑ | ☐ | |
| | | review draft joint jury instructions and verdict form; and voir dire from defendants; review HH subpoenaes; . | | | | | | | | | | |
| 9/29/2021 | 5:13 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 2.22 | $333.00 | Paralegal | | 2.22 | ☑ | ☐ | |
| | | emails by and between P and D re: final joint pretrial statement; justification for Plaintiff's modifications; request for admissions as basis for inserts; D's proposed changes 1-9 5:09 pm.; prepare preliminary outline of Motion In Limine and send to JMM. | | | | | | | | | | |
| 9/29/2021 | 5:59 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.37 | $1,105.50 | Paralegal | | 7.37 | ☑ | ☐ | |
| | | work on Webb's Motion in Limine; zoom w KW; Faith Brown re Bill Long; Kruger ; SR 2021-006; reports KW wrote for others no a problem but if his name is on it, they aren't good enough;joint pretrial statement; legal research on federal rule for hybrid treating physician/expert witness and requirments for trial : not Daubert witness requiring formal report and prior testimony and disclosure as expert under FRCivPRo. | | | | | | | | | | |
| 10/4/2021 | 4:02 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 3.2 | $480.00 | Paralegal | | 3.2 | ☑ | ☐ | |
| | | Review and prepare revisions to draft joint verdict form with comments; review case law for elements of proof for claims; send email to JMM w draft | | | | | | | | | | |
| 10/4/2021 | 4:51 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 4.66 | $699.00 | Paralegal | | 4.66 | ☑ | ☐ | |
| | | prepare second draft updated/revised joint jury instructions; review previous version; conduct legal research on components of remaining charges after SJ. notations include citations and reason for modifications; email to JMM for review and comment | | | | | | | | | | |
| 10/6/2021 | 5:45 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.59 | $1,138.50 | Paralegal | | 7.59 | ☑ | ☐ | |
| | | Prepare update and additions to Plaintiff's trial exhibits: locate missing exhibits from HH draft; add to file of trial exhibits; cross reference location in files; review P and D's document production and record for exhibits; review non- documentary evidence files ( body cam footage; audio recordsing in File 11) | | | | | | | | | | |
| 10/11/2021 | 4:35 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.55 | $1,132.50 | Paralegal | | 7.55 | ☑ | ☐ | |
| | | Trial Preparation. draft Plaintiff's Pretrial Memo of Law outline; Jury Trial instructions: review model instructions and defendant's draft; comparison and revisions, and notes from witness and exhibit lists. prepare drafter's notes on proposed revisions; conduct legal research on hostile work environment | | | | | | | | | | |
| 10/11/2021 | 4:17 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.82 | $1,023.00 | Paralegal | | 6.82 | ☑ | ☐ | |
| | | Review email from JMM; review Court's decision and draft pretrial memorandum of law on issues of Defendant's Liability for Hostile Work Environment; vicarious liability, direct liability, facts to support allegations, issue of Webb availing himself of anti-harassment policies and appliable complaint procedures; | | | | | | | | | | |
| 10/13/2021 | 10:44 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.5 | $975.00 | Paralegal | | 6.5 | ☑ | ☐ | |
| | | Revisions to Plaintiff's Exhibit list and drafting comments for atty review; review defendants' witness list, proposed jury instructions, voir dire, review submissions, conf. KEM, JMM, | | | | | | | | | | |
| 10/18/2021 | 10:41 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 1.9 | $285.00 | Paralegal | | 1.9 | ☑ | ☐ | |
| | | Review final amended witness and exhibit lists. Review Affidavit of service of trial subpoena on Jamie Hoy. review case emails and update time records | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000085

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/2021 | 3:39 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.05 | $1,057.50 | Paralegal | | 7.05 | ☑ | ☐ | |
| | | Locate missing exhibits for final trial exhibit books; compile witness list with contact information and update TrialWorks entries for witnesses; discussion w JMM; HH; review videos in Binder 11; | | | | | | | | | | |
| 11/3/2021 | 9:32 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.2 | $30.00 | Paralegal | | 0.2 | ☑ | ☐ | |
| | | Tele call w/ KW re accusation that KW won't be there long after trial.  + Courtney Zach new hire (1 yr ago) complaing about VPD and atmosphere, and told KW about people talking behind his back about him not  . Thorpe, hands Leisenring paper while KW speaking with him and is interrupting, KW says "I guess your conversation is more important. " | | | | | | | | | | |
| 11/15/2021 | 12:24 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.05 | $7.50 | Paralegal | | 0.05 | ☑ | ☐ | |
| | | Review of subpoena duces tecum for trial - 1626 - 1626.docx.  Gregoire | | | | | | | | | | |
| 11/15/2021 | 5:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.25 | $37.50 | Paralegal | | 0.25 | ☑ | ☐ | |
| | | email Owen Youngblood, JMM re Smolenski non-served subpoena.  Update subpoena and email to Sox for service. | | | | | | | | | | |
| 11/17/2021 | 4:14 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.8 | $1,020.00 | Paralegal | | 6.8 | ☑ | ☐ | |
| | | Organize/prepare for trial.  Breakdown tasks to do.  review court decision for what's in and what's out; and organize accordingly.  outlines. | | | | | | | | | | |
| 11/22/2021 | 2:10 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.15 | $22.50 | Paralegal | | 0.15 | ☑ | ☐ | |
| | | Email witness list: draft w addresses to JMM. | | | | | | | | | | |
| 11/22/2021 | 10:48 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.3 | $945.00 | Paralegal | | 6.3 | ☑ | ☐ | |
| | | Discussion with KM. HH.  T/C Amy Vicente re schedule.   Review of Client - court date time - 11481.docx.  draft updated trial schedule letter to witnesses.  continue trial outline for witnesses. Discussion with KEM. | | | | | | | | | | |
| 11/22/2021 | 12:47 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.15 | $22.50 | Fee/paralegal | | 0.15 | ☑ | ☐ | |
| | | E-Mail Amy Vicente w update trial date ltr and court minutes | | | | | | | | | | |
| 11/22/2021 | 1:34 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.15 | $22.50 | Paralegal | | 0.15 | ☑ | ☐ | |
| | | E-Mail Smolenski | | | | | | | | | | |
| 11/22/2021 | 1:52 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.45 | $67.50 | Paralegal | | 0.05 | ☑ | ☐ | |
| | | E-Mail from 7-23-21; review issue of training video for 2021 being buffered during play in VPD; complaint to Chappa, officers laughing at example of black Hooters lady beinf fired for blond dyed hair as example of race discrimination; Levitt appearing in video; discussion w/ JMM; chapp reports she was not hampered in comprehension of content and her email to complainers. Offer to have people come and watch video again. | | | | | | | | | | |
| 11/24/2021 | 10:18 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.05 | $7.50 | Paralegal | | 0.05 | ☑ | ☐ | |
| | | continue preparation of trial witness examination outlines | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000086

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/29/2021 | 9:47 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.65 | $97.50 | Paralegal | | 0.65 | ☑ | ☐ | |
| | | T/C w/ client re case status.  discussion with JMM. | | | | | | | | | | |
| 12/6/2021 | 12:54 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 4.1 | $615.00 | Paralegal | | 4.1 | ☑ | ☐ | |
| | | Compare exhibit lists and identify duplictous exhibits listed by both parties.  Edit Plaintiff's exhibit list in conformity with Judge's order to pare down exhibits.  Cross reference lists to show duplications by cross referencing each party's corresponding exhibit.  Prepare draft mark up of Defendant's and Plaintiff's exhibit lists showing duplications of exhibits, discussion w JMM, KEM.  Email to JMM and KEM | | | | | | | | | | |
| 12/20/2021 | 1:20 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.4 | $60.00 | Paralegal | | 0.4 | ☑ | ☐ | |
| | | Draft motion for KW to bring cell phone to court; review Defendant' s Motion | | | | | | | | | | |
| 1/3/2022 | 8:58 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.15 | $22.50 | Paralegal | | 0.15 | ☑ | ☐ | |
| | | Review of Client - court date time - 11479.docx.  Check correspondence to subpoenaed witnesses confirming January trial date. | | | | | | | | | | |
| 1/5/2022 | 6:05 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8.1 | $1,215.00 | Paralegal | | 8.1 | ☑ | ☐ | |
| | | Review of MLF Letterhead - 11630.docx.  continue correspondence to trial witnesses advising of new court date for trial; email to COV witnesses w new court date;  draft subpoenas for additional witnesses Jack Chappa, Creasy, Long, Leinsering.  email Marc and Mark re business record certification for McAllister and Jennay.  Tele conf. 4:00 with Defense counsel. Revise witness list.  Additional supboenas for Morales and Browning, email to process server. | | | | | | | | | | |
| 1/10/2022 | 9:59 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.55 | $1,132.50 | Paralegal | | 7.55 | ☑ | ☐ | |
| | | E-Mail / tele w McAllister office; prepare fax,  review file.  prepare trial witnesss summary with records. review 2d Am. Exhibit list. | | | | | | | | | | |
| 1/12/2022 | 10:49 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 3.5 | $525.00 | Paralegal | | 3.5 | ☑ | ☐ | |
| | | meet with KEM and JMM for preparation to attend in person final pre trial conference in Tampa. Review timelines, pleadings, RFA ,  ROGS and deposition desginations with KEM. | | | | | | | | | | |
| 1/17/2022 | 5:57 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 8 | $1,200.00 | Paralegal | | 8 | ☑ | ☐ | |
| | | Review recorded conversations w jamie Hoy + Jessica chappa.  REview discovery materials and sort by witness for trial.  create and populate folders and cross reference exhibits. | | | | | | | | | | |
| 1/19/2022 | 5:35 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 5.6 | $840.00 | Paralegal | | 5.6 | ☑ | ☐ | |
| | | Continue trial preparation including trial witness' direct examination outlines and trial exhibits; summaries of points needed to establish elements of claim; | | | | | | | | | | |
| 1/24/2022 | 11:15 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.15 | $22.50 | Paralegal | | 0.05 | ☑ | ☐ | |
| | | discussion with JMM ; email McAllister business records with certification to Marc and Mark, | | | | | | | | | | |
| 1/26/2022 | 9:58 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.1 | $15.00 | Paralegal | | 0.1 | ☑ | ☐ | |
| | | Review emails regarding scheduling and trial tasks.  Prepare correspondence for trial witnesses for new court date., draft supplemental response to request to produce with photos. | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000087

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 1/26/2022 | 10:33 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.15 | $22.50 | Paralegal | | 0.15 | ☑ | ☐ | |
| | | E-Mail to JMM and KEM with summaries for todays trial prep | | | | | | | | | | |
| 1/26/2022 | 10:56 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 9.65 | $1,447.50 | Paralegal | | 9.65 | ☑ | ☐ | |
| | | E-Mail Vicente, and city employees; snail mail Jannay as trial witnesses with new trial date and instructions.  emails; prepare Plaintiff's third supplemental response to request for production; revise trial exhibit list; continue trial preparation | | | | | | | | | | |
| 1/28/2022 | 9:58 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.5 | $1,125.00 | Fee/paralegal | | 7.5 | ☑ | ☐ | |
| | | assist with exhbit book preparation | | | | | | | | | | |
| 1/31/2022 | 9:06 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 6.75 | $1,012.50 | Paralegal | | 6.75 | ☑ | ☐ | |
| | | review email from KEM; review Ct's PTO 1-28-21; prepare Webb's Rule 1006 Fed. R. Ev summary of Personnel File.  Revise draft final witness list; revise draft final exhibit list; review status of trial books.  Conf w KEM re witnesses.  Tele Witness Vicente | | | | | | | | | | |
| 2/2/2022 | 10:28 AM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.25 | $37.50 | Paralegal | | 0.25 | ☑ | ☐ | |
| | | possible list of events to include in subsequent EEOC filing. | | | | | | | | | | |
| 2/2/2022 | 1:05 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 7.42 | $1,113.00 | Paralegal | | 7.42 | ☑ | ☐ | |
| | | Trial preparation. REview transcript designations for Mattmuller, Lavallee and Bullock and comment regarding scope.  summary for JMM.   Review motion to strike plaintiff's designations.  client discussion. witness summaries; trial exhibits; | | | | | | | | | | |
| 2/16/2022 | 4:50 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.5 | $75.00 | Paralegal | | 0.15 | ☑ | ☐ | |
| | | draft and file w/ COV  Public Record Request for correspondence and communications including but not limited to legal fees for COV in Webb v COV. discuss w JMM; review prior PRRs for format; | | | | | | | | | | |
| 2/16/2022 | 5:33 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.05 | $7.50 | Paralegal | | 0.05 | ☑ | ☐ | |
| | | Review of Public Records Request - Chapter 119 - 11754.docx. | | | | | | | | | | |
| 2/16/2022 | 5:47 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.05 | $7.50 | Paralegal | | 0.05 | ☑ | ☐ | |
| | | email re PRR for legal fees in Webb actions w COV | | | | | | | | | | |
| 2/21/2022 | 5:04 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 0.89 | $133.50 | Paralegal | | 0.89 | ☑ | ☐ | |
| | | Research process for entry of Judgment: who prepares it?  how do legal fees get taxed to loosing party; check court docket for entry of judgment, court forms for Judgment and Bill of Costs; discussion with JMM and KEM; email staff ; tele Sonya Chambers left V/M. | | | | | | | | | | |
| 2/23/2022 | 4:29 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 2.5 | $375.00 | Paralegal | | 2.5 | ☑ | ☐ | |
| | | Re: costs and fees, tele w MD clerk; review KEM notes; create time sheet for motion for fees; review file notes and update JS time records; | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000088

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 2/28/2022 | 4:05 PM | Webb, Kenite vs. EEOC - VPD 19 | Jacky Skubik | $150.00 | 3.69 | $553.50 | Paralegal | | 3.69 | ☑ | ☐ | |
| | | review time records for costs + fees application for Title VII in emails; trialworks; file notes; time records ; discussion JMM; discussion KEM; | | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Total Hours Worked:** | 831.79 | **Total Billable Hours:** | 805.84 | **Total Billable Amount:** | $120,476.00 |

Exhibits to Plaintiff's First Amended Bill of Costs   000089

Mack Law Firm Chartered

2022 Placida Road
Englewood, FL  34224-5204

## Invoice

| DATE | INVOICE N... |
|------|------|
| 7/14/2020 | 2018/12581 |

### BILL TO

Kenite Webb
5465 Creeping Hammock Drive
Sarasota, FL  34231

| TERMS | PROJECT |
|------|------|
| Due on receipt | Federal Case |

| DATE | ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|------|------|------|------|------|
| 7/14/2020 | Costs | Youngblood Process Service - service of process on the Sarasota County Tax Collector. | | 92.00 | 92.00 |
| 7/14/2020 | Costs | postage | | 0.50 | 0.50 |

17710

**MACK LAW FIRM, CHARTERED**

OPERATING ACCOUNT

Youngblood Process Service

ORY# - 760 - Webb

7/14/2020

92.00

92.00

Bank of America/4/2/2   ORY# - 760 - Webb

$92.50   ✓

Exhibits to Plaintiff's First Amended Bill of Costs  000090

Youngblood Process Service
P.O. Box 51-1312
Punta Gorda, FL 33951-1312
Phone: (941) 505-0600
Fax: (863) 494-2501
37-1572539

### INVOICE

Invoice #ORY-2020000760
7/14/2020



Kerry Mack
Mack Law Firm
2022 Placida Road
Englewood, FL 34224

**Case Number: Sarasota IA 2020-001**

**IN RE:  OFFICER KENITE WEBB,**

Received: 7/10/2020    Served: 7/13/2020 8:30 am  AUTHORIZED
To be served on: SHERI SILVIO AS MANAGER OF SARASOTA COUNTY TAX COLLECTOR'S OFFICE

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Process Server's fee charged to Youngblood Process | 1.00 | 35.00 | 35.00 |
| Fee to arrange Out of Area Service | 1.00 | 50.00 | 50.00 |
| Advanced Witness fee | 1.00 | 7.00 | 7.00 |
| TOTAL CHARGED: | | | $92.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$92.00** |

Please include our invoice # on your check  Payment expected within 30 days to avoid late fees.
NOTE OUR NEW ADDRESS...   P.O. BOX 51-1312,  PUNTA GORDA, FL 33951-1312

Exhibits to Plaintiff's First Amended Bill of Costs  000091

Page 1

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox v8.1c

## RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of Sarasota** | **City Of Venice Administrative Reviews Court** |

Case Number: IA 2020-001   Court Date: 7/16/2020  9:30 am

**IN RE:  OFFICER KENITE WEBB,**

For:
Kerry Mack
Mack Law Firm
2022 Placida Road
Englewood, FL 34224

Received by Youngblood Process Service on the 10th day of July, 2020 at 8:01 am to be served on **SHERI SILVIO AS MANAGER OF SARASOTA COUNTY TAX COLLECTOR'S OFFICE, 101 S. WASHINGTON BLVD, SARASOTA, FL 34236**.

I, Tim Fowler, do hereby affirm that on the **13th day of July, 2020** at **8:30 am, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUBPOENA DUCES TECUM; WITNESS FEE CHECK IN THE AMOUNT OF $7.00** with the date and hour of service endorsed thereon by me, to: **JULIE LILBURN as DEPUTY CLERK** at the address of: **SARASOTA TAX COLLECTOR'S OFFICE, 101 S. WASHINGTON BLVD, SARASOTA, FL 34236**, who stated they are authorized to accept service for **SHERI SILVIO**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true.  NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

**Tim Fowler**
034

**Youngblood Process Service**
**P.O. Box 51-1312**
**Punta Gorda, FL 33951-1312**
**(941) 505-0600**

Our Job Serial Number: ORY-2020000760

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

Exhibits to Plaintiff's First Amended Bill of Costs  000092

# CITY OF VENICE
## ADMINISTRATIVE REVIEWS

IN RE: OFFICER KENITE WEBB,                                    IA 2020-001

_____/

## SUBPOENA DUCES TECUM

**THE STATE OF FLORIDA:**

**TO:**   Sheri Silvio, as Manager of
          Sarasota County Tax Collector's Office
          101 S. Washington Blvd.
          Sarasota, FL 34236

**YOU ARE COMMANDED to appear at Venice City Hall, Community Hall, Room 114, 401 West Venice Ave., Venice, FL 34285 on July 16, 2020, beginning at 9:30 a.m.*** for a Formal Evidentiary Hearing in this action. If you fail to appear, you may be in contempt. You are required to bring with you and produce the following:

1. All records[1] evidencing the status of the driving privileges of Christopher M. Sanford, DOB 10/12/1967, FL driver's license # S516113673720, on March 2, 2020.

2. Records, including all audit logs[2], evidencing Temporary Driving Permits issued to Christopher M. Sanford, DOB 10/12/1967, FL driver's license # S516113673720, and valid on March 2, 2020.

3. All records, including security videos, of any meetings between Sheri Silvio and any City of Venice employee concerning the driving privileges of Christopher M. Sanford, DOB 10/12/1967, FL driver's license # S516113673720.

---

[1] The word "records" as used herein is defined as all documents, papers, letters, maps, books, tapes, photographs, films, sound recordings, data processing software, or other material, regardless of the physical form, characteristics, or means of transmission, made or received pursuant to law or ordinance or in connection with the transaction of official business by Sarasota County Tax Collector.

[2] Audit log is defined as an electronic or physical record of any changes made to a changeable database and the identity of the person or system that initiated the change reflected in the audit log.

Exhibits to Plaintiff's First Amended Bill of Costs  000093

You are subpoenaed to appear by the following attorney, *Jacqulyn Mack-Majka, Counsel for Officer Kenite Webb, Mack Law Firm Chartered, 2022 Placida Road, Englewood FL 34224-5204, (941)475-7966 (T); (941) 475-0729 (F); eservice1@macklawfirm.org* and unless excused from this subpoena by this attorney or the Hearing Officer who signed this Subpoena, you shall respond to this subpoena as directed herein.

Any minor subpoenaed for testimony shall have the right to be accompanied by a parent or guardian at all times during the taking of testimony notwithstanding the invocation of the rule of sequestration of section 90.616, Florida Statutes, except upon a showing that the presence of a parent or guardian is likely to have a material, negative impact on the credibility or accuracy of the minor's testimony, or that the interests of the parent or guardian are in actual or potential conflict with the interests of the minor.

If you are a person with a disability who needs any accommodation in order to participate in this deposition, you are entitled at no cost to you, to the provision of certain assistance. *Please contact Mack Law Firm Chartered, 2022 Placida Road, Englewood FL 34224-5204, (941)475-7966 (T); (941) 475-0729 (F); eservice1@macklawfirm.org* at least 24 hours before the scheduled hearing, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

Albert C. Galloway, Jr.
*Hearing Officer*
Albert C. Galloway, Jr., P.A.
202 East Stuart Avenue
PO Box 3339
Lake Wales, Florida 33859-3339
Phone: 863/679-5333
Fax: 863/679-5332
chuck@acgpa.net

Exhibits to Plaintiff's First Amended Bill of Costs   000094

## RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of Sarasota** | **City Of Venice Administrative Reviews Court** |

Case Number: IA 2020-001   Court Date: 7/16/2020  9:30 am

**IN RE:  OFFICER KENITE WEBB,**

For:
Kerry Mack
Mack Law Firm
2022 Placida Road
Englewood, FL 34224

Received by Youngblood Process Service on the 10th day of July, 2020 at 8:01 am to be served on **SHERI SILVIO AS MANAGER OF SARASOTA COUNTY TAX COLLECTOR'S OFFICE, 101 S. WASHINGTON BLVD, SARASOTA, FL 34236.**

I, Tim Fowler, do hereby affirm that on the **13th day of July, 2020** at **8:30 am, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUBPOENA DUCES TECUM; WITNESS FEE CHECK IN THE AMOUNT OF $7.00** with the date and hour of service endorsed thereon by me, to: **JULIE LILBURN** as **DEPUTY CLERK** at the address of: **SARASOTA TAX COLLECTOR'S OFFICE, 101 S. WASHINGTON BLVD, SARASOTA, FL 34236**, who stated they are authorized to accept service for **SHERI SILVIO**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true.  NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

**Tim Fowler**
034

**Youngblood Process Service**
**P.O. Box 51-1312**
**Punta Gorda, FL 33951-1312**
**(941) 505-0600**

Our Job Serial Number: ORY-2020000760

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

Exhibits to Plaintiff's First Amended Bill of Costs   000095

Mack Law Firm Chartered

2022 Placida Road
Englewood, FL  34224-5204

| | **Invoice** |
|---|---|
| DATE | INVOICE N... |
| 7/14/2020 | 2018/12581 |

| BILL TO |
|---|
| Kenite Webb<br>5465 Creeping Hammock Drive<br>Sarasota, FL  34231 |

| TERMS | PROJECT |
|---|---|
| Due on receipt | Federal Case |

| DATE | ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 7/14/2020 | Costs | Youngblood Process Service - service of process on the Sarasota County Tax Collector. | | 92.00 | 92.00 |
| 7/14/2020 | Costs | postage | | 0.50 | 0.50 |

17710

MACK LAW FIRM, CHARTERED

Youngblood Process Service

OPERATING ACCOUNT

ORY# - 760 - Webb

7/14/2020

92.00

92.00

Bank of America/4/2/2   ORY# - 760 - Webb

---

$92.50

Exhibits to Plaintiff's First Amended Bill of Costs  000096

Youngblood Process Service
P.O. Box 51-1312
Punta Gorda, FL 33951-1312
Phone: (941) 505-0600
Fax: (863) 494-2501
37-1572539

# INVOICE

Invoice #ORY-2020000760
7/14/2020



Kerry Mack
Mack Law Firm
2022 Placida Road
Englewood, FL 34224

**Case Number: Sarasota IA 2020-001**

**IN RE: OFFICER KENITE WEBB,**

Received: 7/10/2020   Served: 7/13/2020 8:30 am  AUTHORIZED
To be served on: SHERI SILVIO AS MANAGER OF SARASOTA COUNTY TAX COLLECTOR'S OFFICE

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Process Server's fee charged to Youngblood Process | 1.00 | 35.00 | 35.00 |
| Fee to arrange Out of Area Service | 1.00 | 50.00 | 50.00 |
| Advanced Witness fee | 1.00 | 7.00 | 7.00 |
| TOTAL CHARGED: | | | $92.00 |

**BALANCE DUE:** $92.00

Please include our invoice # on your check  Payment expected within 30 days to avoid late fees.
NOTE OUR NEW ADDRESS...   P.O. BOX 51-1312,  PUNTA GORDA, FL 33951-1312

Exhibits to Plaintiff's First Amended Bill of Costs  000971

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

## RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of Sarasota** | **City Of Venice Administrative Reviews Court** |

Case Number: IA 2020-001   Court Date: 7/16/2020  9:30 am

**IN RE:  OFFICER KENITE WEBB,**

For:
Kerry Mack
Mack Law Firm
2022 Placida Road
Englewood, FL 34224

Received by Youngblood Process Service on the 10th day of July, 2020 at 8:01 am to be served on **SHERI SILVIO AS MANAGER OF SARASOTA COUNTY TAX COLLECTOR'S OFFICE, 101 S. WASHINGTON BLVD, SARASOTA, FL 34236**.

I, Tim Fowler, do hereby affirm that on the **13th day of July, 2020** at **8:30 am,** I:

served an **AUTHORIZED** entity by delivering a true copy of the **SUBPOENA DUCES TECUM; WITNESS FEE CHECK IN THE AMOUNT OF $7.00** with the date and hour of service endorsed thereon by me, to: **JULIE LILBURN** as **DEPUTY CLERK** at the address of: **SARASOTA TAX COLLECTOR'S OFFICE, 101 S. WASHINGTON BLVD, SARASOTA, FL 34236**, who stated they are authorized to accept service for **SHERI SILVIO**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true.  NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

**Tim Fowler**
034

**Youngblood Process Service**
**P.O. Box 51-1312**
**Punta Gorda, FL 33951-1312**
**(941) 505-0600**

Our Job Serial Number: ORY-2020000760

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t

# CITY OF VENICE
## ADMINISTRATIVE REVIEWS

IN RE: OFFICER KENITE WEBB,                                    IA 2020-001

_____/

## SUBPOENA DUCES TECUM

**THE STATE OF FLORIDA:**

**TO:**   Sheri Silvio, as Manager of
         Sarasota County Tax Collector's Office
         101 S. Washington Blvd.
         Sarasota, FL  34236

**YOU ARE COMMANDED to appear at Venice City Hall, Community Hall, Room 114, 401 West Venice Ave., Venice, FL  34285 on July 16, 2020, beginning at 9:30 a.m.*** for a Formal Evidentiary Hearing in this action.  If you fail to appear, you may be in contempt.  You are required to bring with you and produce the following:

1. All records[1] evidencing the status of the driving privileges of Christopher M. Sanford, DOB 10/12/1967, FL driver's license # S516113673720, on March 2, 2020.

2. Records, including all audit logs[2], evidencing Temporary Driving Permits issued to Christopher M. Sanford, DOB 10/12/1967, FL driver's license # S516113673720, and valid on March 2, 2020.

3. All records, including security videos, of any meetings between Sheri Silvio and any City of Venice employee concerning the driving privileges of Christopher M. Sanford, DOB 10/12/1967, FL driver's license # S516113673720.

---

[1] The word "records" as used herein is defined as all documents, papers, letters, maps, books, tapes, photographs, films, sound recordings, data processing software, or other material, regardless of the physical form, characteristics, or means of transmission, made or received pursuant to law or ordinance or in connection with the transaction of official business by Sarasota County Tax Collector.

[2] Audit log is defined as an electronic or physical record of any changes made to a changeable database and the identity of the person or system that initiated the change reflected in the audit log.

Exhibits to Plaintiff's First Amended Bill of Costs  000099

You are subpoenaed to appear by the following attorney, *Jacqulyn Mack-Majka, Counsel for Officer Kenite Webb, Mack Law Firm Chartered, 2022 Placida Road, Englewood FL 34224-5204, (941)475-7966 (T); (941) 475-0729 (F); eservice1@macklawfirm.org* and unless excused from this subpoena by this attorney or the Hearing Officer who signed this Subpoena, you shall respond to this subpoena as directed herein.

Any minor subpoenaed for testimony shall have the right to be accompanied by a parent or guardian at all times during the taking of testimony notwithstanding the invocation of the rule of sequestration of section 90.616, Florida Statutes, except upon a showing that the presence of a parent or guardian is likely to have a material, negative impact on the credibility or accuracy of the minor's testimony, or that the interests of the parent or guardian are in actual or potential conflict with the interests of the minor.

If you are a person with a disability who needs any accommodation in order to participate in this deposition, you are entitled at no cost to you, to the provision of certain assistance. *Please contact Mack Law Firm Chartered, 2022 Placida Road, Englewood FL 34224-5204, (941)475-7966 (T); (941) 475-0729 (F); eservice1@macklawfirm.org* at least 24 hours before the scheduled hearing, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

Albert C. Galloway, Jr.
*Hearing Officer*
Albert C. Galloway, Jr., P.A.
202 East Stuart Avenue
PO Box 3339
Lake Wales, Florida 33859-3339
Phone: 863/679-5333
Fax: 863/679-5332
chuck@acgpa.net

Exhibits to Plaintiff's First Amended Bill of Costs   000100

## RETURN OF SERVICE

**State of Florida**                    **County of Sarasota**                **City Of Venice Administrative Reviews Court**

Case Number: IA 2020-001   Court Date: 7/16/2020  9:30 am

**IN RE:  OFFICER KENITE WEBB,**

For:
Kerry Mack
Mack Law Firm
2022 Placida Road
Englewood, FL 34224

Received by Youngblood Process Service on the 10th day of July, 2020 at 8:01 am to be served on **SHERI SILVIO AS MANAGER OF SARASOTA COUNTY TAX COLLECTOR'S OFFICE, 101 S. WASHINGTON BLVD, SARASOTA, FL 34236**.

I, Tim Fowler, do hereby affirm that on the **13th day of July, 2020** at **8:30 am, I:**

served an **AUTHORIZED** entity by delivering a true copy of the **SUBPOENA DUCES TECUM; WITNESS FEE CHECK IN THE AMOUNT OF $7.00** with the date and hour of service endorsed thereon by me, to: **JULIE LILBURN** as **DEPUTY CLERK** at the address of: **SARASOTA TAX COLLECTOR'S OFFICE, 101 S. WASHINGTON BLVD, SARASOTA, FL 34236**, who stated they are authorized to accept service for **SHERI SILVIO**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true.  NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

_____
**Tim Fowler**
034

**Youngblood Process Service**
**P.O. Box 51-1312**
**Punta Gorda, FL 33951-1312**
**(941) 505-0600**

Our Job Serial Number: ORY-2020000760

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1c

Exhibits to Plaintiff's First Amended Bill of Costs   000101

Mack Law Firm Chartered

2022 Placida Road
Englewood, FL  34224-5204

# Invoice

| DATE | INVOICE N... |
|------|--------------|
| 7/13/2020 | 2018/12578 |

**BILL TO**

Kenite Webb
5465 Creeping Hammock Drive
Sarasota, FL  34231

| TERMS | PROJECT |
|-------|---------|
| Due on receipt | VPD IA Inve... |

| DATE | ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|------|-------------|-----|------|--------|
| 7/13/2020 | Costs | Vause's Process Service-Service of Process on Records Custodian - FLHSMV Bureau of Motorist Compliance Medical Review Board Section. | | 115.59 | 115.59 |
| 7/13/2020 | Costs | postage | | 0.50 | 0.50 |

**MACK LAW FIRM, CHARTERED**      **OPERATING ACCOUNT**      17707

Vause's Process Service

#VPS-2020006074 - Webb      7/13/2020

115.59

Bank of America/4/2/2   #VPS-2020006074 - Webb      115.59

| Please remit to above address. | Total | $116.09 |
|-------------------------------|-------|---------|

Exhibits to Plaintiff's First Amended Bill of Costs  000102

## Vause's Process Service
*Serving Florida's Litigation Support Needs Since 1994*

**INVOICE**

Invoice #VPS-2020006074
7/13/2020

**Send Payments To:**
**Vause's Process Service**
P.O. Box 1777
Tallahassee, FL 32302-1777
Phone: (850) 656-2605
Fax: (850) 222-2412
Tax ID 83-3525649

Kerry Mack
Mack Law Firm Chartered
2202  Placida Road
Englewood, FL 34224

**Case Number: CITY OF VENICE IA 2020-001**

**IN RE: Officer Kenite Webb**

Received: 7/10/2020   Served: 7/10/2020 11:20 am  GOV-GOVERNMENT AGENCY
To be served on: Records Custodian FLHSMV Bureau of Motorist Compliance Medical Review Board Section

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Rush Service Fee | 1.00 | 65.00 | 65.00 |
| COPY/PRINT | 1.00 | 0.15 | 0.15 |
| Fee To Advance | 1.00 | 5.00 | 5.00 |
| Advance Witness Fee | 1.00 | 45.44 | 45.44 |
| TOTAL CHARGED: | | | $115.59 |

| BALANCE DUE: | | | $115.59 |

EMAIL: office@vpservice.com

PLEASE ENCLOSE A COPY OF THIS INVOICE WITH YOUR PAYMENT. PAYMENT IS DUE WITHIN 30 DAYS OF THE ORIGINAL INVOICE
DATE.

WE ACCEPT ALL MAJOR CREDIT CARDS.
ANY DISPUTES WITH THE BILL MUST BE RECTIFIED WITHIN 30 DAYS OF THE ORIGINAL INVOICE DATE

***********REMEMBER UNLESS YOU HAVE A SPECIAL ARRANGEMENT OR AGREEMENT SETUP, WE ARE PROVIDING THE ORIGINAL
AFFIDAVIT BACK TO YOUR OFFICE FOR YOU TO REVIEW, THEN YOUR OFFICE NEEDS TO SUBMIT THE DOCUMENTS TO THE COURTS
DIRECTLY AFTER YOUR REVIEW***********

ANY ADVANCE FEE REFUNDS MUST BE REQUESTED AND YOUR OFFICE MUST PROVIDE BACK THE ORIGINAL ADVANCED CHECK,
DESTROYING THE CHECK WILL NOT SUFFICE

Page 1 / 1

Exhibits to Plaintiffs First Amended Bill of Costs  000103

# *Mail Report for : Webb, Kenite - VPD IA Invertigation '18*

| | |
|---|---|
| *From:* | Heather Hooper |
| *Sent:* | Monday, July 13, 2020 |
| *TO:* | 'lstelzer@venicegov.com'; 'chuck@acgpa.net' |
| *CC:* | Kerry Mack; Jacqulyn Mack |
| *BCC:* | |
| *Subject:* | RE: Regarding: Webb, Kenite - Hearing on 7/16/20 |
| *Attachments:* | |
| *Link:* | \\SERVER1\TrialWorks\CaseFiles\2653\E-Mails\RE Regarding Webb, Kenite - Hearing on 71620 - 59452.msg |

Dear Ms. Slelzer & Hearing Officer Chuck,

Please review the attached confirmation of service on Records Custodian FLHSMV Bureau of Motorist Compliance in Tallahassee and confirm receipt.

If you have any questions, please contact our office.

Thank you,


Heather F. Hooper

MACK LAW FIRM CHARTERED
Paralegal to Kerry E. Mack, Esq.

Jacqulyn Mack-Majka, Esq.

2022 Placida Road

Englewood, FL  34224

(941)475-7966

(941)208-5205 – direct line

(941)475-0729 – fax

heather@macklawfirm.org <mailto:heather@macklawfirm.org>

Exhibits to Plaintiff's First Amended Bill of Costs   000104

LEAVE A GREEN IMPRESSION

Please consider the environment before printing this e-mail

Pursuant to Fla. R. Jud. Admin. 2.516, this firm's designated primary email address for receiving service of court documents is Eservice1@macklawfirm.org <mailto:Eservice1@macklawfirm.org> or eservice2@macklawfirm.org <mailto:eservice2@macklawfirm.org> . When serving court documents via email to this firm, if possible, please do not send a separate copy by fax or U.S. mail.

From: Heather Hooper
Sent: Friday, July 10, 2020 2:32 PM
To: 'lstelzer@venicegov.com' <lstelzer@venicegov.com>; 'chuck@acgpa.net' <chuck@acgpa.net>
Cc: Kerry Mack <Kerry@macklawfirm.org>; Jacqulyn Mack <Jacqulyn@macklawfirm.org>
Subject: Regarding: Webb, Kenite - Hearing on 7/16/20
Importance: High

Dear Ms. Stelzer & Hearing Officer Chuck,

Please review the attached confirmation of service on Lt. Andrew Leisenring and confirm receipt.

Be advised that we have also perfected service on the Records Custodian FLHSMV Bureau of Motorist Compliance in Tallahassee also, but we will not have possession of that return of service until Monday.

If you have any questions, please contact our office.

Thank you,

Heather F. Hooper

MACK LAW FIRM CHARTERED
Paralegal to Kerry E. Mack, Esq.

Jacqulyn Mack-Majka, Esq.

2022 Placida Road

Englewood, FL 34224

(941)475-7966

(941)208-5205 – direct line

Exhibits to Plaintiff's First Amended Bill of Costs  000105

(941)475-0729 – fax

heather@macklawfirm.org <mailto:heather@macklawfirm.org>

LEAVE A GREEN IMPRESSION

Please consider the environment before printing this e-mail

Pursuant to Fla. R. Jud. Admin. 2.516, this firm's designated primary email address for receiving service of court documents is Eservice1@macklawfirm.org <mailto:Eservice1@macklawfirm.org>  or eservice2@macklawfirm.org <mailto:eservice2@macklawfirm.org> . When serving court documents via email to this firm, if possible, please do not send a separate copy by fax or U.S. mail.

Exhibits to Plaintiff's First Amended Bill of Costs   000106

## VERIFIED RETURN OF SERVICE

State of Florida                    County of CITY OF VENICE              ADMIN REVIEWS Court

Case Number: IA 2020-001   Court Date: 7/16/2020  9:30 am

IN RE: Officer Kenite Webb

For:
Kerry Mack
Mack Law Firm Chartered
2202 Placida Road
Englewood, FL 34224

Received by Vause's Process Service on the 10th day of July, 2020 at 9:40 am to be served on **Records Custodian FLHSMV Bureau of Motorist Compliance Medical Review Board Section, 2900 Apalachee Parkway, Tallahassee, FL 32399.**

I, J. Lee Vause, Jr., do hereby affirm that on the **10th day of July, 2020 at 11:20 am, I:**

Served the listed **government agency**, by delivering a true copy of the **Subpoena Duces Tecum** with the server's identification number, initials, date, and hour of service endorsed thereon by me on the copy served to: **Magnus Hines as Chief Counsel** at the address of **2900 Apalachee Parkway, Tallahassee, FL 32399 for Records Custodian FLHSMV Bureau of Motorist Compliance Medical Review Board Section**, who is authorized to accept on behalf of the agency; and informed said person of the contents therein, in compliance with State Statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of 18, of sound mind and neither a party to or interested in the above suit. Notary not required pursuant to F.S. 92.525

J. Lee Vause, Jr.
I.D. #81 2nd Circuit

**Vause's Process Service**
P.O. Box 1777
Tallahassee, FL 32302-1777
**(850) 656-2605**

Our Job Serial Number: VPS-2020006074

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g

Exhibits to Plaintiff's First Amended Bill of Costs  000107

## VERIFIED RETURN OF SERVICE

State of Florida                    County of CITY OF VENICE                    ADMIN REVIEWS Court

Case Number: IA 2020-001   Court Date: 7/16/2020  9:30 am

**IN RE: Officer Kenite Webb**

For:
Kerry Mack
Mack Law Firm Chartered
2202 Placida Road
Englewood, FL 34224

Received by Vause's Process Service on the 10th day of July, 2020 at 9:40 am to be served on **Records Custodian FLHSMV Bureau of Motorist Compliance Medical Review Board Section, 2900 Apalachee Parkway, Tallahassee, FL 32399.**

I, J. Lee Vause, Jr., do hereby affirm that on the **10th day of July, 2020 at 11:20 am, I:**

Served the listed **government agency**, by delivering a true copy of the **Subpoena Duces Tecum** with the server's  identification number, initials, date, and hour of service endorsed thereon by me on the copy served to: **Magnus Hines as Chief Counsel** at the address of **2900 Apalachee Parkway, Tallahassee, FL 32399** for **Records Custodian FLHSMV Bureau of Motorist Compliance Medical Review Board Section,** who is authorized to accept on behalf of the agency; and informed said person of the contents therein, in compliance with State Statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I am over the age of 18, of sound mind and neither a party to or interested in the above suit. Notary not required pursuant to F.S. 92.525

J. Lee Vause, Jr.
I.D. #81 2nd Circuit

**Vause's Process Service**
**P.O. Box 1777**
**Tallahassee, FL 32302-1777**
**(850) 656-2605**

Our Job Serial Number: VPS-2020006074

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1g

Exhibits to Plaintiff's First Amended Bill of Costs  000108

Mack Law Firm Chartered

2022 Placida Road
Englewood, FL  34224-5204

**Invoice**

| DATE | INVOICE N... |
|------|------|
| 7/10/2020 | 2018/12575 |

| BILL TO |
|---------|
| Kenite Webb<br>5465 Creeping Hammock Drive<br>Sarasota, FL  34231 |

| TERMS | PROJECT |
|-------|---------|
| Due on receipt | Federal Case |

| DATE | ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|------|-------------|-----|------|--------|
| 7/10/2020 | Costs | Youngblood Process Service - service of process on Lt. Andrew Leisenring. | | 50.00 | 50.00 |
| 7/10/2020 | Costs | postage | | 0.50 | 0.50 |

**MACK LAW FIRM, CHARTERED**       OPERATING ACCOUNT       **17705**

Youngblood Process Service

ORY# - 759 - Webb          7/10/2020          50.00

Bank of America/4/2/2  ORY# - 759 - Webb                    50.00

Youngblood Process Service
P.O. Box 51-1312
Punta Gorda, FL 33951-1312
Phone: (941) 505-0600
Fax: (863) 494-2501
37-1572539

**INVOICE**

Invoice #ORY-2020000759
7/10/2020



Kerry Mack
Mack Law Firm
2022 Placida Road
Englewood, FL 34224

**Case Number: Sarasota IA 2020-001**

**IN RE:  OFFICER KENITE WEBB,**

Received: 7/10/2020   Served: 7/10/2020 11:08 am  INDIVIDUAL/PERSONAL
To be served on: LT. ANDREW LEISENRING

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Service Fee in Venice | 1.00 | 50.00 | 50.00 |
| TOTAL CHARGED: | | | $50.00 |

**BALANCE DUE:**                                                                    $50.00

Please include our invoice # on your check  Payment expected within 30 days to avoid late fees.
NOTE OUR NEW ADDRESS...  P.O. BOX 51-1312,  PUNTA GORDA, FL 33951-1312

5/4/15
- 011

John
Drown — Code
enforcement officer

Exhibits to Plaintiff's First Amended Bill of Costs  000111

## RETURN OF SERVICE

**State of Florida**              **County of Sarasota**              **City Of Venice Administrative Reviews Court**

Case Number: IA 2020-001   Court Date: 7/16/2020  9:30 am

**IN RE:  OFFICER KENITE WEBB,**

For:
Kerry Mack
Mack Law Firm
2022 Placida Road
Englewood, FL 34224

Received by Youngblood Process Service on the 10th day of July, 2020 at 8:01 am to be served on **LT. ANDREW LEISENRING, VENICE POLICE DEPARTMENT, 1350 RIDGEWOOD AVENUE, VENICE, FL 34292.**

I, Owen R. Youngblood, do hereby affirm that on the **10th day of July, 2020** at **11:08 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUBPOENA DUCES TECUM; WITNESS FEE CHECK IN THE AMOUNT OF $6.00** with the date and hour of service endorsed thereon by me, to: **LT. ANDREW LEISENRING** at the address of: **VENICE POLICE DEPARTMENT, 1350 RIDGEWOOD AVENUE, VENICE, FL 34292,** and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
At the time of personal service on Lt. Leisenring,  He declined to accept the Witness Fee Check that was attached to the Subpoena.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true.  NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

_____
**Owen R. Youngblood**
12th Judicial Circuit #391

**Youngblood Process Service**
**P.O. Box 51-1312**
**Punta Gorda, FL 33951-1312**
**(941) 505-0600**

Our Job Serial Number: ORY-2020000759

Copyright © 1992-2020 Database Services Inc. - Process Server's Toolbox V8.1t

Exhibits to Plaintiff's First Amended Bill of Costs  000112

## Youngblood Process Service

**Priority:  STANDARD**

**Field Sheet #2020000759**

Received: 7/10/2020 at 8:01 am
Court Date: 7/16/2020   Filed:

**SERVE:**
**Work:** LT. ANDREW LEISENRING, VENICE POLICE DEPARTMENT, 1350 RIDGEWOOD
AVENUE, VENICE, FL 34292

SPECIAL INSTRUCTIONS:
**Attempts**                         Server:  Owen R. Youngblood
    Date        Time        Comments
1. _____/_____  _____  _____
2. _____/_____  _____  _____
3. _____/_____  _____  _____
4. _____/_____  _____  _____
5. _____/_____  _____  _____
6. _____/_____  _____  _____
7. _____/_____  _____  _____
8. _____/_____  _____  _____

**Actual Service Info**
_7-10_ _11:08_ Type: _____       Married?_____    Miles_____
Served on:_____  As:_____     Hours_____
Address:_____           Additional Addr: 1 2 3
Comments:_____ _Refuse WC_____                  Courier_____
_____               Out of Pocket Costs
_____                      _____  _____
_____                      _____  _____
_____

Age____  Sex  M  F   Race_____  Height_____  Weight_____  Hair_____  Glasses  Y  N

Case Number:  IA 2020-001   Sarasota   City Of Venice Administrative Reviews
IN RE:  OFFICER KENITE WEBB,

Type of Writ: **SUBPOENA DUCES TECUM; WITNESS FEE CHECK IN THE AMOUNT OF $6.00**

Client:  Kerry Mack
Firm:    Mack Law Firm
Phone:   (941) 475-7966      Fax: (941) 475-0729
Client Reference Number:

I acknowledge receipt of the documents listed above and confirm
that the within-named party is / is not in active military service.

_____
Signature of Recipient

Exhibits to Plaintiff's First Amended Bill of Costs  000113

Mack Law Firm Chartered

2022 Placida Road
Englewood, FL  34224-5204

| | **Invoice** |
|---|---|
| **DATE** | **INVOICE N...** |
| 12/17/2019 | 2018/12354 |

**BILL TO**

Kenite Webb
5465 Creeping Hammock Drive
Sarasota, FL  34231

| | **TERMS** | **PROJECT** |
|---|---|---|
| | Due on receipt | Federal Case |

| DATE | ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 12/11/2019 | Costs | Filing Fee | | 400.00 | 400.00 |
| 12/19/2019 | Costs | Youngblood Process Service - service of process two defendant's | 2 | 56.75 | 113.50 |
| 12/19/2019 | Costs | postage | | 0.50 | 0.50 |

**2148**

MACK LAW FIRM CHARTERED

Youngblood Process Service          Webb - ORY's 1455 & 1454          12/19/2019          56.75
                                                                                         56.75

113.50

Client Trust Account     Webb - ORY's 1455 & 1454

| Please remit to above address. | Total | $514.00 |
|---|---|---|

Exhibits to Plaintiff's First Amended Bill of Costs  000114

Youngblood Process Service
P.O. Box 51-1312
Punta Gorda, FL 33951-1312
Phone: (941) 505-0600
Fax: (863) 494-2501
37-1572539

**INVOICE**

Invoice #ORY-2019001455
12/18/2019



Jacqulyn Mack
The Mack Law Firm
2022 Placida Road
Englewood, FL 34224-5204

**Case Number: Sarasota 8:19-CV-3045-T-60TGW**

Plaintiff:
**KENITE WEBB**

Defendant:
**CITY OF VENICE, a Florida Muncipality, CITY OF VENICE POLICE DEPARTMENT**

Received: 12/16/2019   Served: 12/18/2019 10:30 am  INDIVIDUAL/PERSONAL
To be served on: VENICE POLICE DEPARTMENT C/O THOMAS MATTMULLER AS CHIEF OF POLICE

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Additional mileage required | 15.00 | 0.45 | 6.75 |
| Service Fee in Venice | 1.00 | 50.00 | 50.00 |
| TOTAL CHARGED: | | | $56.75 |

| | |
|---|---|
| **BALANCE DUE:** | **$56.75** |

Youngblood Process Service
P.O. Box 51-1312
Punta Gorda, FL 33951-1312
Phone: (941) 505-0600
Fax: (863) 494-2501
37-1572539

**INVOICE**

Invoice #ORY-2019001454
12/18/2019



Jacqulyn Mack
The Mack Law Firm
2022 Placida Road
Englewood, FL 34224-5204

**Case Number: Sarasota 8:19-CV-3045-T-60TGW**

Plaintiff:
**KENITE WEBB**

Defendant:
**CITY OF VENICE, a Florida Muncipality, CITY OF VENICE POLICE DEPARTMENT**

Received: 12/16/2019   Served: 12/18/2019 10:10 am  GOVERNMENT AGENCY
To be served on: CITY OF VENICE, A FLORIDA MUNICIPALITY C/O ALAN BULLOCK AS CITY MANAGER

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Additional mileage required | 15.00 | 0.45 | 6.75 |
| Service Fee in Venice | 1.00 | 50.00 | 50.00 |
| TOTAL CHARGED: | | | $56.75 |

| | | | |
|---|---|---|---|
| **BALANCE DUE:** | | | **$56.75** |

Mack Law Firm Chartered

2022 Placida Road
Englewood, FL  34224-5204

| | **Invoice** |
| --- | --- |
| DATE | INVOICE N... |
| 10/25/2021 | 2018/13126 |

**BILL TO**

Kenite Webb
5465 Creeping Hammock Drive
Sarasota, FL  34231

| TERMS | PROJECT |
| --- | --- |
| Due on receipt | Federal Case |

| DATE | ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 10/25/2021 | Costs | Sarasota Process Servers, Inc. - service of process on Amy Vicente. | | 83.00 | 83.00 |
| 10/25/2021 | Costs | postage | | 0.53 | 0.53 |

**MACK LAW FIRM, CHARTERED**                    OPERATING ACCOUNT                    **17531**

Sarasota Process Servers, Inc.

#6510 - Webb (Amy Vicente)                 10/25/2021

83.00

Bank of America 2021   #6510 - Webb (Amy Vicente)

83.00

| Please remit to above address. | Total | $83.53 |
| --- | --- | --- |

Exhibits to Plaintiff's First Amended Bill of Costs  000117

Sarasota Process Servers, Inc.
P.O. Box 18778
Sarasota, FL 34276
Phone: (941) 346-7900
FeIn #59-2422819

**INVOICE**

Invoice #SPS-2021006510
10/22/2021

JACQULYN MACK-MAJKA
MACK LAW FIRM CHARTERED
2022 PLACIDA ROAD
ENGLEWOOD, FL 34224

**Case Number: MIDDLE 8:19-CV-3045-T-60TGW**

Plaintiff:
**KENITE WEBB**

Defendant:
**CITY OF VENICE**

Received: 10/14/2021   Served: 10/21/2021 10:30 am  .INDIVIDUAL/PERSONAL
To be served on: AMY VICENTE

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Local) | 1.00 | 40.00 | 40.00 |
| Fee for Advancing Check | 1.00 | 3.00 | 3.00 |
| Witness Fee Advanced | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $83.00 |
| BALANCE DUE: | | | $83.00 |

**RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
MIDDLE District of Florida

Case Number: 8:19-CV-3045-T-60TGW

Plaintiff:
**KENITE WEBB**

vs.

Defendant:
**CITY OF VENICE**

For:
JACQULYN MACK-MAJKA
MACK LAW FIRM CHARTERED
2022 PLACIDA ROAD
ENGLEWOOD, FL 34224

Received by Sarasota Process Servers, Inc. on the 14th day of October, 2021 at 4:33 pm to be served on **AMY VICENTE, 3165 DATURA ROAD, VENICE, FL 34293.**

I, Jason Stolberg, do hereby affirm that on the **21st day of October, 2021 at 10:30 am, I:**

INDIVIDUALLY/PERSONALLY served by delivering a true copy of the **SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION AND $40 WITNESS FEE CHECK** with the date and hour of service endorsed thereon by me, to: **AMY VICENTE** at the address of: **3165 DATURA ROAD, VENICE, FL 34293**, and informed said person of the contents therein, in compliance with state statutes.

I am over the age of 18 and have no interest in the above action. I am certified in good standing in the judicial circuit in which the process was served.  No notary required pursuant to FS92.525.2 and under penalty of perjury, I declare that the facts set forth are true and correct.

Jason Stolberg
#6009

**Sarasota Process Servers, Inc.**
P.O. Box 18778
Sarasota, FL 34276
(941) 346-7900

Our Job Serial Number: SPS-2021006510

Exhibits to Plaintiff's First Amended Bill of Costs   000119

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

Served Date 10/01 Time 10:30 hr

Server ____ JSL

I.D. # ____ 6059

| KENITE WEBB | ) |
| *Plaintiff* | ) |
| v. | ) |
| CITY OF VENICE | ) |
| *Defendant* | ) |

Civil Action No.   8:19-cv-3045-T-60TGW

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Amy Vicente, 3165 Datura Road, Venice, FL 34293

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: The Honorable Thomas P. Barber, Judge, U.S. District Judge,Tampa Court House, 801 North Florida Ave., Courtroom 14-A, Tampa, FL 33602 | Courtroom No.: Courtroom 14-A |
| | Date and Time: 11/29/2021 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: ___10/11/2021___

*CLERK OF COURT*                                         OR

_____                         _____
*Signature of Clerk or Deputy Clerk*                         *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* ___Kenite Webb,___ ___Plaintiff___ , who issues or requests this subpoena, are:

Jacqulyn Mack-Majka, Esq., Mack Law Firm Chartered, 2022 Placida Road, Englewood, FL  34224 (941)475-7966

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Exhibits to Plaintiff's First Amended Bill of Costs  000120

**Invoice**

Mack Law Firm Chartered
2022 Placida Road
Englewood, FL  34224-5204

| DATE | INVOICE N... |
|------|------------|
| 2/2/2022 | 2018/13185 |

**BILL TO**

Kenite Webb
5465 Creeping Hammock Drive
Sarasota, FL  34231

| TERMS | PROJECT |
|-------|---------|
| Due on receipt | Federal Case |

| DATE | ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|------|-------------|-----|------|--------|
| 2/2/2022 | Costs | Youngblood Process Service - service of process on David Smolenski & Aleksandr Gregoire for Jury Trial. | | 180.00 | 180.00 |
| 2/2/2022 | Costs | postage | | 0.53 | 0.53 |

17589

MACK LAW FIRM, CHARTERED                    OPERATING ACCOUNT

Youngblood Process Service               Webb                    2/2/2022                    180.00

180.00

Bank of America 2021   Webb

| Thank you for your business. | Total | |
|------------------------------|-------|---|
| | | $180.53 |

Exhibits to Plaintiff's First Amended Bill of Costs  000121

Youngblood Process Service
3278 Vessels Road
Punta Gorda, FL 33980
Phone: (941) 505-0600
37-1572539

### STATEMENT

2/1/2022

Jacqulyn Mack-Majka
The Mack Law Firm
2022 Placida Road
Englewood, FL 34224-5204

Phone: (941) 475-7966

Statement covers Unpaid Invoices through 1/31/2022.

| Invoice | Client Job Number | Inv. Date | Person Served | Amount | Status |
|---------|-------------------|-----------|---------------|--------|--------|
| **2021001618** | | **11/17/2021** | **SMOLENSKI, DAVID** | **$90.00** | **PAST 60** |
| KENITE WEBB | | | | | |
| CITY OF VENICE, a Florida Muncipality, CITY OF VENICE POLICE DEPARTMENT | | | | | |
| Case: 8:19-CV-3045-T-60TGW   Middle District   Ref: | | | | | |
| Service Fee in Venice | 1.00 | 50.00 | $50.00 | | |
| Advanced Witness fee | 1.00 | 40.00 | $40.00 | | |
| **2021001619** | | **11/17/2021** | **GREGOIRE, ALEKSANDR** | **$90.00** | **PAST 60** |
| KENITE WEBB | | | | | |
| CITY OF VENICE, a Florida Muncipality, CITY OF VENICE POLICE DEPARTMENT | | | | | |
| Case: 8:19-CV-3045-T-60TGW   Middle District   Ref: | | | | | |
| Service Fee in Venice | 1.00 | 50.00 | $50.00 | | |
| Advanced Witness fee | 1.00 | 40.00 | $40.00 | | |

TOTAL CHARGES: $180.00
TOTAL PAYMENTS: $0.00

**TOTAL AMOUNT DUE:** **$180.00**

Current: $0.00   Past 30: $0.00   Past 60: $180.00   Past 90: $0.00   Past 120: $0.00

Mack Law Firm Chartered

2022 Placida Road
Englewood, FL  34224-5204

# Invoice

| DATE | INVOICE N... |
|------|--------------|
| 4/7/2021 | 2018/12887 |

**BILL TO**

Kenite Webb
5465 Creeping Hammock Drive
Sarasota, FL  34231

| TERMS | PROJECT |
|-------|---------|
| Due on receipt | Federal Case |

| DATE | ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|------|-------------|-----|------|--------|
| 4/7/2021 | Costs | Roberts Reporting - Reported deposition of Chief Tom Mattmuller on 11/3/20, and transcribed on 1/4/21 - balance owed. | | 405.00 | 405.00 |
| 4/7/2021 | Costs | Deposition of Alan Bullock as CR of the City of Venice, reported 1/19/21. | | 1,068.50 | 1,068.50 |

Thank you for your business.

| Total | $1,473.50 |
|-------|-----------|

Exhibits to Plaintiff's First Amended Bill of Costs  000123



**Roberts Reporting, Inc.**

www.robertsreporting.com

871 Venetia Bay Boulevard, Suite 202
Venice, Florida  34285
941-485-7267
amy@robertsreporting.com
scheduling@robertsreporting.com

| | |
|---|---|
| JACQULYN MACK-MAJKA, Esquire<br>Mack Law Firm Chartered<br>2022 Placida Road<br>Englewood, Florida  34224-5204<br>Eservice1@macklawfirm.org | Invoice #21026PC<br>In Re: Webb v. City of Venice<br>Case #8:19-cv-03045-TPB-TGW<br><br>Date of Invoice: 02/08/21 |

Deposition of **Alan Bullock as Corporate Representative of the City of Venice** reported January 19, 2021.

❖  ❖  ❖  ❖  ❖  ❖  ❖  ❖

| | |
|---|---|
| Appearance fee for 10:00 a.m. – 3:15 p.m. | $   440.00 |
| | |
| Transcript:    Original in PDF format, 105 pages total | 525.00 |
| Condensed transcript:  **NO CHARGE** | 0.00 |
| Keyword Index/Concordance:  **NO CHARGE** | 0.00 |
| 187 pages of exhibits scanned into PDF format and e-mailed | 93.50 |
| Postage to return original exhibits to Englewood | 10.00 |

**TOTAL:**   **$ 1068.50**

## Thank You For Your Business!

*Terms:  payment due upon receipt of invoice*
*All accounts over 30 days are subject to a 1.5% per month service charge.  This is an annual rate of 18%*

WE ACCEPT ALL MAJOR CREDIT CARDS

Exhibits to Plaintiffs First Amended Bill of Costs  000124



**MACK LAW FIRM, CHARTERED**

**OPERATING ACCOUNT**

17884

Robert's Reporting, Inc.

Webb #21026PC

4/5/2021

1,068.50

Bank of America 2021   Webb #21026PC

1,068.50



**Roberts Reporting, Inc.**

www.robertsreporting.com

871 Venetia Bay Boulevard, Suite 202
Venice, Florida  34285
941-485-7267
amy@robertsreporting.com
scheduling@robertsreporting.com

---

JACQULYN MACK-MAJKA, Esquire
Mack Law Firm Chartered
2022 Placida Road
Englewood, Florida  34224-5204
eservice1@macklawfirm.org

Invoice #21029AR
In Re:  Webb v. City of Venice
Case #8:19-cv-03045-TPB-TGW

Date of Invoice: 01/21/21

---

Deposition of **Chief Tom Mattmuller** reported November 3, 2020.   Requested transcribed Januarya 4, 2021.

❖  ❖  ❖  ❖  ❖  ❖  ❖  ❖

| | | |
|---|---|---:|
| Transcript: | Copy in .pdf format, 250 pages total | $  812.50 |
| | Condensed transcript:  **NO CHARGE** | 0.00 |
| | Keyword Index/Concordance:  **NO CHARGE** | 0.00 |
| 145 pages of exhibits scanned into PDF format and e-mailed | | 72.50 |
| | **SUBTOTAL:** | $  885.00 |
| Less amount previously paid for partial transcript | | -   480.00 |

**TOTAL:   $   405.00**

*Thank You For Your Business!*

*Terms:  payment due upon receipt of invoice*
*All accounts over 30 days are subject to a 1.5% per month service charge.  This is an annual rate of 18%*

❧ **WE ACCEPT ALL MAJOR CREDIT CARDS** ❧
Exhibits to Plaintiff's First Amended Bill of Costs  000126



**MACK LAW FIRM, CHARTERED**

**OPERATING ACCOUNT**

Robert's Reporting, Inc.

Webb #21029AR

4/5/2021    17885

405.00

Bank of America 2021   Webb #21029AR

405.00

# Invoice

Total Transcription
Lisa D. Wenger
7015 229th Street East
Bradenton, Florida 34211
941-704-5608

Kerry Mack, Esq.
Mack Law Firm Chartered
2022 Placida Road
Englewood, Florida 34224

| Date | Invoice# |
|------|----------|
| 3/26/21 | 4457 |

| | | TERMS |
|---|---|---|
| | | Due on Receipt |

| PAGES | DESCRIPTION | RATE | AMOUNT |
|-------|-------------|------|--------|
| 13 | Kenite Webb versus City of Venice, Case Number 8:19-cv-03045-TPB-TGW, 9-1-1 Call | 3.00 | 39.00 |

MACK LAW FIRM, CHARTERED

Total Transcription

OPERATING ACCOUNT

#4457-Webb

3/26/2021

17879

39.00

Bank of America 2021   #4457-Webb

39.00

All work is complete!  Thank you for your business!!

| TOTAL | $ 39.00 |
|-------|---------|
| Payments / Credits | $  0.00 |
| Balance Due | $ 39.00 |

Exhibits to Plaintiff's First Amended Bill of Costs  000128



**Roberts Reporting, Inc.**

www.robertsreporting.com

871 Venetia Bay Boulevard, Suite 202
Venice, Florida 34285
941-485-7267
amy@robertsreporting.com
scheduling@robertsreporting.com

| | |
|---|---|
| JACQULYN MACK-MAJKA, Esquire | Invoice #20270MK |
| Mack Law Firm Chartered | In Re: Webb v. City of Venice |
| 2022 Placida Road | Case #8:19-cv-03045-TPB-TGW |
| Englewood, Florida 34224-5204 | |
| Eservice1@macklawfirm.org | Date of Invoice: 11/16/20 |

Deposition of **Edward F. Lavallee** reported October 28, 2020.

❖  ❖  ❖  ❖  ❖  ❖  ❖  ❖

| | | |
|---|---|---|
| Appearance fee for 10:00 a.m. – 4:00 p.m. | $ | 480.00 |
| Transcript:   Original in PDF format, 168 pages total | | 840.00 |
| Keyword Index/Concordance: **NO CHARGE** | | 0.00 |
| 159 pages of exhibits scanned into PDF format and emailed | | 79.50 |

**TOTAL:   $1,399.50**

*Thank You For Your Business!*

*Terms:  payment due upon receipt of invoice*
*All accounts over 30 days are subject to a 1.5% per month service charge.  This is an annual rate of 18%*

Exhibits to Plaintiff's First Amended Bill of Costs  000129

↬  WE ACCEPT ALL MAJOR CREDIT CARDS  ↫

Mack Law Firm Chartered

2022 Placida Road
Englewood, FL  34224-5204

| | **Invoice** |
|---|---|
| DATE | INVOICE N... |
| 10/19/2021 | 2018/13115 |

| BILL TO |
|---|
| Kenite Webb<br>5465 Creeping Hammock Drive<br>Sarasota, FL  34231 |

| TERMS | PROJECT |
|---|---|
| Due on receipt | Federal Case |

| DATE | ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/19/2021 | Costs | Youngblood Process Service - service of process on Jessica Chappa and David Smolenski. | | 165.00 | 165.00 |
| 10/19/2021 | Costs | postage | | 0.53 | 0.53 |

| Thank you for your business. | Total | |
|---|---|---|
| | | $165.53 |

Exhibits to Plaintiff's First Amended Bill of Costs  000130

Youngblood Process Service                    **STATEMENT**                          10/19/2021
3278 Vessels Road
Punta Gorda, FL 33980
Phone: (941) 505-0600
37-1572539

Jacqulyn Mack
The Mack Law Firm
2022 Placida Road
Englewood, FL 34224-5204                                          Phone: (941) 475-7966

Statement covers all Invoices issued 1/1/2021 through 10/19/2021 only.

CASE: 8:19-CV-3045-T-60TGW  REFERENCE:

KENITE WEBB  vs  CITY OF VENICE, a Florida Muncipality, CITY OF VENICE POLICE DEPARTMENT

| Invoice | Inv. Date | Person Served | Amount | Status |
|---------|-----------|---------------|--------|--------|
| 2021001444 | 10/13/2021 | MATTMULLER, TOM | $115.00 | Paid |
| 2021001445 | 10/13/2021 | QUICK, KEITH | $115.00 | Paid |
| 2021001446 | 10/13/2021 | SMOLENSKI, DAVID | $50.00 | Current |
| 2021001447 | 10/13/2021 | LAVALLEE, EDWARD | $115.00 | Paid |
| 2021001448 | 10/13/2021 | BULLOCK, ALAN | $115.00 | Paid |
| 2021001449 | 10/18/2021 | HOY, JAMIE | $150.00 | Paid |
| 2021001457 | 10/14/2021 | CHAPPA, JESSICA | $115.00 | Current |

TOTAL AMOUNT DUE:                                                 $165.00

Current: $165.00   Past 30: $0.00   Past 60: $0.00   Past 90: $0.00   Past 120: $0.00

MACK LAW FIRM CHARTERED

Youngblood Process Service                                                    2199

                              WEbb                              10/19/2021

                                                                              165.00

Client Trust Account        Webb

                                                                              165.00

Exhibits to Plaintiff's First Amended Bill of Costs  000311

Youngblood Process Service
3278 Vessels Road
Punta Gorda, FL 33980
Phone: (941) 505-0600
37-1572539

**INVOICE**

Invoice #ORY-2021001457
10/18/2021

Original Date: 10/14/2021



Jacqulyn Mack
The Mack Law Firm
2022 Placida Road
Englewood, FL 34224-5204

**Case Number: Middle District 8:19-CV-3045-T-60TGW**

Plaintiff:
**KENITE WEBB**

Defendant:
**CITY OF VENICE, a Florida Muncipality, CITY OF VENICE POLICE DEPARTMENT**

Received: 10/13/2021   Served: 10/14/2021 11:33 am  INDIVIDUAL/PERSONAL - ALT. ADD
To be served on: JESSICA CHAPPA

ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Rush Fee | 1.00 | 25.00 | 25.00 |
| Service Fee in Venice | 1.00 | 50.00 | 50.00 |
| Advanced Witness fee | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $115.00 |
| | | | |
| **BALANCE DUE:** | | | **$115.00** |

Please include our invoice # on your check  Payment expected within 30 days to avoid late fees.
NOTE OUR NEW ADDRESS... 3278 VESSELS ROAD, PUNTA GORDA, FL 33980
Exhibits to Plaintiff's First Amended Bill of Costs  000132

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District District of Florida

Case Number: 8:19-CV-3045-T-60TGW

Plaintiff:
**KENITE WEBB**

vs.

Defendant:
**CITY OF VENICE, a Florida Muncipality, CITY OF VENICE POLICE DEPARTMENT**

For:
Jacqulyn Mack
The Mack Law Firm
2022 Placida Road
Englewood, FL 34224-5204

Received by Youngblood Process Service on the 13th day of October, 2021 at 4:11 pm to be served on **JESSICA CHAPPA, VENICE POLICE DEPARTMENT, 1575 E. VENICE AVENUE, VENICE, FL 34292.**

I, Owen R. Youngblood, do hereby affirm that on the **14th day of October, 2021** at **11:33 am**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION; WITNESS FEE CHECK IN THE AMOUNT OF $40** with the date and hour of service endorsed thereon by me, to: **JESSICA CHAPPA** at the alternate address of: **VENICE POLICE DEPARTMENT, 1575 E. VENICE AVENUE, VENICE, FL 34292**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.   Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true.  NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

Owen R. Youngblood
12th Judicial Circuit #391

**Youngblood Process Service**
**3278 Vessels Road**
**Punta Gorda, FL 33980**
**(941) 505-0600**

Our Job Serial Number: ORY-2021001457

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a

Exhibits to Plaintiff's First Amended Bill of Costs  000133

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| KENITE WEBB | ) |
| *Plaintiff* | ) |
| v. | ) |
| CITY OF VENICE | ) |
| *Defendant* | ) |

YOUNGBLOOD P.S.
Date __10-14-21__ Time __11:33 A__
Court I.D. ____157618____ 391
Owen R. Youngblood

Civil Action No.  8:19-cv-3045-T-60TGW

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:  Jessica Chappa, Venice Police Department, 1350 Ridgewood Ave., Venice, FL  34292

*(Name of person to whom this subpoena is directed)*

      **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | The Honorable Thomas P. Barber, Judge, U.S. District Judge,Tampa Court House, 801 North Florida Ave., Courtroom 14-A, Tampa, FL  33602 | Courtroom No.: Courtroom 14-A |
|---|---|---|
| | | Date and Time: 10/18/2021 9:00 am |

      You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:
      Please call Mack Law Firm Chartered upon receipt of this Summons at (941)475-7966, to obtain the exact time that your appearance will be required.

      The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   10/11/2021

          *CLERK OF COURT*

                            OR

_____        Jacqulyn Mack-Majka
    *Signature of Clerk or Deputy Clerk*             *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Kenite Webb,
_____ Plaintiff _____ , who issues or requests this subpoena, are:

Jacqulyn Mack-Majka, Esq., Mack Law Firm Chartered, 2022 Placida Road, Englewood, FL  34224 (941)475-7966

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Exhibits to Plaintiff's First Amended Bill of Costs   000134

AO 88  (Rev. 02/14)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

<table>
<tr><td></td><td>)</td><td rowspan="5">
YOUNGBLOOD P.S.<br>
Date  10-12-21  Time  11:10A<br>
Court I.D. ___ 157618  ~591<br>
Owen R. Youngblood
</td></tr>
<tr><td>KENITE WEBB<br><i>Plaintiff</i></td><td>)</td></tr>
<tr><td>v.</td><td>)</td></tr>
<tr><td>CITY OF VENICE<br><i>Defendant</i></td><td>)</td></tr>
</table>

Civil Action No.   8:19-cv-3045-T-60TGW

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:  Alan Bullock, Director of Human Resources, City of Venice, City Hall, 401 W. Venice Ave., Venice, FL  34285

*(Name of person to whom this subpoena is directed)*

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

<table>
<tr><td rowspan="2">Place:</td><td>The Honorable Thomas P. Barber, Judge, U.S. District Judge,Tampa Court House, 801 North Florida Ave., Courtroom 14-A, Tampa, FL  33602</td><td>Courtroom No.: Courtroom 14-A</td></tr>
<tr><td>Date and Time: 10/18/2021 9:00 am</td></tr>
</table>

   You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:
      Please call Mack Law Firm Chartered upon receipt of this Summons at (941)475-7966, to obtain the exact time that your appearance will be required.

   The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   10/11/2021

            *CLERK OF COURT*

                              OR

   _____            Jacqulyn Mack-Majka
   *Signature of Clerk or Deputy Clerk*            *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Kenite Webb,
_____ Plaintiff _____ , who issues or requests this subpoena, are:

Jacqulyn Mack-Majka, Esq., Mack Law Firm Chartered, 2022 Placida Road, Englewood, FL  34224 (941)475-7966

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Exhibits to Plaintiff's First Amended Bill of Costs   000135

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
Middle District District of Florida

Case Number: 8:19-CV-3045-T-60TGW

Plaintiff:
**KENITE WEBB**

vs.

Defendant:
**CITY OF VENICE, a Florida Muncipality, CITY OF VENICE POLICE DEPARTMENT**

For:
Jacqulyn Mack
The Mack Law Firm
2022 Placida Road
Englewood, FL 34224-5204

Received by Youngblood Process Service on the 12th day of October, 2021 at 8:46 am to be served on **ALAN BULLOCK, VENICE CITY HALL, 401 W. VENICE AVENUE, VENICE, FL 34285**.

I, Owen R. Youngblood, do hereby affirm that on the **12th day of October, 2021** at **11:10 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION; WITNESS FEE CHECK IN THE AMOUNT OF $40.** with the date and hour of service endorsed thereon by me, to: **ALAN BULLOCK** at the address of: **VENICE CITY HALL, 401 W. VENICE AVENUE, VENICE, FL 34285**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.   Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true.  NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

Owen R. Youngblood
12th Judicial Circuit #391

**Youngblood Process Service**
**3278 Vessels Road**
**Punta Gorda, FL 33980**
**(941) 505-0600**

Our Job Serial Number: ORY-2021001448

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2z

Exhibits to Plaintiff's First Amended Bill of Costs   000136

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
Middle District District of Florida

Case Number: 8:19-CV-3045-T-60TGW

Plaintiff:
**KENITE WEBB**

vs.

Defendant:
**CITY OF VENICE, a Florida Muncipality, CITY OF VENICE POLICE DEPARTMENT**

For:
Jacqulyn Mack
The Mack Law Firm
2022 Placida Road
Englewood, FL 34224-5204

Received by Youngblood Process Service on the 12th day of October, 2021 at 8:46 am to be served on **EDWARD LAVALLEE, VENICE CITY HALL, 401 W. VENICE AVENUE, VENICE, FL 34285**

I, Owen R. Youngblood, do hereby affirm that on the **12th day of October, 2021** at **2:35 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION; WITNESS FEE CHECK IN THE AMOUNT OF $40.** with the date and hour of service endorsed thereon by me, to: **EDWARD LAVALLEE** at the address of: **VENICE CITY HALL, 401 W. VENICE AVENUE, VENICE, FL 34285,** and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.   Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true.  NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

Owen R. Youngblood
12th Judicial Circuit #391

**Youngblood Process Service**
**3278 Vessels Road**
**Punta Gorda, FL 33980**
**(941) 505-0600**

Our Job Serial Number: ORY-2021001447

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2n

Exhibits to Plaintiff's First Amended Bill of Costs   000137

## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District District of Florida

Case Number: 8:19-CV-3045-T-60TGW

Plaintiff:
**KENITE WEBB**

vs.

Defendant:
**CITY OF VENICE, a Florida Muncipality, CITY OF VENICE POLICE DEPARTMENT**

For:
Jacqulyn Mack
The Mack Law Firm
2022 Placida Road
Englewood, FL 34224-5204

Received by Youngblood Process Service on the 12th day of October, 2021 at 8:46 am to be served on **SARGENT KEITH QUICK, VENICE POLICE DEPARTMENT, 1350 RIDGEWOOD AVENUE, VENICE, FL 34292**

I, Owen R. Youngblood, do hereby affirm that on the **12th day of October, 2021** at **1:40 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION; WITNESS FEE CHECK IN THE AMOUNT OF $40.** with the date and hour of service endorsed thereon by me, to: **SGT KEITH QUICK** at the alternate address of: **SARASOTA COUNTY LAW ENFORCEMENT GUN RANGE, 3445 RUSTIC ROAD, VENICE, FL**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.   Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true.  NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

Owen R. Youngblood
12th Judicial Circuit #391

**Youngblood Process Service**
**3278 Vessels Road**
**Punta Gorda, FL 33980**
**(941) 505-0600**

Our Job Serial Number: ORY-2021001445

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2e

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
Middle District District of Florida

Case Number: 8:19-CV-3045-T-60TGW

Plaintiff:
**KENITE WEBB**

vs.

Defendant:
**CITY OF VENICE, a Florida Muncipality, CITY OF VENICE POLICE DEPARTMENT**

For:
Jacqulyn Mack
The Mack Law Firm
2022 Placida Road
Englewood, FL 34224-5204

Received by Youngblood Process Service on the 12th day of October, 2021 at 8:46 am to be served on **CHIEF TOM MATTMULLER, VENICE POLICE DEPARTMENT, 1350 RIDGEWOOD AVENUE, VENICE, FL 34292**

I, Owen R. Youngblood, do hereby affirm that on the **12th day of October, 2021** at **1:12 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION; WITNESS FEE CHECK IN THE AMOUNT OF $40.** with the date and hour of service endorsed thereon by me, to: **CHIEF TOM MATTMULLER** at the address of: **VENICE POLICE DEPARTMENT, 1350 RIDGEWOOD AVENUE, VENICE, FL 34292**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.   Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true.  NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

Owen R. Youngblood
12th Judicial Circuit #391

**Youngblood Process Service**
**3278 Vessels Road**
**Punta Gorda, FL 33980**
**(941) 505-0600**

Our Job Serial Number: ORY-2021001444

Exhibits to Plaintiff's First Amended Bill of Costs   000139

**RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
Middle District District of Florida

Case Number: 8:19-CV-3045-T-60TGW

Plaintiff:
**KENITE WEBB**

vs.

Defendant:
**CITY OF VENICE, a Florida Muncipality, CITY OF VENICE POLICE DEPARTMENT**

ORY2021001449

For:
Jacqulyn Mack
The Mack Law Firm
2022 Placida Road
Englewood, FL 34224-5204

Received by Roy Middleton on the 12th day of October, 2021 at 10:25 am to be served on **JAMIE HOY, 2830 TELLURIDE LOOP, UNIT #311, SARASOTA, FL 34243.**

I, Roy Middleton, do hereby affirm that on the **14th day of October, 2021 at 6:50 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION; WITNESS FEE CHECK IN THE AMOUNT OF $40.** with the date and hour of service endorsed thereon by me, to: **JAMIE HOY** at the address of: **2830 TELLURIDE LOOP, UNIT #311, SARASOTA, FL 34243**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under Penalties of Perjury, I Declare I have Read the Foregoing Document and the Facts Stated in it are True. No Notary is Required Pursuant to Florida State Statute 92.525(2)

_____
**Roy Middleton**
5013

**Youngblood Process Servce**
**3278 VESSELS ROAD**
**PUNTA GORDA, FL 33980**
**(941) 505-0600**

Our Job Serial Number: ORY-2021001449

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b

Exhibits to Plaintiff's First Amended Bill of Costs   000140

Youngblood Process Service
3278 Vessels Road
Punta Gorda, FL 33980
Phone: (941) 505-0600
37-1572539

**INVOICE**

Invoice #ORY-2021001618
11/17/2021



Jacqulyn Mack-Majka
The Mack Law Firm
2022 Placida Road
Englewood, FL 34224-5204

**Case Number: Middle District 8:19-CV-3045-T-60TGW**

Plaintiff:
**KENITE WEBB**

Defendant:
**CITY OF VENICE, a Florida Muncipality, CITY OF VENICE POLICE DEPARTMENT**

Received: 11/16/2021   Served: 11/16/2021 1:16 pm  INDIVIDUAL/PERSONAL
To be served on: DAVID SMOLENSKI

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee in Venice | 1.00 | 50.00 | 50.00 |
| Advanced Witness fee | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $90.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$90.00** |

Please include our invoice # on your check  Payment expected within 30 days to avoid late fees.
NOTE OUR NEW ADDRESS... 3278 VESSELS ROAD,  PUNTA GORDA, FL 33980

Exhibits to Plaintiff's First Amended Bill of Costs   000141

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a

## RETURN OF SERVICE

State of Florida                    County of Middle District                    Middle District Court

Case Number: 8:19-CV-3045-T-60TGW   Court Date: 11/29/2021  9:00 am

Plaintiff:
**KENITE WEBB**

vs.

Defendant:
**CITY OF VENICE, a Florida Muncipality, CITY OF VENICE POLICE DEPARTMENT**

For:
Jacqulyn Mack-Majka
The Mack Law Firm
2022 Placida Road
Englewood, FL 34224-5204

Received by Youngblood Process Service on the 16th day of November, 2021 at 5:54 am to be served on **DAVID SMOLENSKI, VENICE POLICE DEPARTMENT, 1575 E. VENICE AVENUE, VENICE, FL 34292.**

I, Owen R. Youngblood, do hereby affirm that on the **16th day of November, 2021** at 1:16 pm, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION;  WITNESS FEE CHECK IN THE AMOUNT OF $40** with the date and hour of service endorsed thereon by me, to: **DAVID SMOLENSKI** at the address of: **VENICE POLICE DEPARTMENT, 1575 E. VENICE AVENUE, VENICE, FL 34292**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.   Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true.  NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

Owen R. Youngblood
12th Judicial Circuit #39

**Youngblood Process Service**
**3278 Vessels Road**
**Punta Gorda, FL 33980**
**(941) 505-0600**

Our Job Serial Number: ORY-2021001618

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

```
YOUNGBLOOD P.S.
Date  11-16-21     Time  1:46
Court I.D. ____157618____ 991
Owen R. Youngblood
```

| | |
|---|---|
| KENITE WEBB | ) |
| *Plaintiff* | ) |
| v. | ) |
| CITY OF VENICE | ) |
| *Defendant* | ) |

Civil Action No.   8:19-CV-3045-T-60TGW

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:  David Smolenski, Venice Police Department, 1350 Ridgewood Ave, Venice, Florida 34292

-------------------------------------------------------------------------
*(Name of person to whom this subpoena is directed)*

      **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: The Honorable Thomas P. Barber, Judge, U.S. District Judge, United States Court House, 801 North Florida Ave., Courtroom 14-A, Tampa, FL 33602 | Courtroom No.: Courtroom 14-A |
|---|---|
| | Date and Time: 11/29/2021 9:00 am |

      You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

      Please call Mack Law Firm Chartered upon receipt of this summons at (941) 475-7966, to obtain the exact time that your appearance will be required.

      The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  11/15/2021

        *CLERK OF COURT*

                             OR

| | |
|---|---|
| _____ | _____ |
| *Signature of Clerk or Deputy Clerk* | Jacqulyn Mack-Majka |
| | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  Kenite Webb, _____ Plaintiff _____ , who issues or requests this subpoena, are:

Jacqulyn Mack-Majka, Esq., Mack Law Firm Chartered, 2022 Placida Road, Englewood, FL 34224 (941) 475-7966

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Exhibits to Plaintiff's First Amended Bill of Costs  000143

## RETURN OF NON-SERVICE

### UNITED STATES DISTRICT COURT
Middle District District of Florida

Case Number: 8:19-CV-3045-T-60TGW

Plaintiff:
**KENITE WEBB**

vs.

Defendant:
**CITY OF VENICE, a Florida Muncipality, CITY OF VENICE POLICE DEPARTMENT**

For:
Jacqulyn Mack
The Mack Law Firm
2022 Placida Road
Englewood, FL 34224-5204

Received by Youngblood Process Service on the 12th day of October, 2021 at 8:46 am to be served on **DAVID SMOLENSKI, VENICE POLICE DEPARTMENT, 1350 RIDGEWOOD AVENUE, VENICE, FL 34292**

I, Owen R. Youngblood, do hereby affirm that on the **12th day of October, 2021** at **11:45 am, I:**

**NON-SERVED** the **SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION; WITNESS FEE CHECK IN THE AMOUNT OF $40.** for the reason that I failed to find **DAVID SMOLENSKI** or any information to allow further search.  Read the comments below for further details.

**Additional Information pertaining to this Service:**
10/12/2021  11:45 am  I was informed by the Venice Police Department that David Smolenski is currently out of the State of Florida and will not be returning prior to the appearance date.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.   Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true.  NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

Owen R. Youngblood
12th Judicial Circuit #391

**Youngblood Process Service**
**3278 Vessels Road**
**Punta Gorda, FL 33980**
**(941) 505-0600**

Our Job Serial Number: ORY-2021001446

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a

### RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District District of Florida

Case Number: 8:19-CV-3045-T-60TGW

Plaintiff:
**KENITE WEBB**

vs.

Defendant:
**CITY OF VENICE, a Florida Muncipality, CITY OF VENICE POLICE DEPARTMENT**

ORY2021001449

For:
Jacqulyn Mack
The Mack Law Firm
2022 Placida Road
Englewood, FL 34224-5204

Received by Roy Middleton on the 12th day of October, 2021 at 10:25 am to be served on **JAMIE HOY, 2830 TELLURIDE LOOP, UNIT #311, SARASOTA, FL 34243.**

I, Roy Middleton, do hereby affirm that on the **14th day of October, 2021** at **6:50 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION; WITNESS FEE CHECK IN THE AMOUNT OF $40.** with the date and hour of service endorsed thereon by me, to: **JAMIE HOY** at the address of: **2830 TELLURIDE LOOP, UNIT #311, SARASOTA, FL 34243**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is not married.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the judicial circuit in which the process was served. Under Penalties of Perjury, I Declare I have Read the Foregoing Document and the Facts Stated in it are True. No Notary is Required Pursuant to Florida State Statute 92.525(2).

**Roy Middleton**
5013

**Youngblood Process Servce**
**3278 VESSELS ROAD**
**PUNTA GORDA, FL 33980**
**(941) 505-0600**

Our Job Serial Number: ORY-2021001449

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2b

Exhibits to Plaintiff's First Amended Bill of Costs   000145

AO 88  (Rev. 02/14)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

YOUNGBLOOD PROCESS SERVICE
DATE: _10-14-21_
TIME : _6:50 Am_
SERVED BY: _Roy middleton_
_# 5613_

| | |
|---|---|
| KENITE WEBB | ) |
| *Plaintiff* | ) |
| v. | ) |
| CITY OF VENICE | ) |
| *Defendant* | ) |

Civil Action No.   8:19-cv-3045-T-60TGW

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:  Jamie Hoy, 2830 Telluride Loop, #311, Sarasota, FL  34243

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: The Honorable Thomas P. Barber, Judge, U.S. District Judge,Tampa Court House, 801 North Florida Ave., Courtroom 14-A, Tampa, FL  33602 | Courtroom No.: Courtroom 14-A |
|---|---|
| | Date and Time: 10/18/2021 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  10/11/2021

*CLERK OF COURT*

OR

_____
*Signature of Clerk or Deputy Clerk*

_____
*Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Kenite Webb,
Plaintiff _____ , who issues or requests this subpoena, are:

Jacqulyn Mack-Majka, Esq., Mack Law Firm Chartered, 2022 Placida Road, Englewood, FL  34224 (941)475-7966

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Exhibits to Plaintiff's First Amended Bill of Costs   000146

Mack Law Firm Chartered

2022 Placida Road
Englewood, FL  34224-5204

| | Invoice |
|---|---|

| DATE | INVOICE N... |
|---|---|
| 1/14/2022 | 2018/13160 |

**BILL TO**

Kenite Webb
5465 Creeping Hammock Drive
Sarasota, FL  34231

| TERMS | PROJECT |
|---|---|
| Due on receipt | Federal Case |

| DATE | ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 1/14/2022 | Costs | Youngblood Process Service - service of process - service of trial subpoenas for: Leisenring, Chappa, Long, Browning, Creasy & Morales. | | 560.00 | 560.00 |
| 1/14/2022 | Costs | postage | | 0.53 | 0.53 |

**MACK LAW FIRM, CHARTERED**　　　　　　　　**OPERATING ACCOUNT**　　　　　　　　17575

Youngblood Process Service　　　　　　　　　　1/14/2022

| | |
|---|---|
| Leisenring | 100.00 |
| Chappa | 100.00 |
| Long | 100.00 |
| Browning | 100.00 |
| Creasy | 100.00 |
| Morales | 60.00 |

Bank of America 2021   Webb subponeas　　　　　　　560.00

Thank you for your business.

| Total | $560.53 |
|---|---|

Youngblood Process Service
3278 Vessels Road
Punta Gorda, FL 33980
Phone: (941) 505-0600
37-1572539

**INVOICE**

Invoice #ORY-2022000011
1/13/2022



Jacqulyn Mack-Majka
The Mack Law Firm
2022 Placida Road
Englewood, FL 34224-5204

**Case Number: Middle District 8:19-CV-3045-T-60TGW**

Plaintiff:
**KENITE WEBB**

Defendant:
**CITY OF VENICE, a Florida Muncipality, CITY OF VENICE POLICE DEPARTMENT**

Received: 1/5/2022   Served: 1/10/2022 1:08 pm  INDIVIDUAL/PERSONAL - ALT. ADD
To be served on: ANDY LEISENRING

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee in Venice | 1.00 | 60.00 | 60.00 |
| Advanced Witness fee | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $100.00 |

| **BALANCE DUE:** | | | **$100.00** |
|---|---|---|---|

Please include our invoice # on your check  Payment expected within 30 days to avoid late fees.
NOTE OUR NEW ADDRESS...  3278 VESSELS ROAD,  PUNTA GORDA, FL 33980

Exhibits to Plaintiff's First Amended Bill of Costs  000148
Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2a

Youngblood Process Service
3278 Vessels Road
Punta Gorda, FL 33980
Phone: (941) 505-0600
37-1572539

**INVOICE**

Invoice #ORY-2022000010
1/13/2022



Jacqulyn Mack-Majka
The Mack Law Firm
2022 Placida Road
Englewood, FL 34224-5204

**Case Number: Middle District 8:19-CV-3045-T-60TGW**

Plaintiff:
**KENITE WEBB**

Defendant:
**CITY OF VENICE, a Florida Muncipality, CITY OF VENICE POLICE DEPARTMENT**

Received: 1/5/2022   Served: 1/10/2022 1:03 pm  INDIVIDUAL/PERSONAL - ALT. ADD
To be served on: BILL LONG

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee in Venice | 1.00 | 60.00 | 60.00 |
| Advanced Witness fee | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $100.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$100.00** |

Youngblood Process Service
3278 Vessels Road
Punta Gorda, FL 33980
Phone: (941) 505-0600
37-1572539

**INVOICE**

Invoice #ORY-2022000018
1/13/2022



Jacqulyn Mack-Majka
The Mack Law Firm
2022 Placida Road
Englewood, FL 34224-5204

**Case Number: Middle District 8:19-CV-3045-T-60TGW**

Plaintiff:
**KENITE WEBB**

Defendant:
**CITY OF VENICE, a Florida Muncipality, CITY OF VENICE POLICE DEPARTMENT**

Received: 1/4/2022   Served: 1/10/2022 1:02 pm  INDIVIDUAL/PERSONAL - ALT. ADD
To be served on: JAMES BROWNING

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee in Venice | 1.00 | 60.00 | 60.00 |
| Advanced Witness fee | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $100.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$100.00** |

Please include our invoice # on your check  Payment expected within 30 days to avoid late fees.
NOTE OUR NEW ADDRESS... 3278 VESSELS ROAD,  PUNTA GORDA, FL 33980

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2j

Youngblood Process Service
3278 Vessels Road
Punta Gorda, FL 33980
Phone: (941) 505-0600
37-1572539

**INVOICE**

Invoice #ORY-2022000013
1/13/2022



Jacqulyn Mack-Majka
The Mack Law Firm
2022 Placida Road
Englewood, FL 34224-5204

**Case Number: Middle District 8:19-CV-3045-T-60TGW**

Plaintiff:
**KENITE WEBB**

Defendant:
**CITY OF VENICE, a Florida Muncipality, CITY OF VENICE POLICE DEPARTMENT**

Received: 1/5/2022   Served: 1/10/2022 12:58 pm  INDIVIDUAL/PERSONAL - ALT. ADD
To be served on: DAVID CREASY

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee in Venice | 1.00 | 60.00 | 60.00 |
| Advanced Witness fee | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $100.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$100.00** |

## Jacky Skubik

| | |
|---|---|
| **From:** | Jacky Skubik |
| **Sent:** | Thursday, January 13, 2022 8:59 PM |
| **To:** | Jacqulyn Mack; Kerry Mack; Heather Hooper |
| **Subject:** | FW: ORY Job Done  - Served for  (CREASY, DAVID) |

Pls see below.

**From:** WSP Server [mailto:DBSServer@dbsinfo.net] **On Behalf Of** Youngblood Process Service
**Sent:** Thursday, January 13, 2022 11:54 AM
**To:** Heather Hooper <heather@macklawfirm.org>; Jacky Skubik <jacky@macklawfirm.org>
**Cc:** Youngblood Process Service <Sox714@comcast.net>
**Subject:** ORY Job Done - Served for (CREASY, DAVID)


To: Jacqulyn Mack-Majka
  The Mack Law Firm

This is an automated message relating to:

  **Our Job Number:** 2022000013
  **Your Reference Number:**
  **Party To Be Served:** CREASY, DAVID
  **Documents To Be Served:** SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION; WITNESS FEE
CHECK IN THE AMOUNT OF $40
  **Case Info:** Florida Middle District 8:19-CV-3045-T-60TGW
  **Court Date/Time: :** Jan 31 2022 9:00AM
  **Case Style:** KENITE WEBB vs. CITY OF VENICE, a Florida Muncipality, CITY OF VENICE POLICE DEPARTMENT

**Service Information**
Recipient was SERVED on Jan 10 2022 12:58PM
**Type of Service:** INDIVIDUAL/PERSONAL - ALT. ADD
**Original Service Address:** DAVID CREASY, VENICE POLICE DEPARTMENT- CITY OF VENICE, 401 WEST VENICE AVENUE, VENICE,
FL 34285

**Service Details:** INDIVIDUALLY/PERSONALLY served by delivering a true copy of the SUBPOENA TO APPEAR AND TESTIFY AT A
HEARING OR TRIAL IN A CIVIL ACTION; WITNESS FEE CHECK IN THE AMOUNT OF $40 with the date and hour of service
endorsed thereon by me, to: DAVID CREASY at the alternate address of: VENICE POLICE DEPARTMENT, 1575 E. VENICE
AVENUE, VENICE, FL 34292, and informed said person of the contents therein, in compliance with state statutes.

**Attachments:**
Link to Affidavit   Link to Invoice


Thank you,
Youngblood Process Service
Sox714@comcast.net
Phone: (941) 505-0600

Exhibits to Plaintiff's First Amended Bill of Costs  000152

1

Youngblood Process Service
3278 Vessels Road
Punta Gorda, FL 33980
Phone: (941) 505-0600
37-1572539

**INVOICE**

Invoice #ORY-2022000012
1/13/2022



Jacqulyn Mack-Majka
The Mack Law Firm
2022 Placida Road
Englewood, FL 34224-5204

**Case Number: Middle District 8:19-CV-3045-T-60TGW**

Plaintiff:
**KENITE WEBB**

Defendant:
**CITY OF VENICE, a Florida Muncipality, CITY OF VENICE POLICE DEPARTMENT**

Received: 1/5/2022   Served: 1/10/2022 1:00 pm  INDIVIDUAL/PERSONAL - ALT. ADD
To be served on: JACK CHAPPA

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee in Venice | 1.00 | 60.00 | 60.00 |
| Advanced Witness fee | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $100.00 |

| | |
|---|---|
| **BALANCE DUE:** | **$100.00** |

Please include our invoice # on your check  Payment expected within 30 days to avoid late fees.
NOTE OUR NEW ADDRESS... 3278 VESSELS ROAD, PUNTA GORDA, FL 33980

Exhibits to Plaintiff's First Amended Bill of Costs  000153

Page 1 1

Copyright © 1992-2022 Database Services, Inc. - Process Servers Toolbox V8.2a

Youngblood Process Service
3278 Vessels Road
Punta Gorda, FL 33980
Phone: (941) 505-0600
37-1572539

**INVOICE**

Invoice #ORY-2022000019
1/13/2022



Jacqulyn Mack-Majka
The Mack Law Firm
2022 Placida Road
Englewood, FL 34224-5204

**Case Number: Middle District 8:19-CV-3045-T-60TGW**

Plaintiff:
**KENITE WEBB**

Defendant:
**CITY OF VENICE, a Florida Muncipality, CITY OF VENICE POLICE DEPARTMENT**

Received: 1/4/2022   Served: 1/11/2022 12:00 pm  INDIVIDUAL/PERSONAL - ALT. ADD
To be served on: RODRIGO MORALES

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee in Venice | 1.00 | 60.00 | 60.00 |
| TOTAL CHARGED: | | | $60.00 |
| **BALANCE DUE:** | | | **$60.00** |

Please include our invoice # on your check  Payment expected within 30 days to avoid late fees.
NOTE OUR NEW ADDRESS... 3278 VESSELS ROAD, PUNTA GORDA, FL 33980
Copyright © 1992-2022 DatMaster Services, Inc. - Process Server's Toolbox V8.2e

Exhibits to Plaintiff's First Amended Bill of Costs   000154

Mack Law Firm Chartered

2022 Placida Road
Englewood, FL  34224-5204

# Invoice

| DATE | INVOICE N... |
|------|------------|
| 10/13/2021 | 2018/13109 |

**BILL TO**

Kenite Webb
5465 Creeping Hammock Drive
Sarasota, FL  34231

| TERMS | PROJECT |
|-------|---------|
| Due on receipt | Federal Case |

| DATE | ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|------|-------------|-----|------|--------|
| 10/13/2021 | Costs | Youngblood Process Service - Trial Subpoenas served on Quick, Smolenski, Mattmuller, Bullock, LaVallee & Hoy. | | 610.00 | 610.00 |
| 10/13/2021 | Costs | postage | | 0.53 | 0.53 |

**MACK LAW FIRM, CHARTERED**          **OPERATING ACCOUNT**                              **17526**

Youngblood Process Service                                  10/14/2021

Quick 1445                                 115.00
Smolenski - 1446                            50.00
Mattmuller - 1444                          115.00
Bullock - 1448                             115.00
LaVallee - 1447                            115.00
Hoy - 2103                                 100.00

Bank of America 2021   Webb                                 610.00

| | | | | | |
|---|---|---|---|---|---|
| Please remit to above address. | | | | Total | $610.53 |

Exhibits to Plaintiff's First Amended Bill of Costs  000155

Youngblood Process Service
3278 Vessels Road
Punta Gorda, FL 33980
Phone: (941) 505-0600
37-1572539

# INVOICE

Invoice #ORY-2021001445
10/13/2021



Jacqulyn Mack
The Mack Law Firm
2022 Placida Road
Englewood, FL 34224-5204

**Case Number: Middle District 8:19-CV-3045-T-60TGW**

Plaintiff:
**KENITE WEBB**

Defendant:
**CITY OF VENICE, a Florida Muncipality, CITY OF VENICE POLICE DEPARTMENT**

Received: 10/12/2021   Served: 10/12/2021 1:40 pm   INDIVIDUAL/PERSONAL - ALT. ADD
To be served on: SARGENT KEITH QUICK

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|-----------|----------|-------|--------|
| Rush Fee | 1.00 | 25.00 | 25.00 |
| Service Fee in Venice | 1.00 | 50.00 | 50.00 |
| Advanced Witness fee | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $115.00 |

**BALANCE DUE:** $115.00

Exhibits to Plaintiff's First Amended Bill of Costs  000156

Youngblood Process Service
3278 Vessels Road
Punta Gorda, FL 33980
Phone: (941) 505-0600
37-1572539

**INVOICE**

Invoice #ORY-2021001446
10/13/2021



Jacqulyn Mack
The Mack Law Firm
2022 Placida Road
Englewood, FL 34224-5204

**Case Number: Middle District 8:19-CV-3045-T-60TGW**

Plaintiff:
**KENITE WEBB**

Defendant:
**CITY OF VENICE, a Florida Muncipality, CITY OF VENICE POLICE DEPARTMENT**

Received: 10/12/2021   Non-Served: 10/12/2021  NON-SERVE - COMMENTS
To be served on: DAVID SMOLENSKI

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee in Venice | 1.00 | 50.00 | 50.00 |
| TOTAL CHARGED: | | | $50.00 |
| | | | |
| **BALANCE DUE:** | | | **$50.00** |

Exhibits to Plaintiff's First Amended Bill of Costs  000157

Page 1 / 1

Youngblood Process Service
3278 Vessels Road
Punta Gorda, FL 33980
Phone: (941) 505-0600
37-1572539

# INVOICE

Invoice #ORY-2021001444
10/13/2021



Jacqulyn Mack
The Mack Law Firm
2022 Placida Road
Englewood, FL 34224-5204

**Case Number: Middle District 8:19-CV-3045-T-60TGW**

Plaintiff:
**KENITE WEBB**

Defendant:
**CITY OF VENICE, a Florida Muncipality, CITY OF VENICE POLICE DEPARTMENT**

Received: 10/12/2021   Served: 10/12/2021 1:12 pm  INDIVIDUAL/PERSONAL
To be served on: CHIEF TOM MATTMULLER

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Rush Fee | 1.00 | 25.00 | 25.00 |
| Service Fee in Venice | 1.00 | 50.00 | 50.00 |
| Advanced Witness fee | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $115.00 |
| **BALANCE DUE:** | | | **$115.00** |

Exhibits to Plaintiff's First Amended Bill of Costs  000158

Youngblood Process Service
3278 Vessels Road
Punta Gorda, FL 33980
Phone: (941) 505-0600
37-1572539

**INVOICE**

Invoice #ORY-2021001448
10/13/2021



Jacqulyn Mack
The Mack Law Firm
2022 Placida Road
Englewood, FL 34224-5204

**Case Number: Middle District 8:19-CV-3045-T-60TGW**

Plaintiff:
**KENITE WEBB**

Defendant:
**CITY OF VENICE, a Florida Muncipality, CITY OF VENICE POLICE DEPARTMENT**

Received: 10/12/2021   Served: 10/12/2021 11:10 am  INDIVIDUAL/PERSONAL
To be served on: ALAN BULLOCK

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Rush Fee | 1.00 | 25.00 | 25.00 |
| Service Fee in Venice | 1.00 | 50.00 | 50.00 |
| Advanced Witness fee | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $115.00 |
| | | | |
| **BALANCE DUE:** | | | **$115.00** |

Please include our invoice # on your check  Payment expected within 30 days to avoid late fees.
NOTE OUR NEW ADDRESS... 3278 VESSELS ROAD,  PUNTA GORDA, FL 33980

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a

Page 1 of 1

Youngblood Process Service
3278 Vessels Road
Punta Gorda, FL 33980
Phone: (941) 505-0600
37-1572539

# INVOICE

Invoice #ORY-2021001447
10/13/2021



Jacqulyn Mack
The Mack Law Firm
2022 Placida Road
Englewood, FL 34224-5204

**Case Number: Middle District 8:19-CV-3045-T-60TGW**

Plaintiff:
**KENITE WEBB**

Defendant:
**CITY OF VENICE, a Florida Muncipality, CITY OF VENICE POLICE DEPARTMENT**

Received: 10/12/2021    Served: 10/12/2021 2:35 pm   INDIVIDUAL/PERSONAL
To be served on: EDWARD LAVALLEE

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Rush Fee | 1.00 | 25.00 | 25.00 |
| Service Fee in Venice | 1.00 | 50.00 | 50.00 |
| Advanced Witness fee | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $115.00 |

**BALANCE DUE:**                                          **$115.00**

Exhibits to Plaintiff's First Amended Bill of Costs  000160

Heritage Process
5357 Palos Verdes Drive
Sarasota, FL 34231
Phone: (941) 780-1063
Fax: (941) 929-0390
30-0001102

# INVOICE

Invoice #HTG-2021002103
#ORY-2021001449
10/14/2021



Owen Youngblood
Youngblood Process Servce
3278 VESSELS ROAD
PUNTA GORDA, FL 33980

**Case Number: Middle District 8:19-CV-3045-T-60TGW**

Plaintiff:
**KENITE WEBB**

Defendant:
**CITY OF VENICE, a Florida Muncipality, CITY OF VENICE POLICE DEPARTMENT**

Received: 10/12/2021   Served: 10/14/2021 6:50 am  INDIVIDUAL/PERSONAL
To be served on: JAMIE HOY

## ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Local  $30 | 1.00 | 30.00 | 30.00 |
| Witness check | 1.00 | 40.00 | 40.00 |
| Rush Fee | 1.00 | 30.00 | 30.00 |
| TOTAL CHARGED: | | | $100.00 |

**BALANCE DUE:**                                            **$100.00**

Thank you for allowing HERITAGE  PROCESS to SERVE you.
Please enclose a copy of this invoice with your payment.
Thank you for your business.  Fees due within 30 days

Exhibits to Plaintiff's First Amended Bill of Costs  000161

Youngblood Process Service
3278 Vessels Road
Punta Gorda, FL 33980
Phone: (941) 505-0600
37-1572539

**INVOICE**

Invoice #ORY-2021001619
11/17/2021



Jacqulyn Mack-Majka
The Mack Law Firm
2022 Placida Road
Englewood, FL 34224-5204

**Case Number: Middle District 8:19-CV-3045-T-60TGW**

Plaintiff:
**KENITE WEBB**

Defendant:
**CITY OF VENICE, a Florida Muncipality, CITY OF VENICE POLICE DEPARTMENT**

Received: 11/16/2021   Served: 11/16/2021 1:30 pm  INDIVIDUAL/PERSONAL
To be served on: SGT ALEKSANDR GREGOIRE

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee in Venice | 1.00 | 50.00 | 50.00 |
| Advanced Witness fee | 1.00 | 40.00 | 40.00 |
| TOTAL CHARGED: | | | $90.00 |

**BALANCE DUE:**                                                                 $90.00

Please include our invoice # on your check  Payment expected within 30 days to avoid late fees.
NOTE OUR NEW ADDRESS...  3278 VESSELS ROAD,  PUNTA GORDA, FL 33980
Exhibits to Plaintiff's First Amended Bill of Costs  000162
Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2e

AO 88  (Rev. 02/14)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

```
YOUNGBLOOD P.S.
Date 11-16-21  Time 1:30p
Court I.D. ____ 157618    391
Owen R. Youngblood
```

| | |
|---|---|
| KENITE WEBB | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.   8:19-CV-3045-T-60TGW |
| CITY OF VENICE | ) |
| *Defendant* | ) |

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL IN A CIVIL ACTION

To:  Sgt. Aleksandr Gregoire, Venice Police Department, 1350 Ridgewood Ave, Venice, Florida 34292

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action.  When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: The Honorable Thomas P. Barber, Judge, U.S. District Judge, United States Court House, 801 North Florida Ave., Courtroom 14-A, Tampa, FL 33602 | Courtroom No.: Courtroom 14-A |
|---|---|
| | Date and Time: 11/29/2021 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:  Please call Mack Law Firm Chartered upon receipt of this summons at (941) 475-7966, to obtain the exact time that your appearance will be required.

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   11/15/2021

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                    Jacqulyn Mack-Majka
                                                                              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*   Kenite Webb, Plaintiff                   , who issues or requests this subpoena, are:

Jacqulyn Mack-Majka, Esq., Mack Law Firm Chartered, 2022 Placida Road, Englewood, FL 34224 (941) 475-7966

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Exhibits to Plaintiff's First Amended Bill of Costs   000163

## <u>RETURN OF SERVICE</u>

State of Florida                         County of Middle District                         Middle District Court

Case Number: 8:19-CV-3045-T-60TGW   Court Date: 11/29/2021  9:00 am

Plaintiff:
**KENITE WEBB**

vs.

Defendant:
**CITY OF VENICE, a Florida Muncipality, CITY OF VENICE POLICE DEPARTMENT**

For:
Jacqulyn Mack-Majka
The Mack Law Firm
2022 Placida Road
Englewood, FL 34224-5204

Received by Youngblood Process Service on the 16th day of November, 2021 at 5:54 am to be served on **SGT ALEKSANDR GREGOIRE, VENICE POLICE DEPARTMENT, 1575 E. VENICE AVENUE, VENICE, FL 34292**.

I, Owen R. Youngblood, do hereby affirm that on the **16th day of November, 2021** at **1:30 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUBPOENA TO APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION;  WITNESS FEE CHECK IN THE AMOUNT OF $40** with the date and hour of service endorsed thereon by me, to: **SGT ALEKSANDR GREGOIRE** at the address of: **VENICE POLICE DEPARTMENT, 1575 E. VENICE AVENUE, VENICE, FL 34292**, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.   Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true.  NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

Owen R. Youngblood
12th Judicial Circuit #391

**Youngblood Process Service**
**3278 Vessels Road**
**Punta Gorda, FL 33980**
**(941) 505-0600**

Our Job Serial Number: ORY-2021001619

Exhibits to Plaintiff's First Amended Bill of Costs   000164

**Service of Process:**

8:19-cv-03045-TPB-TGW Webb v. City of Venice, et al

## U.S. District Court

## Middle District of Florida

### Notice of Electronic Filing

The following transaction was entered by Mack, Kerry on 12/18/2019 at 3:11 PM EST and filed on 12/18/2019

| | |
|---|---|
| **Case Name:** | Webb v. City of Venice, et al |
| **Case Number:** | 8:19-cv-03045-TPB-TGW |
| **Filer:** | Kenite Webb |

**Document Number:** 9

**Docket Text:**
**RETURN of service executed on 12.18.2019 by Kenite Webb as to City of Venice. (Mack, Kerry)**

**8:19-cv-03045-TPB-TGW Notice has been electronically mailed to:**

Jacqulyn Mack     jacqulyn@macklawfirm.org, HHooper@MackLawFirm.org

**8:19-cv-03045-TPB-TGW Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=12/18/2019] [FileNumber=19154278
-0] [9bb9e9f59c04b41d2459b64c46a57f2ef83fa6c65ff301dcf871de9ac5529a5a8
9fc94791afaac426af560b8a5dbfaf8ea57470eb96f065ac80c4ea9b1f30bcb]]

Exhibits to Plaintiff's First Amended Bill of Costs  000165

## AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of Sarasota** | **Middle District Court** |

Case Number: 8:19-CV-3045-T-60TGW

Plaintiff:
**KENITE WEBB**

vs.

Defendant:
**CITY OF VENICE, a Florida Muncipality, CITY OF VENICE POLICE DEPARTMENT**

For:
Jacqulyn Mack
The Mack Law Firm
2022 Placida Road
Englewood, FL 34224-5204

Received by Youngblood Process Service on the 16th day of December, 2019 at 3:42 pm to be served on **CITY OF VENICE, A FLORIDA MUNICIPALITY C/O ALAN BULLOCK AS CITY MANAGER, 401 WEST VENICE AVENUE, VENICE, FL 34292**.

I, Owen R. Youngblood, being duly sworn, depose and say that on the **18th day of December, 2019 at 10:10 am, I:**

served a **GOVERNMENT AGENCY** by delivering a true copy of the **SUMMONS; COMPLAINT AND DEMAND FOR JURY TRIAL** with the date and hour of service endorsed thereon by me, to: **HELEN MOORE as COUNSIL MEMBER** for **CITY OF VENICE, A FLORIDA MUNICIPALITY C/O ALAN BULLOCK AS CITY MANAGER**, and informed said person of the contents therein, in compliance with State Statutes.

**Additional Information pertaining to this Service:**
12/18/2019  9:40 am  Spoke to Lori Stelzer at City Clerk's Office.    Mayor, Vice Mayor and all Council members are not in.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true.  NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

Subscribed and Sworn to before me on the _____
day of _____, _____ by the affiant
who is personally known to me.


_____
NOTARY PUBLIC

_____
Owen R. Youngblood
12th Judicial Circuit #391

**Youngblood Process Service**
P.O. Box 51-1312
Punta Gorda, FL 33951-1312
(941) 505-0600

Our Job Serial Number: ORY-2019001454

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c

## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**Kenite Webb,**

     Plaintiff(s),

v.                 Case No.: **19-cv-03045-TPB-TGW**

**City of Venice,**

     Defendant(s).

_____/

STATE OF FLORIDA
COUNTY OF CHARLOTTE

## AFFIDAVIT OF
## HEATHER
## HOOPER

BEFORE ME on this date personally appeared   HEATHER HOOPER, who being first duly sworn on oath, deposes and says:

1.     The Affiant is a resident of Sarasota County, Florida, is over the age of twenty-oneand has been employed by Mack Law Firm Chartered as a paralegal since 2001.

2.     I am familiar with the billing practices of Mack Law Firm Chartered with regard to charges for photocopying, facsimile transmission and postage charges.

Exhibits to Plaintiff's First Amended Bill of Costs  000167

3.      Mack Law Firm Chartered assigns a client code for each matter for which we represent the client. The client code must be entered into Equitrac before a copy can be made. The copier keeps track of the number of copies made for each client. The copy totals for each client are printed out on a regular basis and provided to the billing department for inclusion in the client bills. Those copy totals are then cleared from the machine. Photocopies made in-house are charged to the client at the rate of $.25 per page.

4.      Similarly, in order to make a facsimile call, our system asks for the client code to be entered.  The client is billed the amount which appears on the Equitrac report for the appropriate client code. Facsimile transmissions are billed at the rate of $.50 per page. The individual sending the facsimile transmission enters the client number into Equitrac when sending a facsimile.  The Equitrac entries are then included in the client bills.

5.      Mack Law Firm Chartered has a postage meter for weighing outgoing mail and printing the proper postage.  The postage is noted in Equitrac and/or Trialworks by client number, date and amount and entered into the client bills.

6.      The copy machine totals, facsimile and postage logs are

allretained in our Equitrac system to substantiate the basis for the

charges which appear on the clients' bills. Further Affiant sayeth not.

_____
Heather F. Hooper




     **SWORN TO AND SUBSCRIBED** before me either in person [ ] or via remote viewing [ ] on this ___8th___ day of March 2022 by Heather F. Hooper who is personally known to me and who did/did not take an oath.

_____   03.08.2022
Notary Public       ID# 783236
State of Florida

My Commission expires:
Cert. # HH 114923   04.07.2025

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by e-mail to all counsel of record via the PACER E-Filing Portal on Tuesday, March 8, 2022.

/s/ Jacqulyn Mack-Majka
Jacqulyn Mack-Majka, Esquire

Mack Law Firm Chartered ✧ www.MackLawFirm.org
2022 Placida Road ✧ Englewood Florida 34224-5204 ✧ (941) 475 7966 T ✧ (941) 475-0729 F
*This pleading serves as designation of its author's e-mail address for subsequent service purposes*
*pursuant to Fla. R. Jud. Admin. 2.516*

Exhibits to Plaintiff's First Amended Bill of Costs   000170

Copyright© 2022, Equitrac Corporation

(equitrac

Print By Account Analysis

Generated       Monday, February 21, 2022
at ·  12:05:11PM

**Microsoft**

Starting Date:   10/12/2018        Ending Date:   12/19/2018        Number of Days:   69

## Matter='577118'

| Description | Nonbillable | | | Billable | | | Totals | | |
|---|---|---|---|---|---|---|---|---|---|
| | Trxs. | Count | Amount | Trxs. | Count | Amount | Count | Amount | Billable % |
| Report Totals: | | | | 4 | 339 | $84.75 | 339 | $84.75 | 100.00 % |

Page   2

Exhibits to Plaintiff's First Amended Bill of Costs   000171

Copyright© 2022, Equitrac Corporation

# (equitrac

## Billing By Account Analysis

### Matter='587319'

| | Generated | Monday, February 21, 2022 at 12:07:56PM | Microsoft |

Starting Date: 2/21/2019       Ending Date: 2/16/2022       Number of Days: 1092

| | | Nonbillable | | | Billable | | | Totals | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Location: | Description | Trs. | Count | Amount | Trs. | Count | Amount | Count | Amount | Billable % |
| 587319 | Webb, Kenite v. EEOC 2019 | | | | 356 | 13,149 | $3,287.25 | 13,149 | $3,287.25 | 100.00 % |
| | | | | | 356 | 13,149 | $3,287.25 | 13,149 | $3,287.25 | 100.00 % |
| Totals for Location: | | | | | 356 | 13,149 | $3,287.25 | 13,149 | $3,287.25 | 100.00 % |

Exhibits to Plaintiff's First Amended Bill of Costs   000172

Copyright© 2022, Equitrac Corporation

Equitrac

Print By Account Analysis

Generated   Monday, February 21, 2022
at   12:07:57PM

Microsoft

| Starting Date: 2/21/2019 | | Ending Date: 2/16/2022 | | | Number of Days: 1092 | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Matter='587319' | | | | | |

| Description | Nonbillable | | | Billable | | | Totals | | |
|---|---|---|---|---|---|---|---|---|---|
| | Trxs. | Count | Amount | Trxs. | Count | Amount | Count | Amount | Billable % |
| Report Totals: | | | | 543 | 19,787 | $4,946.75 | 19,787 | $4,946.75 | 100.00 % |

Exhibits to Plaintiff's First Amended Bill of Costs  000173

amazon.com

Final Details for Order #111-4879000-3205046

Print this page for your records.

**Order Placed:** January 25, 2022
**Amazon.com order number:** 111-4879000-3205046
**Order Total:** $185.22

## Shipped on January 25, 2022

| Items Ordered | Price |
|---|---|
| 9 of: *Avery Durable View 3 Ring Binder, 2 Inch Slant Rings, 1 Pink Binder (17836)*<br>Sold by: Amazon.com Services LLC<br><br>Condition: New | $9.62 |

**Shipping Address:**
Heather Hooper
2022 Placida Rd
Englewood, FL 34224-5204
United States

*trial exhibit notebooks.*

**Shipping Speed:**
FREE Prime Delivery

## Shipped on January 25, 2022

| Items Ordered | Price |
|---|---|
| 9 of: *Avery Durable View 3 Ring Binder, 2 Inch Slant Rings, 1 Pink Binder (17836)*<br>Sold by: Amazon.com Services LLC<br><br>Condition: New | $9.62 |

**Shipping Address:**
Heather Hooper
2022 Placida Rd
Englewood, FL 34224-5204
United States

**Shipping Speed:**
FREE Prime Delivery

## Payment information

**Payment Method:**
Discover | Last digits: 3738

**Billing address**
Heather Hooper
2022 Placida Rd
Englewood, FL 34224-5204
United States

| | |
|---|---|
| Item(s) Subtotal: | $173.16 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $173.16 |
| Estimated tax to be collected: | $12.06 |
| | ----- |
| **Grand Total:** | **$185.22** |

Credit Card transactions   Discover ending in 3738: January 25, 2022: $185.22

Exhibits to Plaintiffs' First Amended Bill of Costs 000574

| "OTHER COSTS" Itemized | Date incurred | Reason | Cost |
|---|---|---|---|
| SR 618 W-Mainline West | 1/13/22 | Final pre-Trial | 1.93 |
| Toll SR 618 W-Mainline East | 1/13/22 | Final Pre-Trial | 1.93 |
| KEM Skyway toll | 2/6/22 | Trial attendance | 1.07 |
| JMM Skyway toll | 2/6/22 | Trial attendance | 1.07 |
| Toll SR 618 Ext. Main-EB | 2/7/22 | Trial attendance | .95 |
| Toll SR 618 W-Mainline East | 2/7/22 | Trial attendance | 1.28 |
| Toll SR 618 Ext. Main WB | 2/10/22 | Trial attendance | .95 |
| Toll SR 618 W-Mainline West | 2/10/22 | Trial attendance | 1.28 |
| Toll SR 618 Ext. Main-EB | 2/10/22 | Trial attendance | .95 |
| Toll SR 618 W-Mainline East | 2/10/22 | Trial Attendance | 1.28 |
| KEM Skyway toll | 2/11/22 | Travel home post trial | 1.07 |
| JMM Skyway toll | 2/11/22 | Travel home post trial | 1.07 |

| | | | |
|---|---|---|---|
| Parking Fees | 10/7/21 | Attend first Pre-Trial (JMM & KEM) | 7.85 |
| Parkmobile | 11/18/21 | KEM attend 2d Pre-trial | 5.35 |
| Parking (Webb & JMM) | 2/7/21 | First day of trial | 56.82 |
| KW fuel receipt | 2/17/21 | Refill fuel after week of driving to/from Sarasota/Tampa | 34.56 |
| INV21-R001006-3 Alan Bullock emails | 3/18/21 | City of Venice Clerk labor cost | 1,010.79 |
| INV20-R000815-1 | 8/6/20 | City of Venice Clerk record gathering cost | 23.92 |
| INV20-R000818 | 7/7/20 | City of Venice Clerk record gathering cost | 166.56 |
| INV20-R000815-2 | 7/10/20 | City of Venice Clerk record gathering cost | 24.90 |
| Copies of Plaintiff Sarasota Memorial medical records | 4/27/21 | Retrieval fee | 29.75 |
| Treating doctor fee | 9/28/21 | Conference with plaintiff treating psychiatrist McAllister | 150.53 |
| Total Other expenses | | | $1,524.79 |

Exhibits to Plaintiff's First Amended Bill of Costs  000175

equitrac

Copy By Account Analysis

Generated    Monday, February 21, 2022
at    12:06:54PM

Starting Date:    8/12/2020    Ending Date:    1/26/2022    Number of Days:    533

Matter='587319'    Microsoft

| Description | Nonbillable | | | Billable | | | Totals | | |
|---|---|---|---|---|---|---|---|---|---|
| | Trxs. Count | Amount | | Trxs. Count | Amount | | Count | Amount | Billable % |
| Report Totals: | | | | 30 1,260 | $315.00 | | 1,260 | $315.00 | 100.00% |

Exhibits to Plaintiff's First Amended Bill of Costs  000176

Copyright© 2022, Equitrac Corporation

equitrac

**Copy By Account Analysis**

**Microsoft**

| Starting Date: | 8/12/2020 | Ending Date: | 1/26/2022 | Number of Days: | 533 |

**Matter='587319'**

Location :

| Description | Nonbillable | | Billable | | | Totals | | |
|---|---|---|---|---|---|---|---|---|
| | Trxs. Count | Amount | Trxs. Count | Amount | | Count | Amount | Billable % |
| Webb, Kentie v. EEOC 2019 | | | 10 | 644 | $161.00 | 644 | $161.00 | 100.00 % |
| **Totals for Location:** | 10 | | 10 644 | $161.00 | | 644 | $161.00 | 100.00% |

Copyright© 2022, Equitrac Corporation

Exhibits to Plaintiff's First Amended Bill of Costs  000177

Page   1

(equitrac

**Tax By Account Analysis**

Generated    Monday, February 21, 2022
at    12:07:18PM

**Microsoft**

Starting Date:   8/12/2020      Ending Date:   1/10/2022      Number of Days:   517

### Matter='587319'

| Description | Nonbillable | | | Billable | | | Totals | | |
|---|---|---|---|---|---|---|---|---|---|
| | Trxs. | Count | Amount | Trxs. | Count | Amount | Count | Amount | Billable % |
| **Location: ENG:Main Site** | | | | | | | | | |
| 587319    Webb, Kentie v. EEOC 2019 | | | | 2 | 2 | $0.50 | 2 | $0.50 | 100.00 % |
| | | | | 2 | 2 | $0.50 | 2 | $0.50 | 100.00 % |
| **Totals for Location: ENG** | | | | 2 | 2 | $0.50 | 2 | $0.50 | 100.00 % |

Copyright© 2022, Equitrac Corporation

Page    1

Exhibits to Plaintiff's First Amended Bill of Costs   000178

equitrac

## By Account Analysis

**Matter='577118'**

| | | Generated | Monday, February 21, 2022 at 12:04:03PM |
|---|---|---|---|

**Microsoft**

Starting Date: 10/12/2018     Ending Date: 10/12/2018     Number of Days: 1

Location: 577118

| Description | Nonbillable | | | Billable | | | Totals | | |
|---|---|---|---|---|---|---|---|---|---|
| | Trxs. | Count | Amount | Trxs. | Count | Amount | Count | Amount | Billable % |
| Webb, Kenie VPD IA | | | | 1 | 19 | $4.75 | 19 | $4.75 | 100.00 % |
| **Totals for Location:** | | | | 1 | 19 | $4.75 | 19 | $4.75 | 100.00% |

Copyright© 2022, Equitrac Corporation

Exhibits to Plaintiff's First Amended Bill of Costs   000179



Account #1374496                         **RECEIPT**                    *Generated  02/22/2022 2:08 PM*

Posted Date: 01/13/2022
Transponder Number/License Plate: 087737190110

Agency Name: Tampa Hillsborough Expressway Authority

Axle: 2

Location:  SR 618 EAST-MAINLINE EAST

Date: 01/13/2022

Time: 01:00:12 PM

Transaction Amount: ($1.93)
Transaction Reference Number: 34678293540

Transaction Type: Transponder Toll

Balance: $13.46

*Final Pretrial
from Court.*

Exhibits to Plaintiff's First Amended Bill of Costs  000180



Account #1374496                          **RECEIPT**                    *Generated  02/22/2022 2:08 PM*

Posted Date: 01/13/2022
Transponder Number/License Plate: 087737190110

Agency Name: Tampa Hillsborough Expressway Authority

Axle: 2

Location:  SR 618 EAST-MAINLINE WEST

Date: 01/13/2022

Time: 08:22:24 AM

Transaction Amount: ($1.93)
Transaction Reference Number: 34677005836

Transaction Type: Transponder Toll

Balance: $15.39

*Final Pretrial*
*to Court*

Exhibits to Plaintiff's First Amended Bill of Costs  000181



*Account #1374496*

**RECEIPT**

*Generated 02/22/2022 2:06 PM*

Posted Date: 02/06/2022
Transponder Number/License Plate: 079050380110

Agency Name: Florida Turnpike Enterprise

Axle: 2

Location: SUNSHINE SKYWAY SOUTH

Date: 02/06/2022

Time: 04:13:23 PM

Transaction Amount: ($1.07)
Transaction Reference Number: 34830050810

Transaction Type: Transponder Toll

Balance: $9.82

*JMM
Skyway
Equipment to St. Pete
day before trial*

Exhibits to Plaintiff's First Amended Bill of Costs  000182

*Vector eCustomer*

1 of 1



*Account #1374496*

**RECEIPT**

Generated  02/22/2022 2:06 PM

Posted Date: 02/06/2022
Transponder Number/License Plate: 087737190110

Agency Name: Florida Turnpike Enterprise

Axle: 2

Location:  SUNSHINE SKYWAY SOUTH

Date: 02/06/2022

Time: 04:37:16 PM

Transaction Amount: ($1.07)
Transaction Reference Number: 34830110377

Transaction Type: Transponder Toll

Balance: $8.75

*KCM*
*Skyway*
*Englewood to St. Pete*
*day before trial*

*Vector eCustomer*

Exhibits to Plaintiff's First Amended Bill of Costs  000183



Account #1374496                                RECEIPT                    Generated  02/22/2022 2:06 PM

Posted Date: 02/07/2022
Transponder Number/License Plate: 079050380110

Agency Name: Tampa Hillsborough Expressway Authority

Axle: 2

Location:  SR 618 WEST-MAINLINE EAST

Date: 02/07/2022

Time: 08:12:34 AM

Transaction Amount: ($1.28)
Transaction Reference Number: 34832222747

Transaction Type: Transponder Toll

Balance: $31.52

*St. Pete to Tampa Toll #2*



*Account #1374496*                    **RECEIPT**                    *Generated  02/22/2022 2:06 PM*

Posted Date: 02/07/2022
Transponder Number/License Plate: 079050380110

Agency Name: Tampa Hillsborough Expressway Authority

Axle: 2

Location:  SR618 EXT. MAIN - EASTBOUND

Date: 02/07/2022

Time: 08:08:06 AM

Transaction Amount: ($0.95)
Transaction Reference Number: 34832205953

Transaction Type: Transponder Toll

Balance: $32.80

*St. Pete to Tampa*
*Toll #1*

**Exhibits to Plaintiff's First Amended Bill of Costs  000185**

*Vector eCustomer*





*Account #1374496*

**RECEIPT**

*Generated  02/22/2022 2:06 PM*

Posted Date: 02/10/2022
Transponder Number/License Plate: 079050380110

Agency Name: Tampa Hillsborough Expressway Authority

Axle: 2

Location:  SR618 EXT. MAIN - EASTBOUND

Date: 02/10/2022

Time: 08:06:11 AM

Transaction Amount: ($0.95)
Transaction Reference Number: 34852370775

Transaction Type: Transponder Toll

Balance: $30.57

Toll
From St Pete → Tampa # 1

Exhibits to Plaintiff's First Amended Bill of Costs  000186

*Vector eCustomer*



Account #1374496                    **RECEIPT**                *Generated  02/22/2022 1:58 PM*

Posted Date: 02/10/2022
Transponder Number/License Plate: 079050380110

Agency Name: Tampa Hillsborough Expressway Authority

Axle: 2

*From St. Pete to Tampa   Toll #2*

Location:  SR 618 WEST-MAINLINE EAST

Date: 02/10/2022

Time: 08:10:51 AM

Transaction Amount: ($1.28)
Transaction Reference Number: 34852398437

Transaction Type: Transponder Toll

Balance: $29.29

Exhibits to Plaintiff's First Amended Bill of Costs  000187



Account #1374496                           **RECEIPT**                    *Generated  02/22/2022 1:58 PM*

Posted Date: 02/10/2022
Transponder Number/License Plate: 079050380110

Agency Name: Tampa Hillsborough Expressway Authority

Axle: 2

Location:  SR 618 WEST-MAINLINE WEST                    *From Tampa to Spate Toll #2*

Date: 02/10/2022

Time: 05:53:15 PM

Transaction Amount: ($1.28)
Transaction Reference Number: 34855136922

Transaction Type: Transponder Toll

Balance: $28.01

Exhibits to Plaintiff's First Amended Bill of Costs  000188



Account #1374496                                   **RECEIPT**                          *Generated  02/22/2022 1:58 PM*

Posted Date: 02/10/2022
Transponder Number/License Plate: 079050380110

Agency Name: Tampa Hillsborough Expressway Authority

Axle: 2

Location:  SR618 EXT. MAIN - WESTBOUND

Date: 02/10/2022

Time: 05:57:49 PM

Transaction Amount: ($0.95)
Transaction Reference Number: 34855163814

Transaction Type: Transponder Toll

Balance: $27.06

*From Tampa  to  St. Pete   Toll #1*

Exhibits to Plaintiff's First Amended Bill of Costs  000189



Account #1374496           **RECEIPT**           *Generated  02/22/2022 1:57 PM*

Posted Date: 02/12/2022
Transponder Number/License Plate: DRAU04-FL

Agency Name: Florida Turnpike Enterprise

Axle: 2

Location:  SUNSHINE SKYWAY NORTH

Date: 02/11/2022

Time: 03:31:03 PM

Transaction Amount: ($1.07)
Transaction Reference Number: 34865914602

Transaction Type: Image Toll

Balance: $24.92

JMM
St. Pete to Englewood, post trial



Account #1374496                    **RECEIPT**              *Generated  02/22/2022 1:57 PM*

Posted Date: 02/11/2022
Transponder Number/License Plate: 087737190110

Agency Name: Florida Turnpike Enterprise

Axle: 2

Location:  SUNSHINE SKYWAY NORTH

Date: 02/11/2022

Time: 03:51:46 PM

Transaction Amount: ($1.07)
Transaction Reference Number: 34860470405

Transaction Type: Transponder Toll

Balance: $25.99

KEM
St. Pete to Englewood post-trial

*Vector eCustomer*

Exhibits to Plaintiff's First Amended Bill of Costs  000191

| Date | Payee | Contact | TaskCode | Description | Cost |
|------|-------|---------|----------|-------------|------|
| 02/02/2022 | | | Postage | USPS (Stamps.com) Tracking | $0.53 |
| 02/02/2022 | | | Postage | USPS (Stamps.com) Tracking | $0.53 |
| 01/26/2022 | | | Postage | USPS (Stamps.com) Tracking | $0.53 |
| 01/05/2022 | | | Postage | USPS (Stamps.com) Tracking | $0.53 |
| 01/03/2022 | | | Postage | USPS (Stamps.com) Tracking | $0.53 |
| 11/22/2021 | | | Postage | USPS (Stamps.com) Tracking | $0.53 |
| 11/22/2021 | | | Postage | USPS (Stamps.com) Tracking | $0.53 |
| 10/25/2021 | | | Postage | USPS (Stamps.com) Tracking | $0.53 |
| 10/22/2021 | | | Postage | USPS (Stamps.com) Tracking | $0.53 |
| 10/22/2021 | | | Postage | USPS (Stamps.com) Tracking | $0.53 |
| 10/22/2021 | | | Postage | USPS (Stamps.com) Tracking | $0.53 |
| 10/22/2021 | | | Postage | USPS (Stamps.com) Tracking | $0.53 |
| 10/22/2021 | | | Postage | USPS (Stamps.com) Tracking | $0.53 |
| 10/22/2021 | | | Postage | USPS (Stamps.com) Tracking | $0.53 |
| 10/07/2021 | | | parking in TPA | | $7.85 |
| 09/28/2021 | | | Postage | USPS (Stamps.com) Tracking | $0.53 |
| 05/03/2021 | | | | postage | $0.51 |
| 05/03/2021 | | | Postage | USPS (Stamps.com) Tracking | $0.51 |
| 04/27/2021 | | | Postage | USPS (Stamps.com) Tracking | $0.51 |
| 04/07/2021 | | | Postage | USPS (Stamps.com) Tracking | $0.51 |
| 04/02/2021 | | | Postage | USPS (Stamps.com) Tracking | $0.51 |
| 03/23/2021 | | | Postage | USPS (Stamps.com) Tracking | $0.51 |
| 03/23/2021 | | | Postage | USPS (Stamps.com) Tracking | $0.51 |
| 11/25/2020 | | | Postage | USPS (Stamps.com) Tracking | $0.50 |
| 11/16/2020 | | | Postage | USPS (Stamps.com) Tracking | $0.50 |
| 11/03/2020 | | | Postage | USPS (Stamps.com) Tracking | $0.50 |
| 10/28/2020 | | | Postage | USPS (Stamps.com) Tracking | $0.50 |
| 10/27/2020 | | | Postage | USPS (Stamps.com) Tracking | $0.50 |
| 10/26/2020 | | | | | $0.00 |
| 10/23/2020 | | | Postage | USPS (Stamps.com) Tracking | $0.50 |
| 10/23/2020 | | | Postage | USPS (Stamps.com) Tracking | $0.50 |
| 10/23/2020 | | | Postage | USPS (Stamps.com) Tracking | $0.50 |
| 08/12/2020 | | | Postage | USPS (Stamps.com) Tracking | $0.50 |
| 07/14/2020 | | | Postage | USPS (Stamps.com) Tracking | $0.50 |
| 07/14/2020 | | | Postage | USPS (Stamps.com) Tracking | $0.50 |
| 07/10/2020 | | | Postage | USPS (Stamps.com) Tracking | $0.50 |
| 07/10/2020 | | | Postage | USPS (Stamps.com) Tracking | $0.50 |

Total Cost: $25.87      Total Reduction: $0.00      Total Amount Due: $25.87

**Heather Hooper**

| | |
|---|---|
| **From:** | Kerry Mack |
| **Sent:** | Thursday, January 13, 2022 5:27 PM |
| **To:** | Heather Hooper |
| **Subject:** | FW: Your Parking Receipt |

This is for Kenite Webb cases

# SAY NO TO HATE

Kerry E. Mack, Esq.
The Mack Law Firm Chartered
2022 Placida Road
Englewood, Florida 34224-5204
941.475.7966 telephone
941.475.0729 facsimile
Kerry@MackLawFirm.org
THIS IS A PRIVATE, CONFIDENTIAL MACK LAW FIRM CHARTERED ATTORNEY WORK PRODUCT COMMUNICATION

Confidentiality Notice: This electronic mail transmission may contain legally privileged and/or confidential information. Do not read this if you are not the person(s) named. Any use, distribution, copying, or disclosure by any other person is strictly prohibited. If you receive this transmission in error, please notify the sender by calling 941.475.7966 or send an electronic mail message to Kerry@MackLawFirm.org and destroy the original transmission and its attachments wihtout reading or saving in any manner.



LEAVE A GREEN IMPRESSION
Please consider the environment before printing this e-mail

**From:** ParkMobile Notifications [mailto:alerts@parkmobileglobal.com]
**Sent:** Thursday, January 13, 2022 8:41 AM
**To:** Kerry Mack <kerry@macklawfirm.org>
**Subject:** Your Parking Receipt





# Payment Processed Successfully

Thank you for using Parkmobile. **Your Payment is processed successfully.**

| | |
|---|---|
| Payment Date: | 01/13/2022 08:41 AM Eastern Standard Time |
| Auth Id: | 594406904 |
| Description: | ParkingAction |
| PaymentMethod: | DISCOVER ending in 5062 |
| **Amount Paid:** | **$7.85** |

| | |
|---|---|
| Description | Parking GWHR35 in 2731 at 01/13/2022 08:40 AM |
| Parking Ref | 500659499 |
| End time | NA |
| Parking fee | $7.50 |
| Transaction fee | $0.35 |
| **Total** | **$7.85** |

**To manage your account**, log in to your app or online at parkmobile.us. For questions regarding this charge, email Member Services at helpdesk@parkmobileglobal.com.



Exhibits to Plaintiff's First Amended Bill of Costs   000194



# Payment Processed Successfully

Thank you for using Parkmobile. **Your Payment is processed successfully.**

| | |
|---|---|
| Payment Date: | 11/18/2021 10:07 AM Eastern Standard Time |
| Auth Id: | 570062966 |
| Description: | ParkingAction |
| PaymentMethod: | DISCOVER ending in 5062 |
| **Amount Paid:** | **$5.35** |

| | |
|---|---|
| Description | Parking GWHR35 in 1357 at 11/18/2021 11:27 AM |
| Parking Ref | 482152917 |
| End time | 11/18/2021 01:27 PM |
| Parking fee | $5.00 |
| Transaction fee | $0.35 |
| **Total** | **$5.35** |

**To manage your account**, log in to your app or online at parkmobile.us. For questions regarding this charge, email Member Services at helpdesk@parkmobileglobal.com.



Exhibits to Plaintiff's First Amended Bill of Costs   000195

2

# TOLL ENFORCEMENT INVOICE

 

| Invoice #: 573062469 | Account #: 103277161 | License Plate: 4684QR | State: FL | Invoice Date: 02/12/22 |

## Current Activity Period Detail Including Unpaid Toll Transaction(s)

Previous Amount Due — $7.86

| Post Date | Agency | Description | Lane | Axle Count | Date | Time | Amount |
|---|---|---|---|---|---|---|---|
| 01/15/22 | THEA | SR 618 EAST-MAINLINE WEST | 60S | 2 | 01/13/22 | 08:35:09 AM | $2.29 |
| 01/15/22 | THEA | SR 618 EAST-MAINLINE EAST | 65S | 2 | 01/13/22 | 12:58:06 PM | $2.29 |
| 02/08/22 | THEA | SR 618 EAST-MAINLINE WEST | 60S | 2 | 02/07/22 | 06:29:51 AM | $2.29 |
| 02/09/22 | THEA | SR 618 EAST-MAINLINE EAST | 65S | 2 | 02/07/22 | 05:14:56 PM | $2.29 |
| 02/09/22 | THEA | SR 618 EAST-MAINLINE WEST | 60S | 2 | 02/08/22 | 07:24:08 AM | $2.29 |
| 02/10/22 | THEA | SR 618 EAST-MAINLINE EAST | 65S | 2 | 02/08/22 | 06:01:45 PM | $2.29 |
| 02/11/22 | THEA | SR 618 EAST-MAINLINE WEST | 60S | 2 | 02/09/22 | 07:26:41 AM | $2.29 |
| 02/11/22 | THEA | SR 618 EAST-MAINLINE EAST | 65S | 2 | 02/09/22 | 06:06:57 PM | $2.29 |
| 02/12/22 | | ADMINISTRATIVE CHARGE | | | 02/12/22 | 03:10:15 AM | $2.50 |

| | |
|---|---|
| Total Current Activity | $20.82 |
| Previous Amount Due | $7.86 |
| Current Activity Subtotal | $20.82 |
| **TOTAL AMOUNT DUE** | **$28.68** |

11:58 ✈

 **Home**
Card Ending - 91008



## Feb 10

 MOBILE PAYMENT –
THANK YOU                                    -$56.82

## Feb 7

ONSTREET PH 0000            $30.35
TAMPA FL                         **Pay It**

ONSTREET PH 0000            $21.12
TAMPA FL                         **Pay It**

ONSTREET PH 0000            $5.35
TAMPA FL                         **Pay It**

## Feb 4

 MOBILE PAYMENT –
THANK YOU                                    -$9.59

**Amex Offers**



Home    Statements    Membership    Offers    Account

Mack Law Firm Chartered

2022 Placida Road
Englewood, FL  34224-5204

**Invoice**

| DATE | INVOICE N... |
|------|--------------|
| 3/22/2021 | 2018/12873 |

**BILL TO**

Kenite Webb
5465 Creeping Hammock Drive
Sarasota, FL  34231

| TERMS | PROJECT |
|-------|---------|
| Due on receipt | Federal Case |

| DATE | ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|------|-------------|-----|------|--------|
| 3/22/2021 | Costs | Public Records Request - e-mail's of Bullock. | | 1,010.79 | 1,010.79 |

**MACK LAW FIRM, CHARTERED**          **OPERATING ACCOUNT**                                    17878

City of Venice                                              3/23/2021

Webb #R001006-3                                         1,010.79

Bank of America 2021   Webb #R001006-3                                              1,010.79

| Thank you for your business. | Total | |
|------------------------------|-------|--|
| | | $1,010.79 |

Exhibits to Plaintiff's First Amended Bill of Costs  000198

**Remit To**

City of Venice
401 West Venice
Avenue
Venice, FL 34285

**Request**

R001006-110920

*Public Records
Request*

Past due

**Customer**

Heather Hooper
2022 Placida Road
Englewood,
FL 34224

Invoice Summary

| | |
|---|---|
| Invoice # | **INV21-R001006-3** |
| Invoice Date | 2/16/2021 |
| Due Date | 3/18/2021 |
| Invoice Status | Past due |
| Balance Due | **$1,010.79** |

| Category | Description | Detail | Cost | Unit | Total Qty. | Qty. Waived | Qty. Charged | Total |
|---|---|---|---|---|---|---|---|---|
| Labor Fees | Labor | Email Search - Clerk | $34.07 | Variable | 16.00 | 0.00 | 16.00 | $545.12 |
| Labor Fees | Labor | Review - Bullock | $60.28 | Variable | 4.00 | 0.00 | 4.00 | $241.12 |
| Labor Fees | Labor | VPD Review - Peyton | $24.95 | Variable | 9.00 | 0.00 | 9.00 | $224.55 |

**Comments**

**Totals**

| | |
|---|---|
| Subtotal | $1,010.79 |
| Deposit Requested | ($0.00) |
| Net Amount Due | $1,010.79 |
| Payments | $0.00 |
| Refunds | $0.00 |
| Balance Due | **$1,010.79** |

Exhibits to Plaintiff's First Amended Bill of Costs  000199

Mack Law Firm Chartered

2022 Placida Road
Englewood, FL  34224-5204

| | **Invoice** |
|---|---|

| DATE | INVOICE N... |
|---|---|
| 7/8/2020 | 2018/12574 |

**BILL TO**

Kenite Webb
5465 Creeping Hammock Drive
Sarasota, FL  34231

| TERMS | PROJECT |
|---|---|
| Due on receipt | Federal Case |

| DATE | ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 7/8/2020 | Costs | Public Records Request #R000818-070720 | | 166.56 | 166.56 |
| 7/8/2020 | Costs | Public Records Request #R000815-070720 | | 23.92 | 23.92 |
| 7/8/2020 | Costs | postage | | 0.50 | 0.50 |

| Thank you for your business. | Total | $190.98 |
|---|---|---|

Exhibits to Plaintiff's First Amended Bill of Costs  000200

7/7/2020                                         Payment Receipt

- Knowledge Base
- Submit Request
- Archive
- My Records Center

-

**Reference No:** P000051-070720

**Status:** Payment Successful

Click here to return to the payments page.

Click here to return to the home page.

Exhibits to Plaintiff's First Amended Bill of Costs  000201

Powered By GovQA



### Venice, FL
*City on the Gulf*

**Remit To:**
City of Venice
401 West Venice Avenue
Venice, FL 34285

**Bill To:**
Heather Hooper
2022 Placida Road
Englewood, FL 34224

**Invoice Summary**

| | |
|---|---|
| Invoice No: | INV20-R000815-1 |
| Request Reference Number: | R000815-070720 |
| Invoice Date: | 7/7/2020 |
| Due Date: | 8/6/2020 |
| Status: | Open |
| Balance Due | $23.92 |

| Category | Description | Details | Cost | Unit | Add Overhead | Total Quantity | Quantity Waived | Quantity Charged | Total |
|---|---|---|---|---|---|---|---|---|---|
| Labor Fees | Labor | HR - Record Gathering | $15.95 | Variable | ☐ | 1.50 | 0.00 | 1.50 | $23.92 |

**Comments:**

**Totals:**

| | |
|---|---|
| Total: | $23.92 |
| Payments: | $0.00 |
| Balance Due | $23.92 |

Case 8:19-cv-03045-TPB-TGW   Document 145   Filed 03/08/22   Page 205 of 223 PageID 5301

- Knowledge Base
- Submit Request
- Archive
- My Records Center

-

**Reference No:** P000052-070920

**Status:** Payment Successful

Click here to return to the payments page.

Click here to return to the home page.



Exhibits to Plaintiff's First Amended Bill of Costs   000203

Powered By GovQA



# Venice Public Records Center

≡ MENU

**Public Records Menu**

**FAQs**

See All FAQs 🔍

What is a public record?

How long will it take to fill my records request?

What records are exempt?

How can I make a public records request?

Can I request that records be provided in a specific medium or format?

Powered By GovQA

Exhibits to Plaintiff's First Amended Bill of Costs  000204

**Heather Hooper**

| | |
|---|---|
| **From:** | kenite webb <kenitewebb45@hotmail.com> |
| **Sent:** | Wednesday, July 8, 2020 5:45 PM |
| **To:** | EService |
| **Cc:** | Kerry Mack; Jacqulyn Mack; Heather Hooper |
| **Subject:** | Re: [Records Center] Public Records Request :: R000818-070720 |

Ok thanks i bring the 170

Get Outlook for iOS

**From:** EService <eservice1@macklawfirm.org>
**Sent:** Wednesday, July 8, 2020 4:23:52 PM
**To:** 'kenitewebb45@hotmail.com' <kenitewebb45@hotmail.com>
**Cc:** Kerry Mack <Kerry@macklawfirm.org>; Jacqulyn Mack <Jacqulyn@macklawfirm.org>; Heather Hooper
<Heather@macklawfirm.org>
**Subject:** FW: [Records Center] Public Records Request :: R000818-070720

Kenite,

Here is the estimate for the Public Records request.

OK to pay this on behalf?

Please advise.

Thank you,

Heather F. Hooper
MACK LAW FIRM CHARTERED
Paralegal to Kerry E. Mack, Esq.
Jacqulyn Mack-Majka, Esq.
2022 Placida Road
Englewood, FL 34224
(941)475-7966
(941)208-5205 – direct line
(941)475-0729 – fax
heather@macklawfirm.org



LEAVE A GREEN IMPRESSION
Please consider the environment before printing this e-mail

Exhibits to Plaintiff's First Amended Bill of Costs  000205

*Pursuant to Fla. R. Jud. Admin. 2.516, this firm's designated primary email address for receiving service of court documents is Eservice1@macklawfirm.org or eservice2@macklawfirm.org. When serving court documents via email to this firm, if possible, please do not send a separate copy by fax or U.S. mail.*

**From:** City of Venice [mailto:venicefl@mycusthelp.net]
**Sent:** Wednesday, July 8, 2020 4:08 PM
**To:** EService <eservice1@macklawfirm.org>
**Subject:** [Records Center] Public Records Request :: R000818-070720

--- Please respond above this line ---



RE: PUBLIC RECORDS REQUEST of July 07, 2020, Reference # R000818-070720

Dear Heather Hooper,

The City of Venice received a public records request from you on July 07, 2020. Your request mentioned:

"Dear Madam or Sir:

Please consider this our formal request for a copy of the entire file on Officer Kenite Webb, from the City Of Venice and the Venice Police Department.
Including all internal reports and/or e-mails and all discipline reports.

Thank you for your prompt attention to this request.

Sincerely, Heather Hooper"

It has been determined that the charge for the production of the records requires a deposit. Below is an itemized estimate of the anticipated charges:

Labor Charged: : $166.56 (6 hours @ $27.76) (8,149 emails were identified for review to determine responsiveness)

Estimated Total: $166.56

If you wish to modify or proceed with this request, please submit a message via the portal or contact me at 941-882-7390.  If you wish to proceed, the estimate will be converted to an invoice, which can be paid online by credit card, in person at the Cashier's office or via mail to City of Venice, 401 W. Venice Avenue, Venice, FL 34285.

Exhibits to Plaintiff's First Amended Bill of Costs  000206

If the estimate is high, you will be refunded the difference.  If the estimate is low, you will be billed the difference.  Once the invoice is paid, staff will begin to locate, assemble and produce the requested records.  If payment is not received within 30 business days after the date this invoice is sent, your request will be deemed withdrawn unless you have advised the City of Venice that you will pay the deposit or wish to modify your request in response to the cost estimate.

If you have any questions, please feel free to contact me at 941-882-7390.

Sincerely,
Lori Stelzer
City Clerk
Office of the City Clerk

To monitor the progress or update this request please log into the Public Records Center



Mack Law Firm Chartered

2022 Placida Road
Englewood, FL  34224-5204

**Invoice**

| DATE | INVOICE N... |
|------|------|
| 7/10/2020 | 2018/12576 |

**BILL TO**

Kenite Webb
5465 Creeping Hammock Drive
Sarasota, FL  34231

| TERMS | PROJECT |
|-------|---------|
| Due on receipt | Federal Case |

| DATE | ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|------|-------------|-----|------|--------|
| 7/10/2020 | Costs | Public Records Request - R000815-2 | | 24.90 | 24.90 |
| 7/10/2020 | Costs | postage | | 0.50 | 0.50 |

Thank you for your business.

| Total | |
|-------|-----|
| | $25.40 |

Exhibits to Plaintiff's First Amended Bill of Costs  000208

**Remit To**
City of Venice
401 West Venice
Avenue
Venice, FL 34285

**Request**

Open

R000815-070720
*Public Records
Request*

**Invoice Summary**

**Customer**
Heather Hooper
2022 Placida
Road
Englewood,
FL  34224

| Invoice # | **INV20-R000815-2** |
|---|---|
| Invoice Date | 7/10/2020 |
| Due Date | 8/9/2020 |
| Invoice Status | Open |
| Balance Due | **$24.90** |

| Labor Fees | Labor | PD -Record gathering | $16.60 | Variable | 1.50 | 0.00 | 1.50 | $24.90 |
|---|---|---|---|---|---|---|---|---|

**Comments**

| | **Totals** |
|---|---|
| Subtotal | $24.90 |
| Deposit Requested | ($0.00) |
| Net Amount Due | $24.90 |
| Payments | $0.00 |
| Refunds | $0.00 |
| Balance Due | **$24.90** |

Exhibits to Plaintiff's First Amended Bill of Costs   000209

- Knowledge Base
- Submit Request
- Archive
- My Records Center

-

**Reference No:** P000053-071020

**Status:** Payment Successful

Click here to return to the payments page.

Click here to return to the home page.

Exhibits to Plaintiff's First Amended Bill of Costs   000210

Powered By GovQA

Mack Law Firm Chartered

2022 Placida Road
Englewood, FL  34224-5204

**Invoice**

| DATE | INVOICE N... |
|---|---|
| 4/27/2021 | 2018/12909 |

BILL TO

Kenite Webb
5465 Creeping Hammock Drive
Sarasota, FL  34231

| TERMS | PROJECT |
|---|---|
| Due on receipt | Federal Case |

| DATE | ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| 4/27/2021 | Costs | MRO - copies of Sarasota Memorial Hospital 2021 Visit. | | 29.75 | 29.75 |

MACK LAW FIRM, CHARTERED          OPERATING ACCOUNT                      17900

   MRO                                    Webb - 41945623          4/27/2021          29.75

Bank of America 2021   Webb - 41945623                                              29.75

Thank you for your business.

| Total | $29.75 |
|---|---|



PREPAYMENT REQUIRED

**Invoice**
41945623
April 27, 2021



**MRO**
1000 Madison Avenue, Suite 100
Norristown, PA 19403

Phone: **(610) 994-7500 Opt. 1**
Fax: **(610) 962-8421**

**Kerry Mack**
Mack Law Firm Chartered
2022 Placida Rd
Englewood, FL 34224

On **4/8/2021** the following healthcare provider received your request for copies of medical records:

**Sarasota Memorial Health Care System**
1700 South Tamiami Trail
Sarasota, FL 34231

You requested records for: **KENITE WEBB**

This is your invoice for providing the copies of the medical records.

Your Reference ID:

MRO Request ID: **41945623**
MRO Online Tracking Number: **SMHCABRCF522G**

**You can track and pay for your request online at:**
**www.roilog.com**

Records consisting of more than 75 pages may
be sent on CD-ROM.

Cancelled requests or unpaid invoices may be
subject to a cancellation fee.

### Fees

| | |
|---|---|
| Search and Retrieval Fee: | $1.00 |
| Number of Pages: | 25 |
| Tier 1: | $25.00 |
| Tier 2: | $0.00 |
| Tier 3: | $0.00 |
| Media pages/materials: | 0 |
| Media Fee: | $0.00 |
| Certification Fee: | $0.00 |
| Adjustments: | $0.00 |
| Postage: | $2.00 |
| Sales Tax: | $1.75 |
| TOTAL: | $29.75 |
| Paid at Facility: | ( $0.00) |
| Paid to MRO: | ( $0.00) |
| **BALANCE DUE:** | **$29.75** |

**PAYMENT**

*You may pay this invoice online at:*
**www.roilog.com**
*You can send a check to:*
**MRO**
P.O. Box 6410,
Southeastern, PA 19398-6410

MRO Tax ID (EIN): 01-0661910

*Please write the Invoice # on the check or
return this invoice with the payment.*

By proceeding with this order, you are representing that you: have reviewed, understood, and approved the charges; have agreed to pay them; and have agreed to the following terms. Any dispute relating to the charges in this invoice must be presented before proceeding with this order. Any dispute not so presented is waived. Presentation of a dispute must be made by telephone (610) 994-7500 Opt. 1. All disputes regarding the charges in this invoice, whether presented by you or by MRO, must be resolved by arbitration under the Federal Arbitration Act through one or more neutral arbitrators before the American Arbitration Association (AAA). Your dispute will be resolved by the arbitrators, and not by a judge or jury. Class arbitrations are not permitted. Disputes must be brought only in the claimant's individual capacity and not as a representative or member of a class. An arbitrator may not consolidate your dispute with the dispute of anyone else nor preside over any form of class proceeding. Upon request by you at the time a dispute is presented, MRO will pay the AAA fee for arbitration of your dispute.

**Please contact MRO at (610) 994-7500 Opt. 1 for any questions regarding this invoice.**
**MRO is the medical copy request processor for:**
**Sarasota Memorial Health Care System.**

MRO
1000 Madison Avenue
Suite 100
Norristown, PA 19403

Shipment #28564279
KENITE WEBB
Invoice #41945623
27 pages



Kerry Mack
Mack Law Firm Chartered
2022 Placida Rd
Englewood, FL 34224

Exhibits to Plaintiff's First Amended Bill of Costs  000213

Mack Law Firm Chartered

2022 Placida Road
Englewood, FL  34224-5204

# Invoice

| DATE | INVOICE N... |
|------|------|
| 9/28/2021 | 2018/13097 |

### BILL TO

Kenite Webb
5465 Creeping Hammock Drive
Sarasota, FL  34231

| TERMS | PROJECT |
|------|------|
| Due on receipt | Federal Case |

| DATE | ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|------|------|-------------|-----|------|--------|
| 9/28/2021 | Costs | Pre-Depo conference fee with Dr. McAllister. | | 150.00 | 150.00 |
| 9/28/2021 | Costs | postage | | 0.53 | 0.53 |

**MACK LAW FIRM, CHARTERED**       OPERATING ACCOUNT       17516

Bennett W. McAllister, MD, PA       Pre-Depo Conference Fee - Kenite Webb       9/28/2021       150.00

Bank of America 2021   Pre-Depo Conference Fee - Kenite Webb       150.00

Please remit to above address.

| | Total | $150.53 |
|---|---|---|

Exhibits to Plaintiff's First Amended Bill of Costs  000214

Bennett W McAllister MD PA
4161 Tamiami Trail, Ste 304D
Port Charlotte, FL 33952
Phone 941-625-5895
Fax 941-625-1047

# Invoice

Date

TO: _Heather_

| Job | Payment Terms |
|-----|---------------|
| Testimony from Dr. McAllister | Due on receipt |

| Description | Total |
|-------------|-------|
| Phone conference $150 for 30 minutes And if it goes over 30 minutes an additional $150 will need to be collected. Thank you, Britney Zelince Office manager | |

Total Due $150

Make all checks payable to Bennett W McAllister MD PA

*Thank you for your business!*

**IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**Kenite Webb,**

     Plaintiff(s),

v.            Case No.: **19-cv-03045-TPB-TGW**

**City of Venice,**

     Defendant(s).

_____/

**ATTORNEY'S FEES AFFIDAVIT OF KERRY E. MACK**

**STATE OF FLORIDA
COUNTY OF** _Charlotte_

     **BEFORE ME,** the undersigned officer, personally

appeared Kerry E. Mack, who, being sworn, deposes and

says that she has personal knowledge of the following:

     **1.** I am over the age of twenty-one, a resident of

Sarasota County, Florida, and competent to state the

matters contained herein, and such matters are known to

me and of my personal knowledge.

     2. I am a shareholder and employed by the law firm of

Mack Law Firm Chartered, located at 2022 Placida Road

Englewood Florida 34224-5204. I have practiced law for

Mack Law Firm Chartered ✧ www.MackLawFirm.org
2022 Placida Road ✧ Englewood Florida 34224-5204 ✧ (941) 475 7966 T ✧ (941) 475-0729 F
*This pleading serves as designation of e-service addresses, eservice1@macklawfirm.org and eservice2@macklawfirm.org,
pursuant to Fla. R. Jud. Admin. 2.516*

Exhibits to Plaintiff's First Amended Bill of Costs   000216

for the Southern District of Florida since 1982. I have also been admitted to the following although they are inactive: State of Illinois (1982) and the State of Wisconsin (1981), the United States District Court for the Western District of Wisconsin (1981) and the Eleventh Circuit Court of Appeal.  I have devoted my entire legal career to representing victims of negligence and defendants charged with criminal traffic offenses at the trial level primarily with the Plaintiff's law firm and I am the Firm's original sole shareholder.

3.   For reasons discussed in the Plaintiff's motion for fees, I believe that an hourly rate of $450 per hour for myself and $400.00 for Jacqulyn Mack-Majka are reasonable for this case.  I also believe  that hourly rates of $150.00 per hour for Jacqueline "Jacky" Skubik is more than reasonable in this case.

4.   I have reviewed the records of hours  spent by  the attorneys,  paralegals and clerks  on the matters  relevant to the Plaintiff'  petition for fees. The hours  were reasonable and necessary.

5.   I have reviewed the itemization of costs in this case. They were reasonable and necessary.

**Under penalty of perjury, the statement above is accurate and correct.**

Mack Law Firm Chartered ✿ www.MackLawFirm.org
2022 Placida Road ✿ Englewood Florida 34224-5204 ✿ (941) 475-7866 T ✿ (941) 475-0729 F
*This pleading serves as designation of e-mail address for future filings and is in compliance with the mandatory e-filing rules*
*pursuant to Fla. R. Jud. Admin. 2.516*

Exhibits to Plaintiff's First Amended Bill of Costs   000217

**FURTHER AFFIANT SAYETH NAUGHT.**


_Kerry E. Mack_ (signature)

Kerry E. Mack

The foregoing instrument was acknowledged before me via ___✓___ physical presence or _____ online notarizations this __8th__ day of __March__, 20 22.

By __Kerry E. Mack_____

Personally known __✓__ or produced identification _____. Type of identification produced_____

My Commission Expires:                    _____ ID# 783 236

                                           Notary Public

__04.07.2025_____

__# HH 114923_____


                    /s/ Jacqulyn Mack-Majka
                    Jacqulyn Mack-Majka, Esquire
                    Florida Bar No.: 0134902
                    **MACK LAW FIRM CHARTERED**
                    Primary: **eservice1@macklawfirm.org**
                    Secondary: **eservice2@macklawfirm.org**
                    2022 Placida Road
                    Englewood, Florida 34224-5204
                    (941) 475-7966
                    (941) 475-0729 fax
                    Attorney for Plaintiff Webb

Mack Law Firm Chartered ✧ www.MackLawFirm.org
2022 Placida Road ✧ Englewood Florida 34224-5204 ✧ (941) 475-7966 T ✧ (941) 475-0729 F
This pleading serves as designated e-mail addresses for service upon undersigned counsel purposes
pursuant to Fla. R. Jud. Admin. 2.516

Exhibits to Plaintiff's First Amended Bill of Costs  000218

# *TimeKeeper Manager Report*

| *Date* | *Time* | *Case Name Explanation* | *User* | *Hourly Rate* | *Hours* | *Amount* | *Task Code* | *Activity Code* | *Hours Worked* | *Billable Time* | *Billed* | *Billed Date* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/13/2019 | 1:43 PM | Webb, Kenite vs. EEOC - VPD 19<br>Review of Summons - 9254.docx. | Kerry E. Mack | $450.00 | 0.05 | $22.50 | Fee/K.Mack | | 0.05 | ☑ | ☐ | |
| 5/18/2020 | 9:00 AM | Webb, Kenite vs. EEOC - VPD 19<br>conf w John Majka regarding witness testimony and observations | Kerry E. Mack | $450.00 | 2.5 | $1,125.00 | Fee/K.Mack | | 2.5 | ☑ | ☐ | |
| 3/14/2021 | 9:36 AM | Webb, Kenite vs. EEOC - VPD 19<br>Review Plaintiff's Response to Defendant's First Set of Interrogatories to Plaintiff; Initial Disclosures by Plaintiff and Defendant | Kerry E. Mack | $450.00 | 2 | $900.00 | Fee/K.Mack | | 2 | ☑ | ☐ | |
| 4/2/2021 | 5:11 PM | Webb, Kenite vs. EEOC - VPD 19<br>Preparation of HIPPA | Kerry E. Mack | $450.00 | 0.25 | $112.50 | Fee/K.Mack | | 0.25 | ☑ | ☐ | |
| 7/16/2021 | 9:37 AM | Webb, Kenite vs. EEOC - VPD 19<br>Review Plaintiff's First Request for Admissions and Defendant's Reply | Kerry E. Mack | $450.00 | 1 | $450.00 | Fee/K.Mack | | 1 | ☑ | ☐ | |
| 7/20/2021 | 9:38 AM | Webb, Kenite vs. EEOC - VPD 19<br>Trial Preparation: Review Motion and Response re: Def. Motion for Summary Judgment | Kerry E. Mack | $450.00 | 2.5 | $1,125.00 | Fee/K.Mack | | 2.5 | ☑ | ☐ | |
| 7/21/2021 | 9:39 AM | Webb, Kenite vs. EEOC - VPD 19<br>Conference w KW Trial Prep; timeline review. Testimony review | Kerry E. Mack | $450.00 | 1 | $450.00 | Fee/K.Mack | | 1 | ☑ | ☐ | |
| 10/4/2021 | 9:40 AM | Webb, Kenite vs. EEOC - VPD 19<br>Conference w K/W Trial Prep | Kerry E. Mack | $450.00 | 1 | $450.00 | Fee/K.Mack | | 1 | ☑ | ☐ | |
| 10/4/2021 | 9:41 AM | Webb, Kenite vs. EEOC - VPD 19<br>Trial Preparation: Review Motion and Response re: Def. Motion for Summary Judgment; Order of Court | Kerry E. Mack | $450.00 | 2.5 | $1,125.00 | Fee/K.Mack | | 2.5 | ☑ | ☐ | |
| 10/13/2021 | 4:30 PM | Webb, Kenite vs. EEOC - VPD 19<br>prep and attend phone conference with Dr. McAllister | Kerry E. Mack | $450.00 | 1 | $450.00 | Fee/K.Mack | | 1 | ☑ | ☐ | |
| 11/18/2021 | 9:42 AM | Webb, Kenite vs. EEOC - VPD 19<br>Travel to and from Englewood/Tampa for final PreTrial Conference | Kerry E. Mack | $450.00 | 4 | $1,800.00 | Fee/K.Mack | | 4 | ☑ | ☐ | |

Exhibits to Plaintiff's First Amended Bill of Costs  000219

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 11/18/2021 | 9:45 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 2 | $900.00 | Fee/K.Mack | | 2 | ☑ | ☐ | |
| | | Attend and participate in PreTrial Conference with adversary and Judge T.Barber | | | | | | | | | | |
| 1/5/2022 | 4:00 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 1 | $450.00 | Fee/K.Mack | | 1 | ☑ | ☐ | |
| | | Discuss exhibits with JMM and JS in prepartion for teleconf with OC and attend | | | | | | | | | | |
| 1/12/2022 | 7:47 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 2.75 | $1,237.50 | Fee/K.Mack | | 2.75 | ☑ | ☐ | |
| | | Review witness and exhibit list, exhibit books, prepare with JMM and JS  for final pretrial in morning | | | | | | | | | | |
| 1/13/2022 | 7:46 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 6 | $2,700.00 | Fee/K.Mack | | 6 | ☑ | ☐ | |
| | | roundtrip to/from Englewood /Tampa attend Final Pre-Trial Conference | | | | | | | | | | |
| 1/25/2022 | 10:21 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 1 | $450.00 | Fee/K.Mack | | 1 | ☑ | ☐ | |
| | | prepare for and attend PreTRial conference with Court via phone informed trial delayed one week. | | | | | | | | | | |
| 1/25/2022 | 4:05 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 1.5 | $675.00 | Fee/K.Mack | | 1.5 | ☑ | ☐ | |
| | | conference call with Dr. McAllister | | | | | | | | | | |
| 1/26/2022 | 10:20 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 2.5 | $1,125.00 | Fee/K.Mack | | 2.5 | ☑ | ☐ | |
| | | trial prep one on one with KW; review incidents and documents, testimony | | | | | | | | | | |
| 1/27/2022 | 10:23 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 4 | $1,800.00 | Fee/K.Mack | | 4 | ☑ | ☐ | |
| | | travel tie Englewood to Tampa for last final pre-trial conference in person. | | | | | | | | | | |
| 1/28/2022 | 10:18 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 5.5 | $2,475.00 | Fee/K.Mack | | 5.5 | ☑ | ☐ | |
| | | Review case summaries, summaries of doc production in excess of 11,400 pages; timeline of case events and witness outlines. | | | | | | | | | | |
| 2/6/2022 | 9:47 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 2 | $900.00 | Fee/K.Mack | | 2 | ☑ | ☐ | |
| | | Review deposition transcript of City Manager Edward Lavallee | | | | | | | | | | |
| 2/7/2022 | 7:15 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 8.5 | $3,825.00 | Fee/K.Mack | | 8.5 | ☑ | ☐ | |
| | | travel to/from St. Pete to Tampa attend trial day#2 | | | | | | | | | | |
| 2/8/2022 | 9:31 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 10.5 | $4,725.00 | Fee/K.Mack | | 10.5 | ☑ | ☐ | |
| | | review days 1  notes, prepare for day 2, travel to/from St. Petersburg to Federal Court Tampa | | | | | | | | | | |

Exhibits to Plaintiff's First Amended Bill of Costs  000220

| Date | Time | Case Name Explanation | User | Hourly Rate | Hours | Amount | Task Code | Activity Code | Hours Worked | Billable Time | Billed | Billed Date |
|------|------|----------------------|------|-------------|-------|--------|-----------|---------------|--------------|---------------|--------|-------------|
| 2/9/2022 | 7:18 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 10.5 | $4,725.00 | Fee/K.Mack | | 10.5 | ☑ | ☐ | |
| | | travel to/from St. Pete /Tampa attend trial day 3 /pre-trial prep | | | | | | | | | | |
| 2/10/2022 | 7:31 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 10.5 | $4,725.00 | Fee/K.Mack | | 10.5 | ☑ | ☐ | |
| | | prepare and attend day four of trial, prepare closing argument & review jury instructions and verdict; travel to/from St. pete /Tampa | | | | | | | | | | |
| 2/11/2022 | 7:32 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 8.5 | $3,825.00 | Fee/K.Mack | | 8.5 | ☑ | ☐ | |
| | | travel to/from St.Pete/Tampa await jury verdict discuss implications with client advise to be very aware at work post trial. | | | | | | | | | | |
| 2/22/2022 | 12:11 PM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 1.15 | $517.50 | Fee/K.Mack | | 1.15 | ☑ | ☐ | |
| | | review and discuss research results with JS and give instruction | | | | | | | | | | |
| 3/5/2022 | 10:17 AM | Webb, Kenite vs. EEOC - VPD 19 | Kerry E. Mack | $450.00 | 2.5 | $1,125.00 | Fee/K.Mack | | 2.5 | ☑ | ☐ | |
| | | REview time entries for accuracy and assit with preparing fee motion and bill of costs | | | | | | | | | | |

**Total Hours Worked:** 98.20     **Total Billable Hours:** 98.20     **Total Billable Amount:** $44,190.00

Exhibits to Plaintiff's First Amended Bill of Costs  000221