UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
**CLERK'S MINUTES - CIVIL**

CASE NO. 8:19-cv-3045-TPB-TGW         DATE: JUNE 01, 2022

**Honorable THOMAS G. WILSON**

KENITE WEBB

-v-

CITY OF VENICE, *et al*

| | |
|---|---|
| Deputy Clerk: Amanda Craig | Interpreter: N/A |
| Court Reporter: N/A | Courtroom 12A |
| Time: 2:41-3:19 (Total time: 38 min.) | Tape: Digital |

| | |
|---|---|
| Counsel for Plaintiff: | Kerry Mack, Jacqulyn Mack |
| Counsel for Defendant: | Mark Levitt |

**PROCEEDING**: Plaintiff, Kenite Webb's First Motion for Attorney Fees (Doc. 146) Defendant, City of Venice's Motion to disallow costs (Doc. 147) and Motion to Strike Plaintiff's Motion for Attorney Fees (Doc. 148). Plaintiff's Motion to accept Plaintiff's application for attorney fees and costs in opposition of Defendant's Motion to Strike said motion (Doc. 151).

Court convened.

Oral argument by the parties.

For the reasons stated on the record the Court takes matters under advisement.

Order to be entered.

Court adjourned.